UNITED STATES DISTRICT
COURT NORTHERN DISTRICT
OF OHIO EASTERN DIVISION

| | |
|---|---|
| HAROLD R. FEEZLE, SUSAN E SCHEUFELE, And DAVID J, SCHEUFELE, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>   Plaintiffs,<br>v.<br><br><br>NORFOLK SOUTHERN RAILWAY CO., And NORFOLK SOUTHERN CORP.,<br><br>   Defendants. | CASE NO. 4:23-cv-00242-BYP<br><br>JUDGE BENITA Y. PEARSON |

**DECLARATION OF JAYNE CONROY IN SUPPORT OF PLAINTIFFS' MOTION FOR HER ADMISSION *PRO HAC VICE***

I, Jayne Conroy, hereby declare as follows:

1. I respectfully wish to apply for permission to appear *pro hac vice* as co-counsel on behalf of Plaintiffs in the above-captioned case.

2. I was admitted to practice law in the State of New York on January 13, 1997. A Certificate of Good Standing from the Supreme Court of New York attesting to my active good standing with that Court is attached hereto as Exhibit "A" and incorporated by reference herein.

3. My contact information is:

    Jayne Conroy
    New York Bar Registration No. 2796134
    SIMMONS HANLY CONROY LLC
    112 Madison Avenue, 7th Floor
    New York, NY 10016
    (212) 784-6400  (telephone)
    (212) 213-5949  (facsimile)
    jconroy@simmonsfirm.com (e-mail)

4. I will be associated with Andrew J. Thompson, a member in good standing of the bar of this Court, as co-counsel for Plaintiffs in this action.

5. By this appearance, I hereby affirm that all motions, pleadings and papers signed by me or on my behalf in this case shall constitute a certificate, whether or not such papers affirm or verify, that I have read the pleading, motion or paper, and to the best of my knowledge, information and belief there is good ground to support it and that it is not intended for purposes of delay.

6. I agree to be bound by all applicable rules of procedure, ethics and professional conduct in force in this jurisdiction, including without limitation the Local Rules of the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 14th day of February, 2023.

_____
Jayne Conroy

# EXHIBIT A



## Appellate Division of the Supreme Court
## of the State of New York
## First Judicial Department

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

## Jayne Conroy

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **January 13, 1997**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of New York on February 14, 2023.

*Susanna M. Rojas*
Clerk of the Court

CertID-00105004



# Supreme Court of the State of New York
## Appellate Division, First Department

ROLANDO T. ACOSTA
PRESIDING JUSTICE

SUSANNA MOLINA ROJAS
CLERK OF THE COURT

MARGARET SOWAH
DEPUTY CLERK OF THE COURT

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the First Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Susanna Rojas
Clerk of the Court

Revised October 2020

27 MADISON AVENUE    NEW YORK, NEW YORK 10010-2201
TEL.: (212) 340 0400    INTERNET: WWW.NYCOURTS.GOV/COURTS/AD1/