UNITED STATES DISTRICT
COURT NORTHERN  DISTRICT
OF OHIO EASTERN DIVISION

| | | |
|---|---|---|
| HAROLD R. FEEZLE, SUSAN E SCHEUFELE, | ) | |
| And DAVID J, SCHEUFELE, ON BEHALF OF | ) | CASE NO. 4:23-cv-00242-BYP |
| THEMSELVES AND ALL OTHERS SIMILARLY | ) | |
| SITUATED, | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| NORFOLK SOUTHERN RAILWAY CO., | ) | |
| And NORFOLK SOUTHERN CORP., | ) | |
| | ) | |
| Defendants. | ) | |

**DECLARATION OF GARY DIMUZIO IN SUPPORT OF
PLAINTIFFS' MOTION FOR HIS ADMISSION *PRO HAC VICE***

I, Gary DiMuzio, hereby declare as follows:

1.      I respectfully wish to apply for permission to appear *pro hac vice* as co-counsel

on behalf of Plaintiffs in the above-captioned case.

2.       I was admitted to practice law in the State of Texas on November 5, 1993.

Certificates of Good Standing from the Supreme Court of Texas and the State Bar of Texas

attesting to my active good standing with that Court are attached hereto as Exhibit "A" and

incorporated by reference herein.

3.      My contact information is:

Gary Martin DiMuzio
Texas Bar Registration No. 787369
SIMMONS HANLY CONROY LLC
One Court Street
Alton, IL 62002
(618) 259-2222  (telephone)
(618) 259-2251  (facsimile)
jpresnal@simmonsfirm.com (e-mail)

4.      I will be associated with Andrew J. Thompson, a member in good standing of the bar of this Court, as co-counsel for Plaintiffs in this action.

5.      By this appearance, I hereby affirm that all motions, pleadings and papers signed by me or on my behalf in this case shall constitute a certificate, whether or not such papers affirm or verify, that I have read the pleading, motion or paper, and to the best of my knowledge, information and belief there is good ground to support it and that it is not intended for purposes of delay.

6.      I agree to be bound by all applicable rules of procedure, ethics and professional conduct in force in this jurisdiction, including without limitation the Local Rules of the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 15th day of February, 2023.

_____
Gary DiMuzio

# EXHIBIT A

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

February 13, 2023

Re: Mr. Gary Martin Dimuzio, State Bar Number 00787369

To Whom It May Concern:

This is to certify that Mr. Gary Martin Dimuzio was licensed to practice law in Texas on November 05, 1993, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web

P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4167

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Gary Martin Dimuzio**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 5th day of November, 1993.

I further certify that the records of this office show that, as of this date

**Gary Martin Dimuzio**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 13th day of February, 2023.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 0320C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.