IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| HAROLD R. FEEZLE, SUSAN E. SCHEUFELE and DAVID J. SCHEUFELE, on behalf of themselves and all others similarly situated, | ) Case No. 4:23-cv-00242 ) ) ) NOTICE OF APPEARANCE ) ) ) **JURY TRIAL DEMANDED** ) |
| **Plaintiffs,** | ) ) |
| v. | ) ) |
| NORFOLK SOUTHERN RAILWAY CO. and NORFOLK SOUTHERN CORPORATION, | ) ) ) ) |
| **Defendants.** | ) ) |

To: Clerk of Court

KINDLY enter the appearance of Scott D. Clements, of the law firm of Dickie, McCamey & Chilcote, P.C., on behalf of Defendants, Norfolk Southern Railway Company and Norfolk Southern Corporation.

    Respectfully submitted,

    DICKIE, McCAMEY & CHILCOTE, P.C.

    By: /s/Scott D. Clements
        Scott D. Clements, Esquire (0096529)

    Two PPG Place, Suite 400
    Pittsburgh, PA  15222
    (412) 281-7272

    Attorneys for Defendants,
    Norfolk Southern Railway Company
    and Norfolk Southern Corporation

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 16, 2023, I filed the foregoing **Notice of Appearance** with the Clerk using the CM/ECF System, which will send notification of such filing to the following:

    Neal E. Shapero, Esquire
    Andrew J. Thompson, Esquire
    Shapero & Roloff Co., LPA
    1111 Superior Avenue East, Suite 1310
    Cleveland, OH 44114

    Nicholas T. Amato, Esquire
    Amato Law Office, LPA
    420 Broadway Avenue
    Wellsville, OH 43968

DICKIE, McCAMEY & CHILCOTE, P.C.

By: /s/Scott D. Clements
     Scott D. Clements, Esquire

     Attorneys for Defendants,
     Norfolk Southern Railway Company
     and Norfolk Southern Corporation

15861768.1