UNITED STATES DISTRICT
COURT NORTHERN DISTRICT
OF OHIO EASTERN DIVISION

HAROLD R. FEEZLE, SUSAN E SCHEUFELE, )
And DAVID J, SCHEUFELE, ON BEHALF OF ) CASE NO. 4:23-cv-00242-BYP
THEMSELVES AND ALL OTHERS SIMILARLY )
SITUATED, ) JUDGE BENITA Y. PEARSON
)
   Plaintiffs, )
v. )
)
)
NORFOLK SOUTHERN RAILWAY CO., )
And NORFOLK SOUTHERN CORP., )
)
   Defendants. )

### DECLARATION OF JO ANNA POLLOCK IN SUPPORT OF PLAINTIFFS' MOTION FOR HER ADMISSION *PRO HAC VICE*

I, Jo Anna Pollock, hereby declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 the following:

1. I respectfully wish to apply for permission to appear *pro hac vice* as co-counsel on behalf of Plaintiffs in the above-captioned case.

2. I was admitted to practice law in the State of Illinois on November 9, 2000, and I hereby attest under penalty of perjury that I am a member of the Illinois bar in good standing.

3. My contact information is:

    Jo Anna Pollock
    Illinois Bar Registration No. 6273491
    SIMMONS HANLY CONROY LLC
    One Court Street
    Alton, IL 62002
    (618) 259-2222   (telephone)
    (618) 259-2251 (facsimile)
    jpollock@simmonsfirm.com (e-mail)

4.	I will be associated with Andrew J. Thompson, a member in good standing of the bar of this Court, as co-counsel for Plaintiffs in this action.

5.	By this appearance, I hereby affirm that all motions, pleadings and papers signed by me or on my behalf in this case shall constitute a certificate, whether or not such papers affirm or verify, that I have read the pleading, motion or paper, and to the best of my knowledge, information and belief there is good ground to support it and that it is not intended for purposes of delay.

6.	I agree to be bound by all applicable rules of procedure, ethics and professional conduct in force in this jurisdiction, including without limitation the Local Rules of the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 19th day of February, 2023.

_____
Jo Anna Pollock