

1111 Superior Avenue East   216/781-1700
Suite 1310                  800/321-9199
Cleveland, OH 44114         216/781-1972 fax
                            www.shaperoroloff.com

Andrew J. Thompson, Esq.
athompson@shaperoroloff.com

February 27, 2023

VIA EMAIL
sclements@dmclaw.com

Scott D. Clements, Esq.
Dickie McCamey & Chilcote, P.C.
Two PPG Place, Suite 400
Pittsburgh, PA 15222-5402

   Re: *Harold R. Feezle, et al. v. Norfolk Southern Ry. Co., et al.*
      Case No.: 4:23-CV-00242-BYP

Dear Scott:

  Confirming our conversation by telephone today, please accept this as formal notice that Plaintiffs' counsel in the above-action would like access to the derailment site for purposes of inspection of the railcars on <u>Wednesday, March 1, 2023.</u>  The following individuals will be present for that purpose:

Andrew Thompson, Esq. (Shapero Roloff Co., LPA)
Jo Anna Pollock, Esq. (Simmons Hanly Conroy)
Brent Wells, Investigator (Simmons Hanly Conroy)
Pat Reilly, Expert
Stephen Petty, Expert
Bernard S. Crimmins, Expert

  Please let me know the time when we should arrive at the site.

             Very truly yours,

             Andrew J. Thompson

Cc: J. Lawson Johnston
   Aaron Ponzo

