PEARSON, J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| HAROLD R. FEEZLE, *et al.*, *etc.*, ) | |
| ) | CASE NO. 4:23CV0242 |
| Plaintiffs, ) | |
| ) | |
| v. ) | JUDGE BENITA Y. PEARSON |
| ) | |
| NORFOLK SOUTHERN ) | |
| RAILWAY CO., *et al.*, ) | |
| ) | |
| Defendants. ) | **ORDER** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| ANDREW ERDOS, *et al., etc.*, ) | |
| ) | CASE NO. 4:23CV0268 |
| Plaintiffs, ) | |
| ) | |
| v. ) | JUDGE BENITA Y. PEARSON |
| ) | |
| NORFOLK SOUTHERN ) | |
| CORPORATION., *et al.*, ) | |
| ) | |
| Defendants. ) | **ORDER** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| CERAMFAB, INC., *et al.* ) | |
| ) | CASE NO. 4:23CV0509 |
| Plaintiffs, ) | |
| ) | |
| v. ) | JUDGE BENITA Y. PEARSON |
| ) | |
| NORFOLK SOUTHERN ) | |
| CORPORATION, *et al.*, ) | |
| ) | |
| Defendants. ) | **ORDER** |

On March 8, 2023, the Court entered an Order in each of the 18 cases then pending on the docket of the undersigned. Since that time, *Ceramfab, Inc. v. Norfolk Southern Corp.*, No. 4:23CV0509 (N.D. Ohio filed March 13, 2023), has been filed.[1]

## I.

On or before March 15, 2023, counsel for Plaintiffs in *Ceramfab, Inc.* shall participate in the preparation of the motion proposing a class counsel organizational structure, including, if necessary, a competing structure(s). This motion shall be filed only in Case No. 4:23CV0242 (*i.e.* the first-filed case) . See Fed. R. Civ. P. 23(g). The motion shall include in a single document the views of all counsel for Plaintiffs in the 22 cases now pending on the docket of the undersigned. Attorneys Seth A. Katz and M. Elizabeth Graham are responsible for coordinating the final version of the motion and Attorney Jayne Conroy shall file the motion. The motion and any briefing regarding it shall not be filed in any of the other pending cases.

## II.

On or before March 15, 2023, counsel for Plaintiffs in *Ceramfab, Inc.* shall participate in the preparation of a Joint Status Report to be filed only in Case No. 4:23CV0242 setting forth their views and the views of defense counsel regarding (1) the potential consolidation of the 22 cases, pursuant to Fed. R. Civ. P. 42(a), (2) the filing of a Master Consolidated Amended Complaint in Case No. 4:23CV0242, and (3) the timing of Defendants' responsive filing. Attorneys Seth A. Katz and M. Elizabeth Graham are responsible for coordinating the final

---

[1] At this writing, the total number of related cases is 22.

version of the Joint Status Report and Attorney Jayne Conroy shall file it. The Joint Status Report and any briefing regarding it shall not be filed in any of the other pending cases.

    IT IS SO ORDERED.

| | |
|---|---|
|    March 15, 2023    |   */s/ Benita Y. Pearson*      |
| Date | Benita Y. Pearson |
| | United States District Judge |