PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:  EAST PALESTINE TRAIN  )
DERAILMENT                     )          CASE NO.  4:23CV0242
                               )
                               )          JUDGE BENITA Y. PEARSON
                               )
                               )          **ORDER**
                               )          [Resolving ECF Nos. 34, 35, 36, 37, 38,
                               )          45, 49, 50, 51, and 55]

Pending are:

• Attorney Alan Schoenfeld's Motion for Admission *Pro Hac Vice* (ECF No. 34).  The motion is accompanied by a Declaration (ECF No. 58) attesting to good standing and the $120.00 fee (Receipt Number AOHNDC-12004664) as required by LR 83.5(h).

• Attorney Albinas Prizgintas's Motion for Admission *Pro Hac Vice* (ECF No. 35).  The motion is accompanied by a Declaration (ECF No. 46) attesting to good standing and the $120.00 fee (Receipt Number AOHNDC-12004703) as required by LR 83.5(h).

• Attorney Michelle Liszt Sandals's Motion for Admission *Pro Hac Vice* (ECF No. 36). The motion is accompanied by a Declaration (ECF No. 57) attesting to good standing and the $120.00 fee (Receipt Number AOHNDC-12004720) as required by LR 83.5(h).

• Attorney Christopher A. Rheinheimer's Motion for Admission *Pro Hac Vice* (ECF No. 37).  The motion is accompanied by a Declaration (ECF No. 47) attesting to good standing and the $120.00 fee (Receipt Number AOHNDC-12004739) as required by LR 83.5(h).

(4:23CV0242)

 • Attorney Aaron M. Ponzo's Motion for Admission *Pro Hac Vice* (ECF No. 38).  The motion is accompanied by a Declaration (ECF No. 48) attesting to good standing and the $120.00 fee (Receipt Number AOHNDC-12004915) as required by LR 83.5(h).

 • Attorney Davina Pujari's Motion for Admission *Pro Hac Vice* (ECF No. 45).  The motion is accompanied by a Declaration (ECF No. 56) attesting to good standing and the $120.00 fee (Receipt Number AOHNDC-12005397) as required by LR 83.5(h).

 • Attorney Jonathan M. Redgrave's Motion for Admission *Pro Hac Vice* (ECF No. 49). The motion is accompanied by a Declaration (ECF No. 49-1) attesting to good standing and the $120.00 fee (Receipt Number AOHNDC-12007093) as required by LR 83.5(h).

 • Attorney Martin T. Tully's Motion for Admission *Pro Hac Vice* (ECF No. 50).  The motion is accompanied by a Declaration (ECF No. 50-1) attesting to good standing and the $120.00 fee (Receipt Number AOHNDC-12007118) as required by LR 83.5(h).

 • Attorney Paul A. Roman, Jr.'s Motion for Admission *Pro Hac Vice* (ECF No. 51).  The motion is accompanied by a Declaration (ECF No. 51-1) attesting to good standing and the $120.00 fee (Receipt Number AOHNDC-12007129) as required by LR 83.5(h).

 • Attorney Monica McCarroll's Motion for Admission *Pro Hac Vice* (ECF No. 55).  The motion is accompanied by a Declaration (ECF No. 55-1) attesting to good standing and the $120.00 fee (Receipt Number AOHNDC-12007450) as required by LR 83.5(h).

For good cause shown, the motions are granted.  Alan Schoenfeld, Albinas Prizgintas, Michelle Liszt Sandals, Christopher A. Rheinheimer, Aaron M. Ponzo, Davina Pujari, Jonathan M. Redgrave, Martin T. Tully, Paul A. Roman, Jr., and Monica McCarroll shall be entered on the

(4:23CV0242)

docket as representing Defendants Norfolk Southern Railway Company and Norfolk Southern

Corporation.

The attorneys are reminded of the requirement to register for CM/ECF and to file and

receive all documents electronically.  *See* LR 5.1(c).


IT IS SO ORDERED.


   May 24, 2023                               */s/ Benita Y. Pearson*       
Date                                                   Benita Y. Pearson
                                                   United States District Judge