# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: EAST PALESTINE TRAIN DERAILMENT | Case No. 4:23-CV-00242-BYP<br><br>JUDGE BENITA Y. PEARSON |

**DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' MASTER CONSOLIDATED CLASS ACTION COMPLAINT UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6) AND TO STRIKE UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(f)**

Under Federal Rules of Civil Procedure 12(b)(6) and 12(f), Defendants Norfolk Southern Railway Company and Norfolk Southern Corporation move to dismiss Plaintiffs' Master Consolidated Class Action Complaint (Dkt. 31) for failure to state a claim upon which relief can be granted and to strike Plaintiffs' request for punitive damages.  The grounds for this Motion are set forth in the accompanying Memorandum in Support.

Dated:  June 2, 2023                                               Respectfully submitted.

WILMER CUTLER PICKERING                                DICKIE, MCCAMEY &
   HALE AND DORR LLP                                           CHILCOTE, P.C.

*/s/ Alan Schoenfeld*

ALAN SCHOENFELD*                                         J. LAWSON JOHNSTON
7 World Trade Center                                          SCOTT D. CLEMENTS, Ohio Bar No. 0096529
250 Greenwich Street                                          AARON PONZO*
New York, NY 10007                                           PAUL ROMAN*
Tel.: (212) 230-8800                                            Two PPG Place, Suite 400
Fax: (212) 230-8888                                            Pittsburgh, PA  15222
alan.schoenfeld@wilmerhale.com                      Tel.: (412) 281-7272
                                                                          Fax: (412) 888-811-7144
DAVINA PUJARI*                                              ljohnston@dmclaw.com
CHRIS RHEINHEIMER*                                      sclemenets@dmclaw.com
One Front Street, Suite 3500                               aponzo@dmclaw.com
San Francisco, CA  94111                                   proman@dmclaw.com
Tel.: (628) 235-1000
Fax: (628) 235-1011                                            *Pro hac vice
davina.pujari@wilmerhale.com
chris.rheinheimer@wilmerhale.com

ALBINAS PRIZGINTAS*
2100 Pennsylvania Avenue NW
Washington, DC  20036
Tel.: (202) 663-6000
Fax: (202) 663-6363
albinas.prizgintas@wilmerhale.com

MICHELLE LISZT SANDALS*
60 State Street
Boston, MA  02109
Tel.: (617) 526-6000
Fax: (617) 526-5000
michelle.sandals@wilmerhale.com

*Pro hac vice*

*Counsel for Defendants*
*Norfolk Southern Corporation and Norfolk Southern Railway Company*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on June 2, 2023, I caused a copy of the foregoing to be filed with the Clerk of the Court using the Court's CM/ECF electronic filing system, which will provide electronic notice to all counsel of record.

                                          */s/ Alan Schoenfeld*
                                          ALAN SCHOENFELD