PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: EAST PALESTINE TRAIN DERAILMENT | ) ) ) ) ) ) ) | CASE NO. 4:23CV0242 <br><br> JUDGE BENITA Y. PEARSON <br><br> **ORDER** <br> [Resolving ECF No. 82] |

Pending is Attorney Stephen R. Basser's Motion to Practice *Pro Hac Vice* (ECF No. 82). The motion is accompanied by a Certificate of Good Standing (ECF Nos. 82-1), a Declaration (ECF No. 82-2) attesting to good standing, and the $120.00 fee (Receipt Number AOHNDC-12034514) as required by LR 83.5(h).

For good cause shown, the motion is granted. Stephen R. Basser shall be entered on the docket as representing Plaintiffs.

The attorney is reminded of the requirement to register for CM/ECF and to file and receive all documents electronically. *See* LR 5.1(c).

IT IS SO ORDERED.

  June 9, 2023              */s/ Benita Y. Pearson*
Date                                           Benita Y. Pearson
                                                   United States District Judge