Approved.
*/s/ Benita Y. Pearson* on 6/9/2023
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION, YOUNGSTOWN

| | |
|---|---|
| IN RE: EAST PALESTINE TRAIN DERAILMENT | CASE NO.  4:23-CV-00242-BYP<br>JUDGE BENITA Y. PEARSON |

### STIPULATION EXTENDING THE TIME FOR DEFENDANTS TO RESPOND AND/OR OBJECT TO PLAINTIFFS' MAY 23, 2023 REQUESTS FOR PRODUCTION OF DOCUMENTS

Plaintiffs in the above-captioned action, and Defendants, Norfolk Southern Railway Company and Norfolk Southern Corporation (collectively "Norfolk Southern"), submit this joint stipulation:

**WHEREAS**, on May 23, 2023, Plaintiffs served Norfolk Southern with Requests for Production of Documents (Liability – Set I), comprising 126 requests, and Requests for Production of Documents (Environmental – Set I) (collectively the "Requests for Production"), comprising 94 requests;

**WHEREAS**, under Fed. R. Civ. P. 34(b)(2)(A), Norfolk Southern's responses and/or objections to the Requests for Production are due on June 22, 2023;

**WHEREAS**, on May 26, 2023, Norfolk Southern requested a 45-day extension of time, until August 7, 2023, to provide its written responses and/or objections to the Requests for Production;

**WHEREAS**, between May 31 and June 7, 2023, the parties met and conferred regarding the Requests for Production and Norfolk Southern's request for an additional 45 days in which to respond and/or object; and

**WHEREAS**, pursuant to the meet and confer process, the parties have reached an agreement on the contours and conditions of an extension of time for Norfolk Southern to respond and/or object to the Requests for Production.

**NOW, THEREFORE, IT IS HEREBY STIPULATED PURSUANT TO FED. R. CIV. P. 29 and 34(b)(2)(A) THAT**:

1. Norfolk Southern shall have until June 29, 2023, to raise any objections to the Requests for Production that relate solely to National Transportation Safety Board ("NTSB") privilege or prohibition on disclosure, whether made pursuant to 49 C.F.R. 831.13 or otherwise. Such objections shall be made formally pursuant to Fed. R. Civ. P. 34.

2. Norfolk Southern shall thereafter have until August 7, 2023, to respond to the Requests for Production and raise any objections not related to NTSB privilege or prohibition on disclosure, whether made pursuant to 49 C.F.R. 831.13 or otherwise. Such responses and objections shall be made formally pursuant to Fed. R. Civ. P. 34.

3. Norfolk Southern shall make its first production of documents responsive to the Requests for Production on August 7, 2023.

4. The parties shall begin meeting and conferring by no later than July 17, 2023, to develop a definitive schedule for future rolling productions of documents made by Norfolk Southern to follow the August 7, 2023 production, including a date for substantial completion of Norfolk Southern's production.

**IT IS SO STIPULATED.**

Dated: June 8, 2023

Respectfully submitted by:

| *Counsel for Plaintiffs* | *Counsel for Defendants* |
|---|---|
| /s/ Seth A. Katz | /s/ Scott D. Clements |
| Seth A. Katz (pro hac vice)<br>**BURG SIMPSON ELDREDGE HERSH & JARDINE, P.C.**<br>40 Inverness Drive East<br>Englewood, CO 80112<br>303-792-5595<br>303-708-0527 (fax) | **DICKIE, MCCAMEY & CHILCOTE, P.C.**<br><br>J. Lawson Johnston<br>Scott D. Clements |

skatz@burgsimpson.com

M. Elizabeth Graham (pro hac vice)
**GRANT & EISENHOFER P.A**.
123 S. Justison Street, 6th Floor
Wilmington, DE 19801
303-622-7000
303-622-7100 (fax)
egraham@gelaw.com

Jayne Conroy (pro hac vice)
**SIMMONS HANLY CONROY**
112 Madison Avenue, 7th Floor
New York, NY 10016
212-784-6400
212-213-5949 (fax)
jconroy@simmonsfirm.com

Michael Morgan (pro hac vice)
**MORGAN & MORGAN**
20 North Orange Ave., Suite 1600
Orlando, FL 32801
407-420-1414
407-245-3389 (fax)
mmorgan@forthepeople.com

Aaron M. Ponzo*
Paul A. Roman, Jr.*
Two PPG Place, Suite 400
Pittsburgh, PA 15222
Tel.: (412) 281-7272
Fax: (412) 888-811-7144
ljohnston@dmclaw.com
sclemenets@dmclaw.com
aponzo@dmclaw.com
proman@dmclaw.com

**WILMER CUTLER PICKERING
   HALE AND DORR LLP**

Alan Schoenfeld*
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel.: (212) 230-8800
Fax: (212) 230-8888
alan.schoenfeld@wilmerhale.com

Davina Pujari*
Chris Rheinheimer*
One Front Street, Suite 3500
San Francisco, CA 94111
Tel.: (628) 235-1000
Fax: (628) 235-1011
davina.pujari@wilmerhale.com
chris.rheinheimer@wilmerhale.com

Albinas Prizgintas*
2100 Pennsylvania Avenue NW
Washington, DC 20036
Tel.: (202) 663-6000
Fax: (202) 663-6363
albinas.prizgintas@wilmerhale.com

Michelle Liszt Sandals*
60 State Street
Boston, MA 02109
Tel.: (617) 526-6000
Fax: (617) 526-5000
michelle.sandals@wilmerhale.com

**REDGRAVE LLP**

Jonathan M. Redgrave*
Monica McCarroll*
4800 Westfield Blvd., Suite 250
Chantilly, VA  20151
(703) 592-1155
jredgrave@redgravellp.com
mmcarroll@redgravellp.com

Martin T. Tully*
230 West Monroe Street, Suite 210
Chicago, IL  60606
(773) 782-0352
mtully@redgravellp.com

*Pro hac vice*