**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| IN RE: EAST PALESTINE TRAIN DERAILMENT | Case No. 4:23-cv-00242-BYP <br><br> JUDGE BENITA Y. PEARSON <br><br> **NOTICE OF CHANGE OF ADDRESS** |

Please take notice that, as of June 10, 2023, attorney Alyson S. Beridon, counsel of record for Plaintiffs, in the above case, has changed her office address for service of notifications in this action. Ms. Beridon's new address and contact information are as follows:

Alyson S. Beridon (#87496)
**Herzfeld, Suetholz, Gastel, Leniski
 & Wall, PLLC**
600 Vine St., Suite 2720
Cincinnati, OH 45202
Tel: (513) 381-2224
Fax: (615) 994-8625
Email: alyson@hsglawgroup.com

All future notices and documents in this action should be sent to the above email and/or mailing address.

DATED: June 16, 2023       Respectfully submitted,

/s/ *Alyson Steele Beridon*
Alyson Steele Beridon (#87496)
**Herzfeld, Suezhotz, Gastel, Lenski
 & Wall, PLLC**
600 Vine St., Suite 2720
Cincinnati, OH 45202
Phone: (513) 381-2224
Fax: (615) 994-8625
Email: alyson@hsglawgroup.com

*Attorney for Plaintiffs and the Proposed Class*

## CERTIFICATE OF SERVICE

      I, Alyson Beridon, hereby certify that the foregoing Notice of Change of Address was filed electronically this 16th day of June, 2023, and that notice of this filing will be sent by operation of the Court's electronic filing system to all counsel of record for the parties, who are all registered with this Court's electronic filing system and who may access this filing through the Court's system.

                                                /s/ *Alyson Steele Beridon*
                                                Alyson Steele Beridon (#87496)