In the united States District
Courts for the Northern
District of ohio

[pg # 1]

Josh Turner                    ° case no. 4:23-CV-0242-BYP
plaintiff                      ° Judge B. Pearson

vs

Alan Shaw Et, Al
Norfolk southern train company.
Defendants.

FILED
JUN 23 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

"Reply" To Defendants Motion to Dismiss.

1) On Febuary 3rd 2023, Norfolks southern train companys train Derailed in the East palistine ohio Area. with life threating Hazzardes chiemicals on Multiple train cars., on Febuary 3rd 2023 Norfolk southern "CEO" and/or Employees orcastrated a "controled" [Blow-up] or [Burn]!! into the public of the people of the united States of Amarica, these so Called ["Chiemicals"] Are life threating, and Millions of Gallons of "Viynal cloride" went into the ["Enviorment"] in and/or Around East palistine Area...

2) on Febuary 3rd 2023..., while the Burn was Going on the wind shifted twards the Area im in wich is [Hubbard] Mohaning county,.. threw the Day of Febuary 3rd, 4th, 5th, 6th our prison is A Supper MAX sucurity and We have No way to close or open windows it's A Automatic Ran ventalation system for 3 days Every Inmate

[pg # 2]

In (OSP) - Ohio State Penitintary was Breathing in the ["Soot"] - Ash, viynal cloride for 96 hours untill the Maintance personal turned off our ventalation for 3 to 5 hours to clean the Ducts or vents out of the smell that was lingering in our cells for almost 4 Days. All the inmates started complaining About the Medical problems we wer having and still are having... the Irratation of Burning skin, Rashes, cough, Sinuns, chest conguestions...

3) on or Around March - April I put in A ["HSR"] wich is a Health Service Request Form to see a Medical staff personal.., I stated I had a Irratation on my left shoulder, A cough, Burning eyes, and chest congestions, Head aces, Burning skin!!.., The Medical staff stated, what e showed them on my left shoulder [A Red pea sized cercle] was Due to the type of Soap e was using.. So e changed my soap and lotion. after a 2 week period of time Nothing happened so I put in a nother "HSR" Health service Request Form. stating it's not Going Away so the Nurse/ Medical staff Gave Me Antifungle cream said it was ["Ringworm"] after a few week Nothing happened and I put in for a nother ["HSR"] the Nurse/Medical staff said well lets try

[pg # 3]

Eucerin cream, It might be ceriesis, well after 2 More weeks Nothing so the Medical suppervisor [Ms. Morgan] Did A Skin sample and sent it off to an outside lab wich came back [Skin Cancer]!!!!...., Due to the so called Controlled Burn By Norfolks southern train Company "CEO" and/or Employees I have Recived a Skin cancer Due to the soot/ viynal cloride Being Burnd into the AIR and leaked into our soil....

4) I am an Inmate at (osp) and Im not Allowed to Request My own Medical Records wich I would on like for My Attorney to see them, if the Defendants want them for "Discovery" or trial purpose then I would have no problems with there Request... the courts will find in this time-line I have put forth My Medical Records, will show All Facual Edvedance on my Behalf is true and correct ... I would Just like to thank the courts to hearing My Reply to the Defendants Metion to Dissmiss thank you for all your time.

Respectfuly submitted;
Josh Turner 798-557
878 coitsville-Hubbard Rd
youngstown ohio
44505

I Declair under penalty and preJury that the foregoing is true and correct to the Best of my knowlage Excuted on 6/19/2023

Signature _____ [signature] 798-557

Name/printed  Josh Turner  798-557

Josh Turner  798-557
878 coitesville-Hubbard rd
youngstown, ohio 44505

Case No. 4:23-cv-0242
Judge B. Pearson

