# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: EAST PALESTINE TRAIN DERAILMENT** | Case No. 4:23-CV-00242-BYP <br><br> JUDGE BENITA Y. PEARSON |

**TRINITY INDUSTRIES LEASING COMPANY'S
MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED
MASTER CONSOLIDATED CLASS ACTION COMPLAINT
UNDER FEDERAL RULES OF CIVIL PROCEDURE 12(b)(2) AND 12(b)(6)**

Defendant Trinity Industries Leasing Company ("Trinity") by and through its undersigned counsel, files this Motion to Dismiss Plaintiffs' First Amended Master Consolidated Class Action Complaint pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6). First, personal jurisdiction does not exist over Trinity in Ohio. Second, Plaintiffs' negligence and gross negligence claims are preempted by federal law, including the Federal Railroad Safety Act ("FRSA") and the Hazardous Materials Transportation Act ("HMTA"). Third, Plaintiffs' negligence and gross negligence claims are not adequately pled. Fourth, Plaintiffs' medical monitoring claims are barred because (i) medical monitoring is not a viable claim under Ohio law and (ii) those claims are not supported by competent underlying allegations of tort liability. Trinity relies upon the accompanying Memorandum to set forth the legal basis supporting this Motion.

WHEREFORE, Defendant Trinity Industries Leasing Company respectfully requests that the Court grant this Motion to Dismiss and dismiss Plaintiffs' Complaint against Trinity in its entirety, award Trinity its costs and reasonable attorneys' fees incurred in defending this action, and grant Trinity such further and other legal and equitable relief as may be just under the circumstances.

Dated: September 26, 2023					Respectfully submitted.

HAYNES AND BOONE LLP					BARTLIT BECK LLP

 /s/ Ronald W. Breaux					SEAN GALLAGHER*
							JOHN BYARS*
RONALD W. BREAUX*					JOHN FITZPATRICK*
BRADLEY W. FOSTER*					NORA ECCLES*
CARRINGTON M. GIAMMITTORIO*				Courthouse Place
2801 N. Harwood St					54 West Hubbard Street
Suite 2300						Chicago, IL 60654
Dallas, Texas 75201					Tel.: (312) 494-4400
Tel.: (214) 651-5000					Fax: (312) 494-4440
Fax: (214) 651-5940					sean.gallagher@bartlitbeck.com
ron.breaux@haynesboone.com				john.byars@bartlitbeck.com
brad.foster@haynesboone.com				john.fitzpatrick@bartlitbeck.com
carrington.giammittorio@haynesboone.com			nora.eccles@bartlitbeck.com


BARNES & THORNBURG LLP

DAVID J. DIRISAMER
41 S. High Street
Suite 3300
Columbus, OH 43215
Tel.: (614) 628-0096
Fax: (614) 628-1433
david.dirisamer@btlaw.com

*Pro hac vice

*Counsel for Defendant and Third-Party Defendant*
*Trinity Industries Leasing Company*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 26, 2023, I caused a copy of the foregoing to be filed with the Clerk of the Court using the Court's CM/ECF electronic filing system, which will provide electronic notice to all counsel of record.

                                                */s/ Ronald W. Breaux*
                                                Ronald W. Breaux