### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| **STEVEN MCKAY,** *et al.*, individually and on behalf of all others similarly situated, | : :  **CASE NO. 4:23-CV-00242-BYP** |
| *Plaintiffs*, | : :  **JUDGE BENITA Y. PEARSON** |
| v. | : |
| **NORFOLK SOUTHERN RAILWAY COMPANY,** *et al.*, | : : : |
| *Defendants/Third-Party Plaintiffs*, | : |
| v. | : |
| **OXYVINYLS LP,** *et al.*, | : : |
| *Third-Party Defendants*. | : |

### DEFENDANT / THIRD-PARTY DEFENDANT OXYVINYLS LP'S
### MOTION TO (1) DISMISS PLAINTIFFS' FIRST AMENDED MASTER
### CONSOLIDATED CLASS ACTION COMPLAINT AND JURY DEMAND AND/OR
### (2) TO STRIKE PLAINTIFFS' REQUEST FOR PUNITIVE DAMAGES

Pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(f), Defendant / Third-Party Defendant OxyVinyls LP respectfully moves the Court to dismiss Plaintiffs' First Amended Master Consolidated Class Action Complaint as against OxyVinyls for failure to state a claim upon which relief can be granted and/or to strike Plaintiffs' request for punitive damages. A Memorandum in Support is attached.

Respectfully submitted,

VORYS, SATER, SEYMOUR AND PEASE LLP

*/s/ Alycia N. Broz*
Kimberly Weber Herlihy (0068668)
Alycia N. Broz (0070205)
Emily J. Taft (0098037)
52 East Gay Street
P.O. Box 1008
Columbus, Ohio 43216-1008
Phone: (614) 464-8283
Fax:    (614) 464-8283
Email: kwherlihy@vorys.com
            anbroz@vorys.com
            ejtaft@vorys.com

Karey E. Werner
200 Public Square
Suite 1400
Cleveland, Ohio 44114-2327
Phone: (216) 479-6150
Email: kewerner@vorys.com

*Counsel for OxyVinyls LP*