PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: EAST PALESTINE TRAIN DERAILMENT ) ) ) ) ) ) | CASE NO. 4:23CV0242<br><br>JUDGE BENITA Y. PEARSON<br><br>**ORDER**<br>[Resolving ECF No. 212] |

Pending is Plaintiffs' Unopposed Motion to Substitute Class Representative (ECF No. 212). Plaintiffs move the Court, pursuant to Fed. R. Civ. P. 21 and prior to class certification, for leave to substitute Brenda Williams for Neely Jack as a named plaintiff and proposed class representative in the above-entitled putative class action. Plaintiffs also seek leave to amend the First Amended Master Consolidated Class Action Complaint (ECF No. 138) to substitute Ms. Brenda Williams in Ms. Jack's stead. For good cause shown, the motion is granted. ECF No. 138 is hereby deemed amended by interlineation to substitute Ms. Brenda Williams for Ms. Jack and modify plaintiff-specific ¶¶ 12-15. *See* ECF No. 212-1. Ms. Jack remains a member of the putative class(es). The pending Motions to Dismiss (ECF Nos. 76, 205, 206, and 207) are hereby deemed to address ECF No. 138, as amended by the within interlineation. Plaintiffs shall make an initial production of Ms. Williams' documents within five (5) days of the date of this Order.

IT IS SO ORDERED.

| | |
|---|---|
| September 28, 2023 | */s/ Benita Y. Pearson* |
| Date | Benita Y. Pearson<br>United States District Judge |