PEARSON, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

IN RE:  EAST PALESTINE TRAIN )
DERAILMENT )   CASE NO.  4:23CV0242
 )
 )
 )   JUDGE BENITA Y. PEARSON
 )
 )
 )   **ORDER**

The Court is in receipt of an email message dated January 11, 2024 from Kimberly Weber

Herlihy, one of the attorneys for New Party Defendant/Third-party Defendant OxyVinyls LP, to

the Courtroom Deputy for the undersigned.  The Court speaks through its docket, so counsel in

the above-entitled action shall cease emailing the Court (unless counsel has received prior

permission from the Court to do so) and only initiate communication with the Court through

CM/ECF or by telephone.  The Court will, however, take Attorney Herlihy up on her offer to

canvass for a more suitable date for the Status Conference.  After counsel have conferred and

agreed on three proposed dates, a joint motion to continue status conference scheduled for

February 9, 2024 may be filed on the docket.

IT IS SO ORDERED.

___January 12, 2024___                    _/s/ Benita Y. Pearson_____
Date                                            Benita Y. Pearson
                                                  United States District Judge