PEARSON, J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: EAST PALESTINE TRAIN DERAILMENT | CASE NO. 4:23CV0242 |
| | JUDGE BENITA Y. PEARSON |
| | **ORDER** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| PATRICIA ALMASY, *et al.*, | CASE NO. 4:24CV0452 |
| Plaintiffs, | |
| v. | JUDGE BENITA Y. PEARSON |
| NORFOLK SOUTHERN CORPORATION, *et al.*, | |
| Defendants. | **ORDER** |

**I.**

On April 5, 2023, the Court, pursuant to Fed. R. Civ. P. 42, consolidated 31 cases that had been filed regarding the February 3, 2023 Norfolk Southern train derailment in East Palestine, Ohio. *See* Order (ECF No. 28 in No. 4:23CV0242). The Court also appointed Seth A. Katz, M. Elizabeth Graham, Jayne Conroy, and T. Michael Morgan as Co-Lead Counsel. The Order sets forth the responsibilities that Co-Lead Counsel, in consultation with the Members of the Executive Committee, shall have "on behalf of all Plaintiffs in this action and any additional

related actions that are consolidated with this action (collectively, 'the Action')." ECF No. 28 in No. 4:23CV0242 at PageID #: 565.

On March 8, 2024, Plaintiffs Patricia Almasy, Nina Aquino, Raeann Bankston, Holly Carroll, Alice M. Craft, Todd Craft, Kristine Croston, Robert Delposen, Glenn Dixon, John Dryfuse, Brad Edwards, Olivia Foster, Oscar Gaunt, Karen Gilmore, Sarah Ann Graham, Debra Lee Gray, Dylan Hall, Randy Hogue, Elijah D. Holloway, Tammie Howarth, Laryssa Jackson, Nicole Jamison, James Jones, Patricia L. Kasserman, Timothy Lambright, Matt Liberty, Christopher Lucas, Linda McLaughlin, Nathan Minerd, Albert L. Nahar II, Diana Nizer, Sheena Nolan, Patrick Palmer, Rocco Anthony Pietz, Ronald Prokop, Mark Richard, Ronald Roach, Donald Simmons, Penny Singleton, and Charles W. Will filed Case No. 4:24CV0452, which is an individual non-class case.

Case 4:24CV0452, a related action, is hereby consolidated into Case No. 4:23CV0242 for pretrial purposes pursuant to Rule 42.

**II.**

The Court previously announced its intention to administratively close all but Case No. 4:23CV0242 upon the filing of a Master Consolidated Class Action Complaint regarding the February 3, 2023 Norfolk Southern train derailment in East Palestine, Ohio. *See* Order (ECF No. 28 in 4:23CV0242) at PageID #: 570 n. 7. The Master Consolidated Class Action Complaint (ECF No. 31 in 4:23CV0242) was filed on May 4, 2023. Accordingly, Case No. 4:24CV0452 is hereby closed.[1]

---

[1] The Clerk's Office shall administratively close Case No. 4:24CV0452.

The Clerk of Court shall docket the within Order in Case Nos. 4:24CV0452 and 4:23CV2206.  Thereafter, all pleadings and other papers for the above-entitled actions shall only be filed in and docket entries shall only be made in Case No. 4:23CV0242.

IT IS SO ORDERED.

| | |
|---|---|
|   March 13, 2024   |   */s/ Benita Y. Pearson*   |
| Date | Benita Y. Pearson |
| | United States District Judge |