PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: EAST PALESTINE TRAIN DERAILMENT | )<br>)  CASE NO.  4:23CV0242<br>)<br>)  JUDGE BENITA Y. PEARSON<br>)<br>)  [PROPOSED] **ORDER**<br>)  [Resolving ECF No. 445] |

Pending is the motion from Plaintiffs and Norfolk Southern to stay all obligations and deadlines as to Plaintiffs' consolidated case against Norfolk Southern and the Plaintiffs' consolidated case against the Railcar Defendants in light of the settlement agreement in principle between Plaintiffs and Norfolk Southern to resolve this putative class action lawsuit, including all consolidated cases before this Court.  For good cause, the Court **GRANTS** the motion.  It is **ORDERED** that:

1. All obligations and deadlines as to the Plaintiffs' consolidated case (all individual or putative class action complaints filed in this Court that have been, or are in the future, consolidated into the above-captioned action) against Norfolk Southern and the Plaintiffs' consolidated case against the Railcar Defendants, including all such obligations and deadlines set forth in the Case Management Conference Order and Plan (ECF No. 98), as amended (ECF No. 432), are **STAYED**, pending the filing of preliminary and final approval papers.

2. All obligations and deadlines with respect to Norfolk Southern's Third-Party Complaint against the Railcar Defendants (ECF No. 119), including all such obligations and deadlines set forth in the Case Management Conference and Plan, as amended, remain the same and are unaffected by this Order.

**IT IS SO ORDERED.**

_____                          _____
Date                                          Benita Y. Pearson
                                              United States District Judge