UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: EAST PALESTINE TRAIN DERAILMENT | CASE NO. 4:23-CV-00242-BYP<br>JUDGE BENITA Y. PEARSON |

**MOTION FOR PRELIMINARY APPROVAL OF
SETTLEMENT, APPOINTMENT OF LEAD CLASS COUNSEL,
<u>AND APPROVAL OF NOTICE</u>**

Now come Plaintiffs and move this Honorable Court for preliminary approval of the Settlement Agreement between Plaintiffs and Defendants Norfolk Southern Corporation and Norfolk Southern Railway Company (collectively, "Norfolk Southern," and together with Plaintiffs, the "Parties"), which is attached hereto as Exhibit A, Appointment of Lead Class Counsel, and Approval of Notice for the reasons set forth in the attached Memorandum in Support.  Norfolk Southern consents to the relief requested.

Dated: April 26, 2024                                                  Respectfully submitted,

*/s/ M. Elizabeth Graham*
M. Elizabeth Graham (pro hac vice)
Adam J. Gomez (pro hac vice)
Caley DeGroote (pro hac vice)
**GRANT & EISENHOFER P.A.**
123 S. Justison Street, 6th Floor
Wilmington, DE 19801
303-622-7000
303-622-7100 (fax)

egraham@gelaw.com
agomez@gelaw.com
cdegroote@gelaw.com

Seth A. Katz (pro hac vice)
**BURG SIMPSON ELDREDGE HERSH & JARDINE, P.C.**
40 Inverness Drive East
Englewood, CO 80112
303-792-5595
303-708-0527 (fax)
skatz@burgsimpson.com

Jayne Conroy (pro hac vice)
**SIMMONS HANLY CONROY**
112 Madison Avenue, 7th Floor
New York, NY 10016
212-784-6400
212-213-5949 (fax)
jconroy@simmonsfirm.com

Michael Morgan (pro hac vice)
**MORGAN & MORGAN**
20 North Orange Ave., Suite 1600
Orlando, FL 32801
407-420-1414
407-245-3389 (fax)
mmorgan@forthepeople.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2024 a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ M. Elizabeth Graham*
M. Elizabeth Graham
Grant & Eisenhofer P.A.
