IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: EAST PALESTINE TRAIN DERAILMENT | Case No. 4:23-CV-00242-BYP <br><br> JUDGE BENITA Y. PEARSON |

**JOINT STIPULATION UNDER RULE 41 OR, IN THE ALTERNATIVE, UNOPPOSED MOTION UNDER RULE 21 TO DISMISS NORFOLK SOUTHERN'S THIRD-PARTY CLAIMS AGAINST THIRD-PARTY DEFENDANT TRINITY INDUSTRIES LEASING COMPANY**

1. Third-Party Plaintiffs Norfolk Southern Corporation and Norfolk Southern Railway Company (collectively, "Norfolk Southern") and Third-Party Defendant Trinity Industries Leasing Company ("Trinity") jointly stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that Norfolk Southern's third-party claims against Trinity in Norfolk Southern's Third-Party Complaint (Dkt. 119)—specifically, Count One (negligence as against Trinity); Count Four (contribution as against Trinity, which the Court previously dismissed without prejudice)—are dismissed with prejudice, with each of Norfolk Southern and Trinity bearing its own fees and costs. All other parties who have appeared in this case—Plaintiffs and Third-Party Defendants GATX Corporation, General American Marks Company, and OxyVinyls LP—have signed this stipulation.

2. Due to uncertainty in the Sixth Circuit regarding the proper mechanism to dismiss claims against a single party in a multiparty action, in the alternative, Norfolk Southern and Trinity jointly seek the same relief under Federal Rule of Civil Procedure 21.[*] Rule 21 provides:

---

[*] The Sixth Circuit has previously "affirmed a district court's Rule 41 dismissal of all claims against one of two defendants in an action." *Letherer v. Alger Grp., L.L.C.*, 328 F.3d 262, 266 (6th Cir. 2003), *overruled on other grounds by Blackburn v. Oaktree Cap. Mgmt., LLC*, 511 F.3d 633 (6th Cir. 2008). But as the court of appeals has acknowledged, its "interpretation of Rule 41 is unclear." *Id.*; *see*

"On motion or on its own, the court may at any time, on just terms, add or drop a party."  In applying Rule 21, courts are "guided by the maxim that the plaintiff is the 'master of his complaint,'" and, absent "'plain legal prejudice,'" a court "should not force [a plaintiff] to prosecute a suit against [a defendant]."  *Yandell Constr. Servs., Inc. v. LMR Constr., LLC*, 2018 WL 4375112, at *4 (W.D. Tenn. Sept. 13, 2018).  Dismissal is proper here.  Norfolk Southern and Trinity jointly agree.  No party, Trinity or otherwise, would suffer any prejudice—as reflected by the stipulation signed by all parties in this case, and this alternative motion, which is unopposed by all parties.  Accordingly, the Court should dismiss Norfolk Southern's third-party claims against Trinity in the Third-Party Complaint (specifically, Count One (negligence as against Trinity) and Count Four (contribution as against Trinity, which the Court previously dismissed without prejudice)) with prejudice, with each of Norfolk Southern and Trinity bearing its own fees and costs.

3. This stipulation (or, in the alternative, motion) concerns only Norfolk Southern's third-party claims against Trinity in this case—and not, for avoidance of doubt, those third-party claims asserted under the Comprehensive Environmental Response, Compensation, and Liability Act in *State of Ohio et al. v. Norfolk Southern Corp. et al.*, Nos. 23-cv-517, 23-cv-675.  In addition, Norfolk Southern's third-party claims against GATX Corporation, General American Marks Company, and OxyVinyls LP are unaffected by this stipulation (or, in the alternative, motion) and remain pending here.

---

*also Yandell Constr. Servs., Inc. v. LMR Constr., LLC*, 2018 WL 4375112, at *2 (W.D. Tenn. Sept. 13, 2018) ("Sixth Circuit precedent appears to be in conflict as to whether Rule 41 may be utilized in dismissing only certain defendants to an action.").  Thus, in an abundance of caution, Norfolk Southern and Trinity also jointly move to dismiss Norfolk Southern's claims against Trinity under Rule 21.  *See Yandell*, 2018 WL 4375112, at *3 (applying Rule 21 "because the weight of precedent favors this construction").

2

Dated: May 22, 2024

Respectfully submitted.

| | |
|---|---|
| WILMER CUTLER PICKERING HALE AND DORR LLP | DICKIE, MCCAMEY & CHILCOTE, P.C. |
| /s/ Alan Schoenfeld | |
| ALAN SCHOENFELD* | J. LAWSON JOHNSTON |
| ANDREW RHYS DAVIES* | SCOTT D. CLEMENTS, Ohio Bar No. 0096529 |
| 7 World Trade Center | Two PPG Place, Suite 400 |
| 250 Greenwich Street | Pittsburgh, PA 15222 |
| New York, NY 10007 | Tel.: (412) 281-7272 |
| Tel.: (212) 230-8800 | Fax: (412) 888-811-7144 |
| Fax: (212) 230-8888 | ljohnston@dmclaw.com |
| alan.schoenfeld@wilmerhale.com | sclements@dmclaw.com |
| andrew.davies@wilmerhale.com | |
| | |
| DAVINA PUJARI* | |
| CHRIS RHEINHEIMER* | |
| One Front Street, Suite 3500 | |
| San Francisco, CA 94111 | |
| Tel.: (628) 235-1000 | |
| Fax: (628) 235-1011 | |
| davina.pujari@wilmerhale.com | |
| chris.rheinheimer@wilmerhale.com | |
| | |
| ALBINAS PRIZGINTAS* | |
| 2100 Pennsylvania Avenue NW | |
| Washington, DC 20036 | |
| Tel.: (202) 663-6000 | |
| Fax: (202) 663-6363 | |
| albinas.prizgintas@wilmerhale.com | |

