**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: EAST PALESTINE TRAIN DERAILMENT** | Case No. 4:23-CV-00242-BYP <br><br> JUDGE BENITA Y. PEARSON |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO DISMISS NORFOLK SOUTHERN'S CLAIMS AGAINST THIRD-PARTY DEFENDANT TRINITY INDUSTRIES LEASING COMPANY**

Before the Court is the Unopposed Motion to Dismiss Norfolk Southern's Claims Against Third-Party Defendant Trinity Industries Leasing Company, filed jointly by Norfolk Southern Corporation and Norfolk Southern Railway Company (collectively, "Norfolk Southern") and Trinity Industries Leasing Company ("Trinity"), and without opposition from any other parties in this case.  Upon consideration of the Motion, and for the reasons set forth therein, the Motion is **GRANTED**.  The Court hereby **ORDERS** as follows:

1. Count One and Count Four of Norfolk Southern's Third-Party Complaint (Dkt. 119) are **DISMISSED** with prejudice as to Trinity only.

2. Each of Norfolk Southern and Trinity shall bear its own fees and costs.

**IT IS SO ORDERED**.

DATED this ___ day of _____, 2024

_____
The Honorable Benita Y. Pearson