PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION


IN RE:  EAST PALESTINE TRAIN          )
DERAILMENT                            )          CASE NO.  4:23CV0242
                                      )
                                      )          JUDGE BENITA Y. PEARSON
                                      )
                                      )          **ORDER**
                                      )          [Resolving ECF No. 460]



      Pending is a Joint Stipulation Under Rule 41 or, in the Alternative, Unopposed Motion

Under Rule 21 to Dismiss Norfolk Southern Corporation and Norfolk Southern Railway

Company's ("Norfolk Southern") Claims Against Third-party Defendant Trinity Industries

Leasing Company ("Trinity") (ECF No. 460).

      The Sixth Circuit does not recognize Rule 41(a) as the appropriate procedural rule in

dismissing some, but not all, of the defendants in a single case.  "In the Sixth Circuit, a plaintiff

may only dismiss an 'action' using Rule 41(a) and an 'action' is interpreted to mean the 'entire

controversy.' "  *Stapleton v. Vicente*, No. 5:18-cv-504-JMH-MAS, 2019 WL 2494564, at \*1

(E.D. Ky. June 14, 2019) (quoting *Philip Carey Mfg. Co. v. Taylor*, 286 F.2d 782, 785 (6th Cir.),

*cert. denied*, 366 U.S. 948 (1961); *Yandell Constr. Servs., Inc. v. LMR Constr., LLC*,

No. 1:17-cv-01037-JDB-egb, 2018 WL 4375112, at \*3 (W.D. Tenn. Sept. 13, 2018) (applying

Rule 21 "because the weight of precedent favors this construction").

      For good cause shown, the unopposed motion (ECF No. 460) is granted.  Trinity is

dropped as a Third-party Defendant with prejudice pursuant to Fed. R. Civ. P. 21 for the reasons

(4:23CV0242)

stated in the unopposed motion.  Each party to bear their own fees and costs.  Count One
(negligence) and Count Four (contribution, which the Court previously dismissed without
prejudice) of Norfolk Southern's Third-Party Complaint (ECF No. 119) are dismissed with
prejudice as to Trinity only.  Norfolk Southern's claims against Third-party Defendants
OxyVinyls LP, GATX Corporation, and General American Marks Company remain pending.


      IT IS SO ORDERED.


      June 3, 2024                          /s/ Benita Y. Pearson           
Date                                              Benita Y. Pearson
                                              United States District Judge