# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

|  |  |
|---|---|
| IN RE:<br>EAST PALESTINE TRAIN DERAILMENT | )<br>)<br>) Case No. 4:23-CV-00242-BYP<br>)<br>) JUDGE BENITA Y. PEARSON<br>) |

## NOTICE OF APPEARANCE, DECLARATION AND OBJECTIONS TO THE
## IN RE: EAST PALESTINE TRAIN DERAILMENT

Now comes the undersigned attorney and enters his appearance as counsel of record in the above litigation for the individuals identified on the Objection Forms attached as Exhibit A.

Due to the inconsistencies between the Court's Order from May 21, 2024 (DOC #458), the Long Notice, and Kroll Services' website (https://www.eastpalestinetrainsettlement.com), counsel is filing this notice in an effort to be compliant with all notices.

The general requirements for objecting to the Class Action Settlement Agreement, dated April 26, 2024, are contained within Exhibits A and B.  Exhibit B identifies the specific objections being made on behalf of all the individuals.  These documents have been served upon all counsel for the parties as stated in the Court's Order from May 21, 2024 (DOC #458).  Furthermore, hard copies of Exhibit A and Exhibit B have been mailed to Kroll Services Settlement Administrator and have been post-marked no later than July 1, 2024.

Dated: July 1, 2024

Respectfully submitted,

*/s/ Daniel N. Abraham*
Daniel N. Abraham (0023457)
COLLEY SHROYER & ABRAHAM CO. LPA
536 South High Street
Columbus, Ohio 43215
Phone: (614)228-6453
dabraham@csajustice.com

1

**Certificate of Service**

      I hereby certify that on July 1, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to the following parties:

Seth A. Katz
Burg Simpson Eldredge Hersh & Jardine, P.C.
40 Inverness Drive
East Englewood, CO 80112
*Lead Class Counsel*

M. Elizabeth Graham
Grant & Eisenhofer P.A.
123 S. Justison Street
6th Floor
Wilmington, DE 19801
*Lead Class Counsel*

Jayne Conroy
Simmons Hanly Conroy
112 Madison Avenue
7th Floor
New York, NY 10016
*Lead Class Counsel*

Alan Schoenfeld
Wilmer Cutler Pickering Hale and Dorr, LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
*Attorney for Defendant, Norfolk Southern*

Albinas Prizginatas
Wilmer Cutler Pickering Hale and Dorr, LLP
2100 Pennsylvania Avenue
NW, Washington, DC 20037
*Attorney for Defendant, Norfolk Southern*

                                              */s/ Daniel N. Abraham*
                                              Daniel N. Abraham, Esq.