**Exhibit A**

**Objection Form**
***In re: East Palestine Train Derailment***
**No. 4:23-CV-00242 (N.D. Ohio)**

Full Name of Head of Household objecting to the settlement agreement:

Jade Caudill

Current Address:

409 W Clark Street, East Palestine, OH 44413

Current Mailing Address (if different from above):

Physical Address on 02/03/2023:

66 S Washington Street, East Palestine, OH 44413

Email: jadecheyennexx@gmail.com            Telephone: (330) 383-4896

Person/head of household objecting to Settlement Class is represented by:

> Daniel N. Abraham, Esq.
> COLLEY SHROYER & ABRAHAM CO., LPA
> 536 South High Street
> Columbus, OH 43215

Please see the attached list for my statement of objections and the grounds.

Does objector intend to personally appear and/or testify at the Final Approval Hearing on September 25, 2024? My attorney plans on attending on my behalf.

List any and all prior class action settlements that you or your counsel have objected to in the past three (3) years:

NONE

I hereby am OBJECTING to the proposed Settlement Class in *In re: East Palestine Train Derailment*, No. 4:23-CV-00242 (N.D. Ohio).

_____            June 24, 2024
**Signature**                                                    _____
                                                                          Date

_____            7-1-2024
Signature of Attorney                                     _____
                                                                          Date

**Objection Form**
***In re: East Palestine Train Derailment***
**No. 4:23-CV-00242 (N.D. Ohio)**

Full Name of Head of Household objecting to the settlement agreement:

Daniel Clements - 83036CHK5MTDB
_____

Current Address:

830 Kenmar Drive, East Palestine, OH 44413
_____

Current Mailing Address (if different from above):

_____

Physical Address on 02/03/2023:

830 Kenmar Drive, East Palestine, OH 44413
_____

Email: zhound51@gmail.com        Telephone: (301) 707-0207

Person/head of household objecting to Settlement Class is represented by:

        Daniel N. Abraham, Esq.
        COLLEY SHROYER & ABRAHAM CO., LPA
        536 South High Street
        Columbus, OH 43215

Please see the attached list for my statement of objections and the grounds.

Does objector intend to personally appear and/or testify at the Final Approval Hearing on September 25, 2024?  My attorney plans on attending on my behalf.

List any and all prior class action settlements that you or your counsel have objected to in the past three (3) years:

NONE
_____

I hereby am OBJECTING to the proposed Settlement Class in *In re: East Palestine Train Derailment*, No. 4:23-CV-00242 (N.D. Ohio).

_____          _____
Signature of Objector                                    Date

_____          2-1-24
Signature of Attorney                                    Date

**Objection Form**
***In re: East Palestine Train Derailment***
**No. 4:23-CV-00242 (N.D. Ohio)**

Full Name of Head of Household objecting to the settlement agreement:

Andrew Clendennen - 83036CJSYQN6J

Current Address:

1887 Bacon Avenue, East Palestine, OH 44413

Current Mailing Address (if different from above):

Physical Address on 02/03/2023:

1887 Bacon Avenue, East Palestine, OH 44413

Email: andrewlclendennen@gmail.com          Telephone: (724) 462-0534

Person/head of household objecting to Settlement Class is represented by:

Daniel N. Abraham, Esq.
Colley Shroyer & Abraham Co., LPA
536 South High Street
Columbus, OH 43215

Please see the attached list for my statement of objections and the grounds.

Does objector intend to personally appear and/or testify at the Final Approval Hearing on September 25, 2024? My attorney plans on attending on my behalf.

List any and all prior class action settlements that you or your counsel have objected to in the past three (3) years:

NONE

I hereby am OBJECTING to the proposed Settlement Class in *In re: East Palestine Train Derailment*, No. 4:23-CV-00242 (N.D. Ohio).

_____          June 24, 2024
Signature of Objector                                    Date

_____          7-1-2024
Signature of Attorney                                     Date

**Objection Form**
***In re: East Palestine Train Derailment***
**No. 4:23-CV-00242 (N.D. Ohio)**

Full Name of Head of Household objecting to the settlement agreement:

Craig Compton

Current Address:

357 Columbia Street, East Palestine, OH 44413

Current Mailing Address (if different from above):


Physical Address on 02/03/2023:

357 Columbia Street, East Palestine, OH 44413

Email: city72686@gmail.com                    Telephone: (330) 372-7036

Person/head of household objecting to Settlement Class is represented by:

> Daniel N. Abraham, Esq.
> COLLEY SHROYER & ABRAHAM CO., LPA
> 536 South High Street
> Columbus, OH 43215

Please see the attached list for my statement of objections and the grounds.

Does objector intend to personally appear and/or testify at the Final Approval Hearing on September 25, 2024?  My attorney plans on attending on my behalf.

List any and all prior class action settlements that you or your counsel have objected to in the past three (3) years:

NONE

I hereby am OBJECTING to the proposed Settlement Class in *In re: East Palestine Train Derailment*, No. 4:23-CV-00242 (N.D. Ohio).


_____          _____
*Craig Compton*                                                    Date

_____          7-1-2024
Signature of Attorney                                          Date

**Objection Form**
***In re: East Palestine Train Derailment***
**No. 4:23-CV-00242 (N.D. Ohio)**

Full Name of Head of Household objecting to the settlement agreement:

Timothy Cope - 83036CT7GXJBR

Current Address:

276 E Clark Street, East Palestine, OH 44413

Current Mailing Address (if different from above):

Physical Address on 02/03/2023:

276 E Clark Street, East Palestine, OH 44413

Email: copey3@comcast.net          Telephone: (330) 272-2771

Person/head of household objecting to Settlement Class is represented by:

> Daniel N. Abraham, Esq.
> COLLEY SHROYER & ABRAHAM CO., LPA
> 536 South High Street
> Columbus, OH 43215

Please see the attached list for my statement of objections and the grounds.