*Pro hac vice

*Counsel for Norfolk Southern Corporation and Norfolk Southern Railway Company*

3

| | |
|---|---|
| HAYNES AND BOONE LLP | BARTLIT BECK LLP |
| | */s/ John Byars* |
| RONALD W. BREAUX | SEAN GALLAGHER* |
| BRADLEY W. FOSTER | JOHN BYARS* |
| CARRINGTON M. GIAMMITTORIO | JOHN FITZPATRICK* |
| 2801 N. Harwood St. | BRIAN SWANSON* |
| Suite 2300 | TULSI GAONKAR* |
| Dallas, Texas 75201 | NORA ECCLES* |
| Tel.: (214) 651-5000 | NENA BENAVIDES* |
| Fax: (214) 651-5940 | Courthouse Place |
| ron.breaux@haynesboone.com | 54 West Hubbard Street |
| brad.foster@haynesboone.com | Chicago, IL 60654 |
| carrington.giammittorio@haynesboone.com | Tel.: (312) 494-4400 |
| | Fax: (312) 494-4440 |
| | sean.gallagher@bartlitbeck.com |
| BARNES & THONBURG LLP | john.byars@bartlitbeck.com |
| | john.fitzpatrick@bartlitbeck.com |
| JEFF BARTOLOZZI | brian.swanson@bartlitbeck.com |
| 41 S. High Street | tulsi.gaonkar@bartlitbeck.com |
| Suite 3300 | nora.eccles@bartlitbeck.com |
| Columbus, OH 43215 | nena.benavides@bartlitbeck.com |
| Tel.: (614) 628-0096 | |
| Fax: (614) 628-1433 | LINDLEY BRENZA |
| jeff.bartolozzi@btlaw.com | 1801 Wewatta Street |
| | Suite 1200 |
| **Pro hac vice* | Denver, CO 80202 |
| | Tel.: (303) 592-3100 |
| | Fax: (303) 592-3140 |
| | lindley.brenza@bartlitbeck.com |

*Counsel for Trinity Industries Leasing Company*

4

*/s/ M. Elizabeth Graham*
M. Elizabeth Graham (pro hac vice)
GRANT & EISENHOFER P.A.
123 S. Justison Street, 6th Floor
Wilmington, DE 19801
303-622-7000
303-622-7100 (fax)
egraham@gelaw.com

Seth A. Katz (pro hac vice)
BURG SIMPSON ELDREDGE
 HERSH & JARDINE, P.C.
40 Inverness Drive East
Englewood, CO 80112
303-792-5595
303-708-0527 (fax)
skatz@burgsimpson.com

Jayne Conroy (pro hac vice)
SIMMONS HANLY CONROY
112 Madison Avenue, 7th Floor New York, NY 10016
212-784-6400
212-213-5949 (fax)
jconroy@simmonsfirm.com

*Counsel for Plaintiffs*

*/s/ Alycia N. Broz*
Alycia N. Broz (0070205)
Kimberly Weber Herlihy (0068668)
Emily J. Taft (0098037)
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, Ohio 43215
Phone: (614) 464-6400
Email: anbroz@vorys.com
       kwherlihy@vorys.com
       ejtaft@vorys.com

*Counsel for OxyVinyls LP*

<u>/s/ Hariklia Karis</u>
Joseph A. Castrodale (OH: 0018494)
Meggan A. Louden (OH: 0074215)
BENESCH, FRIEDLANDER, COPLAN &
   ARONOFF LLP
127 Public Square, Suite 4900
Cleveland, Ohio 44114-1284
Tel.: (216) 363-4500
Fax: (216) 363-4588
jcastrodale@beneschlaw.com
mlouden@beneschlaw.com

Hariklia ("Carrie") Karis (IL: 6229535)
Robert B. Ellis (IL: 6206846)
Jonathan O. Emmanuel (IL: 6329645)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Tel.: (312) 862-2000
Fax: (312) 862-2200
hkaris@kirkland.com
rellis@kirkland.com
jon.emmanuel@kirkland.com

Sydne K. Collier (TX: 24089017)
KIRKLAND & ELLIS LLP
4550 Travis Street
Dallas, Texas 75205
Tel.: (214) 972-1770
Fax: (214) 972-1771
sydne.collier@kirkland.com

*Counsel for GATX Corporation and General American Marks Company*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on May 22, 2024, I caused a copy of the foregoing to be filed with the Clerk of the Court using the Court's CM/ECF electronic filing system, which will provide electronic notice to all counsel of record.

*/s/ Alan Schoenfeld*
ALAN SCHOENFELD