Does objector intend to personally appear and/or testify at the Final Approval Hearing on September 25, 2024? <u>My attorney plans on attending on my behalf.</u>

List any and all prior class action settlements that you or your counsel have objected to in the past three (3) years:

<u>NONE</u>

I hereby am OBJECTING to the proposed Settlement Class in *In re: East Palestine Train Derailment*, No. 4:23-CV-00242 (N.D. Ohio).

_____          June 24, 2024
Signature of Objector                Date

_____          7-1-2024
Signature of Attorney                Date

**Objection Form**
***In re: East Palestine Train Derailment***
**No. 4:23-CV-00242 (N.D. Ohio)**

Full Name of Head of Household objecting to the settlement agreement:

Rebecca Davis

Current Address:

129 South Street, East Palestine, OH 44413

Current Mailing Address (if different from above):


Physical Address on 02/03/2023:

129 South Street, East Palestine, OH 44413

Email: jade16141@yahoo.com          Telephone: (724) 622-5346

Person/head of household objecting to Settlement Class is represented by:

> Daniel N. Abraham, Esq.
> COLLEY SHROYER & ABRAHAM CO., LPA
> 536 South High Street
> Columbus, OH 43215

Please see the attached list for my statement of objections and the grounds.

Does objector intend to personally appear and/or testify at the Final Approval Hearing on September 25, 2024?  My attorney plans on attending on my behalf.

List any and all prior class action settlements that you or your counsel have objected to in the past three (3) years:

NONE

I hereby am OBJECTING to the proposed Settlement Class in *In re: East Palestine Train Derailment*, No. 4:23-CV-00242 (N.D. Ohio).


_____           June 25, 2024
Signature                                          Date

_____           7-1-2024
Signature of Attorney                      Date

**Objection Form**
***In re: East Palestine Train Derailment***
**No. 4:23-CV-00242 (N.D. Ohio)**

Full Name of Head of Household objecting to the settlement agreement:

Joseph Dinello - 83036CMHTKD8R

Current Address:

491 E North Avenue, East Palestine, OH 44413

Current Mailing Address (if different from above):



Physical Address on 02/03/2023:

491 E North Avenue, East Palestine, OH 44413

Email: flamingojd@yahoo.com          Telephone: (724) 630-0785

Person/head of household objecting to Settlement Class is represented by:

> Daniel N. Abraham, Esq.
> COLLEY SHROYER & ABRAHAM CO., LPA
> 536 South High Street
> Columbus, OH 43215

Please see the attached list for my statement of objections and the grounds.

Does objector intend to personally appear and/or testify at the Final Approval Hearing on September 25, 2024?  My attorney plans on attending on my behalf.

List any and all prior class action settlements that you or your counsel have objected to in the past three (3) years:

NONE

I hereby am OBJECTING to the proposed Settlement Class in *In re: East Palestine Train Derailment*, No. 4:23-CV-00242 (N.D. Ohio).


Signature of Objector                     June 24, 2024
                                          Date


Signature of Attorney                     7-1-2024
                                          Date

**Objection Form**
***In re: East Palestine Train Derailment***
**No. 4:23-CV-00242 (N.D. Ohio)**

Full Name of Head of Household objecting to the settlement agreement:

Cynthia Ford - 83036CHGRIBNX
_____

Current Address:

457 E North Avenue, East Palestine, OH 44413
_____

Current Mailing Address (if different from above):

_____

Physical Address on 02/03/2023:

457 E North Avenue, East Palestine, OH 44413
_____

Email: anntiquesister53@yahoo.com          Telephone: (330) 921-9586

Person/head of household objecting to Settlement Class is represented by:

> Daniel N. Abraham, Esq.
> COLLEY SHROYER & ABRAHAM CO., LPA
> 536 South High Street
> Columbus, OH 43215

Please see the attached list for my statement of objections and the grounds.

Does objector intend to personally appear and/or testify at the Final Approval Hearing on September 25, 2024? <u>My attorney plans on attending on my behalf.</u>

List any and all prior class action settlements that you or your counsel have objected to in the past three (3) years:

<u>NONE</u>_____

I hereby am OBJECTING to the proposed Settlement Class in *In re: East Palestine Train Derailment*, No. 4:23-CV-00242 (N.D. Ohio).

_____          June 24, 2024
**Signature**                                                            Date

_____          7-1-2024
Signature of Attorney                                      Date

**Objection Form**
***In re: East Palestine Train Derailment***
**No. 4:23-CV-00242 (N.D. Ohio)**

Full Name of Head of Household objecting to the settlement agreement:

Tyler Foster - 83036CTGBY82B
_____

Current Address:

386 Park Avenue, East Palestine, OH 44413
_____

Current Mailing Address (if different from above):

_____

Physical Address on 02/03/2023:

386 Park Avenue, East Palestine, OH 44413
_____

Email: tsfoster4@gmail.com            Telephone: (330) 831-9890

Person/head of household objecting to Settlement Class is represented by:

> Daniel N. Abraham, Esq.
> COLLEY SHROYER & ABRAHAM CO., LPA
> 536 South High Street
> Columbus, OH 43215

Please see the attached list for my statement of objections and the grounds.

Does objector intend to personally appear and/or testify at the Final Approval Hearing on September 25, 2024?  My attorney plans on attending on my behalf.

List any and all prior class action settlements that you or your counsel have objected to in the past three (3) years:

NONE
_____

I hereby am OBJECTING to the proposed Settlement Class in *In re: East Palestine Train Derailment*, No. 4:23-CV-00242 (N.D. Ohio).


_____            June 24, 2024
Signature                          Date


_____            7-1-2024
Signature of Attorney              Date

**Objection Form**
*In re: East Palestine Train Derailment*
No. 4:23-CV-00242 (N.D. Ohio)

Full Name of Head of Household objecting to the settlement agreement:

Luann Gregory - 83036CPCKVB9R

Current Address:

443 Alice Street, East Palestine, OH 44413

Current Mailing Address (if different from above):


Physical Address on 02/03/2023:

443 Alice Street, East Palestine, OH 44413

Email: luanng2415@comcast.net            Telephone: (330) 853-8808

Person/head of household objecting to Settlement Class is represented by:

> Daniel N. Abraham, Esq.
> COLLEY SHROYER & ABRAHAM CO., LPA
> 536 South High Street
> Columbus, OH 43215

Please see the attached list for my statement of objections and the grounds.

Does objector intend to personally appear and/or testify at the Final Approval Hearing on September 25, 2024? My attorney plans on attending on my behalf.

List any and all prior class action settlements that you or your counsel have objected to in the past three (3) years:

NONE

I hereby am OBJECTING to the proposed Settlement Class in *In re: East Palestine Train Derailment*, No. 4:23-CV-00242 (N.D. Ohio).

Signature of Objector                          Date 7-1-24

Signature of Attorney                          Date 7-1-2024

**Objection Form**
***In re: East Palestine Train Derailment***
**No. 4:23-CV-00242 (N.D. Ohio)**

Full Name of Head of Household objecting to the settlement agreement:

Robert Haglan
_____

Current Address:

585 Alice Street, East Palestine, OH 44413
_____

Current Mailing Address (if different from above):

_____

Physical Address on 02/03/2023:

585 Alice Street, East Palestine, OH 44413
_____

Email: bobhaglan1@gmail.com          Telephone: (724) 683-2537

Person/head of household objecting to Settlement Class is represented by:

> Daniel N. Abraham, Esq.
> COLLEY SHROYER & ABRAHAM CO., LPA
> 536 South High Street
> Columbus, OH 43215

Please see the attached list for my statement of objections and the grounds.

Does objector intend to personally appear and/or testify at the Final Approval Hearing on September 25, 2024?  My attorney plans on attending on my behalf.

List any and all prior class action settlements that you or your counsel have objected to in the past three (3) years:

NONE _____

I hereby am OBJECTING to the proposed Settlement Class in *In re: East Palestine Train Derailment*, No. 4:23-CV00242 (N.D. Ohio).


_____          June 24, 2024
**Signature of Claimant**                  _____
                                           Date


_____          7-1-2024
Signature of Attorney                      _____
                                           Date

**Objection Form**
***In re: East Palestine Train Derailment***
**No. 4:23-CV-00242 (N.D. Ohio)**

Full Name of Head of Household objecting to the settlement agreement:

Joseph Helpy - 83036CMWDKNK9

Current Address:

156 Garfield Avenue, East Palestine, OH 44413

Current Mailing Address (if different from above):

Physical Address on 02/03/2023:

156 Garfield Avenue, East Palestine, OH 44413

Email: jhelpy23@att.net           Telephone: (330) 719-9140

Person/head of household objecting to Settlement Class is represented by:

> Daniel N. Abraham, Esq.
> COLLEY SHROYER & ABRAHAM CO., LPA
> 536 South High Street
> Columbus, OH 43215

Please see the attached list for my statement of objections and the grounds.

Does objector intend to personally appear and/or testify at the Final Approval Hearing on September 25, 2024?  My attorney plans on attending on my behalf.

List any and all prior class action settlements that you or your counsel have objected to in the past three (3) years:

NONE

I hereby am OBJECTING to the proposed Settlement Class in *In re: East Palestine Train Derailment*, No. 4:23-CV-00242 (N.D. Ohio).

Joseph Helpy
Signature

June 19, 2024
Date

7-1-2024
Signature of Attorney                Date

**Objection Form**
***In re: East Palestine Train Derailment***
**No. 4:23-CV-00242 (N.D. Ohio)**

Full Name of Head of Household objecting to the settlement agreement:

Donald Hetric

Current Address:

2095 State Route 165, East Palestine, OH 44413

Current Mailing Address (if different from above):


Physical Address on 02/03/2023:

2095 State Route 165, East Palestine, OH 44413

Email: hetric@comcast.net          Telephone: (330) 550-8585

Person/head of household objecting to Settlement Class is represented by:

> Daniel N. Abraham, Esq.
> COLLEY SHROYER & ABRAHAM CO., LPA
> 536 South High Street
> Columbus, OH 43215

Please see the attached list for my statement of objections and the grounds.

Does objector intend to personally appear and/or testify at the Final Approval Hearing on September 25, 2024? <u>My attorney plans on attending on my behalf.</u>

List any and all prior class action settlements that you or your counsel have objected to in the past three (3) years:

<u>NONE</u>

I hereby am OBJECTING to the proposed Settlement Class in *In re: East Palestine Train Derailment*, No. 4:23-CV-00242 (N.D. Ohio).

_____              June 25, 2024
Signature of Objector                Date

_____              7-1-2024
Signature of Attorney                Date

**Objection Form**
*In re: East Palestine Train Derailment*
No. 4:23-CV-00242 (N.D. Ohio)

Full Name of Head of Household objecting to the settlement agreement:

Michael Hetric

Current Address:

2127 State Rt 165 East Palestine, OH 44413

Current Mailing Address (if different from above):

Physical Address on 02/03/2023:

2127 State Rt 165 East Palestine, OH 44413

Email: Michael.Hetric@icloud.com      Telephone: (330) 550-5625

Person/head of household objecting to Settlement Class is represented by:

Daniel N. Abraham, Esq.
COLLEY SHROYER & ABRAHAM CO., LPA
536 South High Street
Columbus, OH 43215

Please see the attached list for my statement of objections and the grounds.

Does objector intend to personally appear and/or testify at the Final Approval Hearing on September 25, 2024?  My attorney plans on attending on my behalf.

List any and all prior class action settlements that you or your counsel have objected to in the past three (3) years:

NONE

I hereby am OBJECTING to the proposed Settlement Class in *In re: East Palestine Train Derailment*, No. 4:23-CV-00242 (N.D. Ohio).

Signature of Objector                     Date 06/28/2024

Signature of Attorney                     Date 7-1-2024

**Objection Form**
***In re: East Palestine Train Derailment***
**No. 4:23-CV-00242 (N.D. Ohio)**

Full Name of Head of Household objecting to the settlement agreement:

Glenn Knopp Jr.

Current Address:

2242 Waterford Road, New Waterford, OH 44445

Current Mailing Address (if different from above):

Physical Address on 02/03/2023:

2242 Waterford Road, New Waterford, OH 44445

Email: michelle.knopp3@gmail.com          Telephone: (330) 692-1714

Person/head of household objecting to Settlement Class is represented by:

> Daniel N. Abraham, Esq.
> COLLEY SHROYER & ABRAHAM CO., LPA
> 536 South High Street
> Columbus, OH 43215

Please see the attached list for my statement of objections and the grounds.

Does objector intend to personally appear and/or testify at the Final Approval Hearing on September 25, 2024? <u>My attorney plans on attending on my behalf.</u>

List any and all prior class action settlements that you or your counsel have objected to in the past three (3) years:

<u>NONE</u>

I hereby am OBJECTING to the proposed Settlement Class in *In re: East Palestine Train Derailment*, No. 4:23-CV-00242 (N.D. Ohio).

_____          June 25, 2024
**Signature**                             _____
                                          Date

_____          7-1-2024
Signature of Attorney                     _____
                                          Date

**Objection Form**
***In re: East Palestine Train Derailment***
**No. 4:23-CV-00242 (N.D. Ohio)**

Full Name of Head of Household objecting to the settlement agreement:

Glenn Knopp Sr. - 83036CK75YZHK

Current Address:

548 West Main Street, East Palestine, OH 44413

Current Mailing Address (if different from above):

Physical Address on 02/03/2023:

548 West Main Street, East Palestine, OH 44413

Email: gmknopp@comcast.net          Telephone: (330) 718-3235

Person/head of household objecting to Settlement Class is represented by:

Daniel N. Abraham, Esq.
COLLEY SHROYER & ABRAHAM CO., LPA
536 South High Street
Columbus, OH 43215

Please see the attached list for my statement of objections and the grounds.

Does objector intend to personally appear and/or testify at the Final Approval Hearing on September 25, 2024? <u>My attorney plans on attending on my behalf.</u>

List any and all prior class action settlements that you or your counsel have objected to in the past three (3) years:

<u>NONE</u>

I hereby am OBJECTING to the proposed Settlement Class in *In re: East Palestine Train Derailment*, No. 4:23-CV-00242 (N.D. Ohio).


_____          June 25, 2024
Signature of Objector                              Date

_____          7-1-2024
Signature of Attorney                              Date

**Objection Form**
***In re: East Palestine Train Derailment***
**No. 4:23-CV-00242 (N.D. Ohio)**

Full Name of Head of Household objecting to the settlement agreement:

Tammy Lyda - 83036CSGJF9Q
_____

Current Address:

523 East Martin Street, East Palestine, OH 44413
_____

Current Mailing Address (if different from above):

_____

Physical Address on 02/03/2023:

523 East Martin Street, East Palestine, OH 44413
_____

Email: lydame43@gmail.com           Telephone: (330) 831-5126

Person/head of household objecting to Settlement Class is represented by:

> Daniel N. Abraham, Esq.
> COLLEY SHROYER & ABRAHAM CO., LPA
> 536 South High Street
> Columbus, OH 43215

Please see the attached list for my statement of objections and the grounds.

Does objector intend to personally appear and/or testify at the Final Approval Hearing on September 25, 2024? <u>My attorney plans on attending on my behalf.</u>

List any and all prior class action settlements that you or your counsel have objected to in the past three (3) years:

<u>NONE</u>_____

I hereby am OBJECTING to the proposed Settlement Class in *In re: East Palestine Train Derailment*, No. 4:23-CV-00242 (N.D. Ohio).

X _____          June 24, 2024
Signature                            Date

_____            7-1-2024
Signature of Attorney                Date

**Objection Form**
*In re: East Palestine Train Derailment*
**No. 4:23-CV-00242 (N.D. Ohio)**

Full Name of Head of Household objecting to the settlement agreement:

Paul Mahovlich - 83036CR2BGVFQ
_____

Current Address:

954 State Line Road, Enon Valley, PA 16120
_____

Current Mailing Address (if different from above):

_____

Physical Address on 02/03/2023:

954 State Line Road, Enon Valley, PA 16120
_____

Email: dustbunny2336@yahoo.com          Telephone: (814) 254-1083

Person/head of household objecting to Settlement Class is represented by:

> Daniel N. Abraham, Esq.
> COLLEY SHROYER & ABRAHAM CO., LPA
> 536 South High Street
> Columbus, OH 43215

Please see the attached list for my statement of objections and the grounds.

Does objector intend to personally appear and/or testify at the Final Approval Hearing on September 25, 2024? <u>My attorney plans on attending on my behalf.</u>

List any and all prior class action settlements that you or your counsel have objected to in the past three (3) years:

<u>NONE</u>_____

I hereby am OBJECTING to the proposed Settlement Class in *In re: East Palestine Train Derailment*, No. 4:23-CV-00242 (N.D. Ohio).


*Janice A. Mahovlich*          June 24, 2024
_____          _____
Signature of Objector          Date

_____          7-1-2024
Signature of Attorney          Date

**Objection Form**
***In re: East Palestine Train Derailment***
**No. 4:23-CV-00242 (N.D. Ohio)**

Full Name of Head of Household objecting to the settlement agreement:

Michael Moore

Current Address:

129 1/2 South Street, East Palestine, OH 44413

Current Mailing Address (if different from above):


Physical Address on 02/03/2023:

129 1/2 South Street, East Palestine, OH 44413

Email: michael_moore563@yahoo.com          Telephone: (724) 674-9451

Person/head of household objecting to Settlement Class is represented by:

> Daniel N. Abraham, Esq.
> COLLEY SHROYER & ABRAHAM CO., LPA
> 536 South High Street
> Columbus, OH 43215

Please see the attached list for my statement of objections and the grounds.

Does objector intend to personally appear and/or testify at the Final Approval Hearing on September 25, 2024?  My attorney plans on attending on my behalf.

List any and all prior class action settlements that you or your counsel have objected to in the past three (3) years:

NONE

I hereby am OBJECTING to the proposed Settlement Class in *In re: East Palestine Train Derailment*, No. 4:23-CV-00242 (N.D. Ohio).

_____          June 24, 2024
Signature                          Date

_____          7-1-2024
Signature of Attorney              Date

**Objection Form**
*In re: East Palestine Train Derailment*
**No. 4:23-CV-00242 (N.D. Ohio)**

Full Name of Head of Household objecting to the settlement agreement:

Ralph Moore - 83036CR8F416Q

Current Address:

708 Park Avenue, East Palestine, OH 44413

Current Mailing Address (if different from above):

Physical Address on 02/03/2023:

708 Park Avenue, East Palestine, OH 44413

Email: Moore2206@yahoo.com         Telephone: (330) 397-6131

Person/head of household objecting to Settlement Class is represented by:

> Daniel N. Abraham, Esq.
> COLLEY SHROYER & ABRAHAM CO., LPA
> 536 South High Street
> Columbus, OH 43215

Please see the attached list for my statement of objections and the grounds.

Does objector intend to personally appear and/or testify at the Final Approval Hearing on September 25, 2024? <u>My attorney plans on attending on my behalf.</u>

List any and all prior class action settlements that you or your counsel have objected to in the past three (3) years:

<u>NONE</u>

I hereby am OBJECTING to the proposed Settlement Class in *In re: East Palestine Train Derailment*, No. 4:23-CV-00242 (N.D. Ohio).

_____          June 24, 2024
Signature of Objector                Date

_____          7-1-2024
Signature of Attorney                Date

**Objection Form**
***In re: East Palestine Train Derailment***
**No. 4:23-CV-00242 (N.D. Ohio)**

Full Name of Head of Household objecting to the settlement agreement:

Jacquline Moore

Current Address:

3866 Darlington Road, Darlington, PA 16115

Current Mailing Address (if different from above):


Physical Address on 02/03/2023:

3866 Darlington Road, Darlington, PA 16115

Email: Moores220@comcast.net          Telephone: (724) 622-7090

Person/head of household objecting to Settlement Class is represented by:

> Daniel N. Abraham, Esq.
> COLLEY SHROYER & ABRAHAM CO., LPA
> 536 South High Street
> Columbus, OH 43215

Please see the attached list for my statement of objections and the grounds.

Does objector intend to personally appear and/or testify at the Final Approval Hearing on September 25, 2024?  My attorney plans on attending on my behalf.

List any and all prior class action settlements that you or your counsel have objected to in the past three (3) years:

NONE

I hereby am OBJECTING to the proposed Settlement Class in *In re: East Palestine Train Derailment*, No. 4:23-CV-00242 (N.D. Ohio).


_____          June 24, 2024
Signature                                                              Date


_____          7-1-2024
Signature of Attorney                                          Date

**Objection Form**
***In re: East Palestine Train Derailment***
**No. 4:23-CV-00242 (N.D. Ohio)**

Full Name of Head of Household objecting to the settlement agreement:

Louis Pagani
_____

Current Address:

756 Pine Tree Circle, East Palestine, OH 44413
_____

Current Mailing Address (if different from above):

_____

Physical Address on 02/03/2023:

756 Pine Tree Circle, East Palestine, OH 44413
_____

Email: wpagani@yahoo.com          Telephone: (330) 531-4528

Person/head of household objecting to Settlement Class is represented by:

      Daniel N. Abraham, Esq.
      COLLEY SHROYER & ABRAHAM CO., LPA
      536 South High Street
      Columbus, OH 43215

Please see the attached list for my statement of objections and the grounds.

Does objector intend to personally appear and/or testify at the Final Approval Hearing on September 25, 2024? My attorney plans on attending on my behalf.

List any and all prior class action settlements that you or your counsel have objected to in the past three (3) years:

NONE_____

I hereby am OBJECTING to the proposed Settlement Class in *In re: East Palestine Train Derailment*, No. 4:23-CV-00242 (N.D. Ohio).


_____          June 24, 2024
Signature                                          Date


_____          7-1-2024
Signature of Attorney                              Date

**Objection Form**
***In re: East Palestine Train Derailment***
**No. 4:23-CV-00242 (N.D. Ohio)**

Full Name of Head of Household objecting to the settlement agreement:

Jeremy Rains
_____

Current Address:

429 Calla Road W., Youngstown, OH 44514
_____

Current Mailing Address (if different from above):

_____

Physical Address on 02/03/2023:

278 E. North Avenue, East Palestine, OH 44413
_____

Email: jeremy_rains@outlook.com          Telephone: (330) 397-2903

Person/head of household objecting to Settlement Class is represented by:

      Daniel N. Abraham, Esq.
      COLLEY SHROYER & ABRAHAM CO., LPA
      536 South High Street
      Columbus, OH 43215

Please see the attached list for my statement of objections and the grounds.

Does objector intend to personally appear and/or testify at the Final Approval Hearing on September 25, 2024?  My attorney plans on attending on my behalf.

List any and all prior class action settlements that you or your counsel have objected to in the past three (3) years:

NONE_____

I hereby am OBJECTING to the proposed Settlement Class in *In re: East Palestine Train Derailment*, No. 4:23-CV-00242 (N.D. Ohio).

_____          June 24, 2024
**Signature**                           _____
                                     Date

_____          7-1-2024
Signature of Attorney                   _____
                                     Date

**Objection Form**
***In re: East Palestine Train Derailment***
**No. 4:23-CV-00242 (N.D. Ohio)**

Full Name of Head of Household objecting to the settlement agreement:

Christopher Raley - 83036CGFN4624

Current Address:

223 West Clark Street, East Palestine, OH 44413

Current Mailing Address (if different from above):

Physical Address on 02/03/2023:

223 West Clark Street, East Palestine, OH 44413

Email: raleychris@hotmail.com          Telephone: (330) 692-0621

Person/head of household objecting to Settlement Class is represented by:

      Daniel N. Abraham, Esq.
      COLLEY SHROYER & ABRAHAM CO., LPA
      536 South High Street
      Columbus, OH 43215

Please see the attached list for my statement of objections and the grounds.

Does objector intend to personally appear and/or testify at the Final Approval Hearing on September 25, 2024? My attorney plans on attending on my behalf.

List any and all prior class action settlements that you or your counsel have objected to in the past three (3) years:

NONE

I hereby am OBJECTING to the proposed Settlement Class in *In re: East Palestine Train Derailment*, No. 4:23-CV-00242 (N.D. Ohio).

_____                    June 24, 2024
**Signature**                                        Date

_____                    7-1-2024
Signature of Attorney                                Date

**Objection Form**
***In re: East Palestine Train Derailment***
**No. 4:23-CV-00242 (N.D. Ohio)**

Full Name of Head of Household objecting to the settlement agreement:

Angela Rayl
_____

Current Address:

265 East Pine Lake Road, North Lima, OH 44452
_____

Current Mailing Address (if different from above):

_____

Physical Address on 02/03/2023:

265 East Pien Lake Road, North Lima, OH 44452
_____

Email: raylangelaj@gmail.com            Telephone: (330) 853-5713

Person/head of household objecting to Settlement Class is represented by:

Daniel N. Abraham, Esq.
COLLEY SHROYER & ABRAHAM CO., LPA
536 South High Street
Columbus, OH 43215

Please see the attached list for my statement of objections and the grounds.

Does objector intend to personally appear and/or testify at the Final Approval Hearing on September 25, 2024? <u>My attorney plans on attending on my behalf.</u>

List any and all prior class action settlements that you or your counsel have objected to in the past three (3) years:

<u>NONE</u>_____

I hereby am OBJECTING to the proposed Settlement Class in *In re: East Palestine Train Derailment*, No. 4:23-CV00242 (N.D. Ohio).

_____            June 25, 2024
**Signature**                        Date

_____            7-1-2024
Signature of Attorney                Date

**Objection Form**
***In re: East Palestine Train Derailment***
**No. 4:23-CV-00242 (N.D. Ohio)**

Full Name of Head of Household objecting to the settlement agreement:

Michael Routh - 83036CQ7WM0HN

Current Address:

176 Garfield Avenue, East Palestine, OH 44413

Current Mailing Address (if different from above):


Physical Address on 02/03/2023:

176 Garfield Avenue, East Palestine, OH 44413

Email: mrouth45@gmail.com          Telephone: (330) 692-9508

Person/head of household objecting to Settlement Class is represented by:

> Daniel N. Abraham, Esq.
> COLLEY SHROYER & ABRAHAM CO., LPA
> 536 South High Street
> Columbus, OH 43215

Please see the attached list for my statement of objections and the grounds.

Does objector intend to personally appear and/or testify at the Final Approval Hearing on September 25, 2024? My attorney plans on attending on my behalf.

List any and all prior class action settlements that you or your counsel have objected to in the past three (3) years:

NONE

I hereby am OBJECTING to the proposed Settlement Class in *In re: East Palestine Train Derailment*, No. 4:23-CV-00242 (N.D. Ohio).

_____          June 24, 2024
Signature of Objector                 Date

_____          7-1-2024
Signature of Attorney                 Date

**Objection Form**
*In re: East Palestine Train Derailment*
**No. 4:23-CV-00242 (N.D. Ohio)**

Full Name of Head of Household objecting to the settlement agreement:

Harper Sanner
_____

Current Address:

213 W. Martin Street, East Palestine, OH 44413
_____

Current Mailing Address (if different from above):

_____

Physical Address on 02/03/2023:

213 W. Martin Street, East Palestine, OH 44413
_____

Email: sheilasanner@gmail.com          Telephone: (_____

Person/head of household objecting to Settlement Class is represented by:

> Daniel N. Abraham, Esq.
> COLLEY SHROYER & ABRAHAM CO., LPA
> 536 South High Street
> Columbus, OH 43215

Please see the attached list for my statement of objections and the grounds.

Does objector intend to personally appear and/or testify at the Final Approval Hearing on September 25, 2024?  My attorney plans on attending on my behalf.

List any and all prior class action settlements that you or your counsel have objected to in the past three (3) years:

NONE
_____

I hereby am OBJECTING to the proposed Settlement Class in *In re: East Palestine Train Derailment*, No. 4:23-CV-00242 (N.D. Ohio).


_____                    June 25, 2024
**Signature**                                         _____
                                                             Date

_____                    7-1-2024
Signature of Attorney                                _____
                                                             Date

**Objection Form**
***In re: East Palestine Train Derailment***
**No. 4:23-CV-00242 (N.D. Ohio)**

Full Name of Head of Household objecting to the settlement agreement:

James Scullion
_____

Current Address:

148 Claybrook Drive, East Palestine, OH 44413
_____

Current Mailing Address (if different from above):

_____

Physical Address on 02/03/2023:

148 Claybrook Drive, East Palestine, OH 44413
_____

Email: 1jscullion@att.net _____     Telephone: (858) 254-1220 _____

Person/head of household objecting to Settlement Class is represented by:

> Daniel N. Abraham, Esq.
> COLLEY SHROYER & ABRAHAM CO., LPA
> 536 South High Street
> Columbus, OH 43215

Please see the attached list for my statement of objections and the grounds.

Does objector intend to personally appear and/or testify at the Final Approval Hearing on September 25, 2024? <u>My attorney plans on attending on my behalf.</u>

List any and all prior class action settlements that you or your counsel have objected to in the past three (3) years:

<u>NONE</u> _____

I hereby am OBJECTING to the proposed Settlement Class in *In re: East Palestine Train Derailment*, No. 4:23-CV00242 (N.D. Ohio).


*James E Scullion*
_____     June 19, 2024
Signature of Objector                              _____
                                                                  Date


_____     7-1-2024
Signature of Attorney                              _____
                                                                  Date

**Objection Form**
***In re: East Palestine Train Derailment***
**No. 4:23-CV-00242 (N.D. Ohio)**

Full Name of Head of Household objecting to the settlement agreement:

Ronald Simmons
_____

Current Address:

835 Kenmar Drive, East Palestine, OH 44413
_____

Current Mailing Address (if different from above):

_____

Physical Address on 02/03/2023:

835 Kenmar Drive, East Palestine, OH 44413
_____

Email: rlsimmons7771@gmail.com          Telephone: (330) 708-0019

Person/head of household objecting to Settlement Class is represented by:

> Daniel N. Abraham, Esq.
> COLLEY SHROYER & ABRAHAM CO., LPA
> 536 South High Street
> Columbus, OH 43215

Please see the attached list for my statement of objections and the grounds.

Does objector intend to personally appear and/or testify at the Final Approval Hearing on September 25, 2024?  My attorney plans on attending on my behalf.

List any and all prior class action settlements that you or your counsel have objected to in the past three (3) years:

NONE_____

I hereby am OBJECTING to the proposed Settlement Class in *In re: East Palestine Train Derailment*, No. 4:23-CV-00242 (N.D. Ohio).


_____          June 24, 2024
Signature of Objector                Date

_____          7-1-2024
Signature of Attorney                Date

**Objection Form**
***In re: East Palestine Train Derailment***
**No. 4:23-CV-00242 (N.D. Ohio)**

Full Name of Head of Household objecting to the settlement agreement:

Zoey Spellman

Current Address:

493 W. Martin Street, East Palestine, OH 44413

Current Mailing Address (if different from above):

Physical Address on 02/03/2023:

493 W. Martin Street, East Palestine, OH 44413

Email: SPELLMANL17@GMAIL.COM          Telephone: (440) 497-8873

Person/head of household objecting to Settlement Class is represented by:

> Daniel N. Abraham, Esq.
> COLLEY SHROYER & ABRAHAM CO., LPA
> 536 South High Street
> Columbus, OH 43215

Please see the attached list for my statement of objections and the grounds.

Does objector intend to personally appear and/or testify at the Final Approval Hearing on September 25, 2024? My attorney plans on attending on my behalf.

List any and all prior class action settlements that you or your counsel have objected to in the past three (3) years:

NONE

I hereby am OBJECTING to the proposed Settlement Class in *In re: East Palestine Train Derailment*, No. 4:23-CV-00242 (N.D. Ohio).

_____          June 25, 2024
Signature of Objector                              Date

_____          7-1-2024
Signature of Attorney                              Date

**Objection Form**
***In re: East Palestine Train Derailment***
**No. 4:23-CV-00242 (N.D. Ohio)**

Full Name of Head of Household objecting to the settlement agreement:

Kevin Steves

Current Address:

3511 N. Pleasant Drive, East Palestine, OH 44413

Current Mailing Address (if different from above):


Physical Address on 02/03/2023:

3511 N. Pleasant Drive, East Palestine, OH 44413

Email: ksteves@msn.com          Telephone: (443) 858-8913

Person/head of household objecting to Settlement Class is represented by:

> Daniel N. Abraham, Esq.
> COLLEY SHROYER & ABRAHAM CO., LPA
> 536 South High Street
> Columbus, OH 43215

Please see the attached list for my statement of objections and the grounds.

Does objector intend to personally appear and/or testify at the Final Approval Hearing on September 25, 2024? My attorney plans on attending on my behalf.

List any and all prior class action settlements that you or your counsel have objected to in the past three (3) years:

NONE

I hereby am OBJECTING to the proposed Settlement Class in *In re: East Palestine Train Derailment*, No. 4:23-CV-00242 (N.D. Ohio).

_____          June 25, 2024
Signature of Objector                    Date

_____          7-1-2024
Signature of Attorney                    Date

**Objection Form**
***In re: East Palestine Train Derailment***
**No. 4:23-CV-00242 (N.D. Ohio)**

Full Name of Head of Household objecting to the settlement agreement:

Steven Tigelman

Current Address:

436 E North Avenue, East Palestine, OH 44413

Current Mailing Address (if different from above):

Physical Address on 02/03/2023:

436 E North Avenue, East Palestine, OH 44413

Email: steviet000@gmail.com          Telephone: (330) 507-4682

Person/head of household objecting to Settlement Class is represented by:

Daniel N. Abraham, Esq.
COLLEY SHROYER & ABRAHAM CO., LPA
536 South High Street
Columbus, OH 43215

Please see the attached list for my statement of objections and the grounds.

Does objector intend to personally appear and/or testify at the Final Approval Hearing on September 25, 2024? My attorney plans on attending on my behalf.

List any and all prior class action settlements that you or your counsel have objected to in the past three (3) years:

NONE

I hereby am OBJECTING to the proposed Settlement Class in *In re: East Palestine Train Derailment*, No. 4:23-CV-00242 (N.D. Ohio).

_____          June 25, 2024
**Signature**                              Date

_____          7-1-2024
Signature of Attorney                      Date

**Objection Form**
*In re: East Palestine Train Derailment*
**No. 4:23-CV-00242 (N.D. Ohio)**

Full Name of Head of Household objecting to the settlement agreement:

Karen Toothman

Current Address:

115 West Main Street, East Palestine, OH 44413

Current Mailing Address (if different from above):


Physical Address on 02/03/2023:

115 West Main Street, East Palestine, OH 44413

Email: karentoothman@comcast.net          Telephone: (330) 383-5978

Person/head of household objecting to Settlement Class is represented by:

> Daniel N. Abraham, Esq.
> COLLEY SHROYER & ABRAHAM CO., LPA
> 536 South High Street
> Columbus, OH 43215

Please see the attached list for my statement of objections and the grounds.

Does objector intend to personally appear and/or testify at the Final Approval Hearing on September 25, 2024? My attorney plans on attending on my behalf.

List any and all prior class action settlements that you or your counsel have objected to in the past three (3) years:

NONE

I hereby am OBJECTING to the proposed Settlement Class in *In re: East Palestine Train Derailment*, No. 4:23-CV-00242 (N.D. Ohio).


_____          June 25, 2024
Signature of Objector                               Date


_____          7-1-2024
Signature of Attorney                               Date

**Objection Form**
***In re: East Palestine Train Derailment***
**No. 4:23-CV-00242 (N.D. Ohio)**

Full Name of Head of Household objecting to the settlement agreement:

Penny Wilson

Current Address:

177 Garfield Avenue, East Palestine, OH 44413

Current Mailing Address (if different from above):


Physical Address on 02/03/2023:

177 Garfield Avenue, East Palestine, OH 44413

Email: pswilson1@aol.com          Telephone: (330) 886-0549

Person/head of household objecting to Settlement Class is represented by:

      Daniel N. Abraham, Esq.
      COLLEY SHROYER & ABRAHAM CO., LPA
      536 South High Street
      Columbus, OH 43215

Please see the attached list for my statement of objections and the grounds.

Does objector intend to personally appear and/or testify at the Final Approval Hearing on September 25, 2024? My attorney plans on attending on my behalf.

List any and all prior class action settlements that you or your counsel have objected to in the past three (3) years:

NONE

I hereby am OBJECTING to the proposed Settlement Class in *In re: East Palestine Train Derailment*, No. 4:23-CV-00242 (N.D. Ohio).


_____          June 24, 2024
Signature of Objector                                         Date


_____          7-1-2024
Signature of Attorney                                        Date

**Objection Form**
***In re: East Palestine Train Derailment***
**No. 4:23-CV-00242 (N.D. Ohio)**

Full Name of Head of Household objecting to the settlement agreement:

Melinda Woods - 83036CQ3B63P5
_____

Current Address:

167 East Main Street, East Palestine, OH 44413
_____

Current Mailing Address (if different from above):

_____

Physical Address on 02/03/2023:

167 East Main Street, East Palestine, OH 44413
_____

Email: bubbles3502@gmail.com          Telephone: (234) 201-2581

Person/head of household objecting to Settlement Class is represented by:

> Daniel N. Abraham, Esq.
> COLLEY SHROYER & ABRAHAM CO., LPA
> 536 South High Street
> Columbus, OH 43215

Please see the attached list for my statement of objections and the grounds.

Does objector intend to personally appear and/or testify at the Final Approval Hearing on September 25, 2024? My attorney plans on attending on my behalf.

List any and all prior class action settlements that you or your counsel have objected to in the past three (3) years:

NONE
_____

I hereby am OBJECTING to the proposed Settlement Class in *In re: East Palestine Train Derailment*, No. 4:23-CV-00242 (N.D. Ohio).


_____          June 24, 2024
Signature of Objector             Date

_____          7-1-2024
Signature of Attorney             Date

**Objection Form**
***In re: East Palestine Train Derailment***
**No. 4:23-CV-00242 (N.D. Ohio)**

Full Name of Head of Household objecting to the settlement agreement:

Thomas Young - 83036CTYF517X
_____

Current Address:

215 Oakdale Road, Barrington, PA 16115
_____

Current Mailing Address (if different from above):

_____

Physical Address on 02/03/2023:

215 Oakdale Road, Barrington, PA 16115
_____

Email: n/a _____      Telephone: (412) 974-7448 _____

Person/head of household objecting to Settlement Class is represented by:

>    Daniel N. Abraham, Esq.
>    COLLEY SHROYER & ABRAHAM CO., LPA
>    536 South High Street
>    Columbus, OH 43215

Please see the attached list for my statement of objections and the grounds.

Does objector intend to personally appear and/or testify at the Final Approval Hearing on September 25, 2024?  Yes - my attorney and I plan on attending _____

List any and all prior class action settlements that you or your counsel have objected to in the past three (3) years:

NONE _____

I hereby am OBJECTING to the proposed Settlement Class in *In re: East Palestine Train Derailment*, No. 4:23-CV-00242 (N.D. Ohio).

_____           June 24, 2024 _____
Signature                                          Date

_____           7-1-2024 _____
Signature of Attorney                          Date