**OBJECTIONS to**
*In re: East Palestine Train Derailment*
**No. 4:23-CV-00242 (N.D. Ohio)**

Statement of Objections:

1. We/I are/am being forced to make our/my decision regarding this settlement before having enough of the facts and information.
2. We/I are/am being forced to accept and release our/my interest and claims before enough time has passed for the symptoms and injuries to occur.
3. We/I disagree that the class claims and settlements are being made per household and not per person.
4. Emotional distress has not been properly evaluated.
5. The attorney fees that class counsel is anticipated to request from the total settlement proceeds will significantly reduce the funds available for class members and will result in inadequate payments to class members for their damages.
6. The railroad is not being penalized sufficiently for the amount of damage the incident has caused.
7. The amount of the settlement is not sufficient to compensate each individual injured and affected by the incident.
8. Interim class counsel negotiated a personal injury settlement for claims outside the scope of their representation as class counsel.
9. We/I am being forced into the class action and have had different attorneys forced to represent me when we/I already have hired counsel to do so, which results in two attorney fees.  All attorney fees should be paid from the fees awarded from the gross settlement.
10. The class counsel is being compensated for portions of the settlement being paid for personal injuries, for which the class counsel is not representing us/me and for which we/I have already hired our/my own individual counsel to pursue those claims.
11. There is no medical monitoring program to protect the interests of class and non-class members.
12. Since the specifics of the class action attorney fees have not been submitted, we/I reserve the right to raise additional objections after reviewing the submission for class fees and costs.
13. Failure to disclose the "confidential" terms of settlement to class members.
14. Failure to provide a grid that shows the criteria used to determine the amount distributed to each class member.
15. The release associated with this class settlement agreement should be limited to the Defendants who are paying compensation in this class action.

Grounds for Objection accompanied by any legal support:

1. Federal Rules of Civil Procedure, Rule 23
2. Attorney-Client contract interference
3. We request leave to submit a brief addressing the grounds for the Objections and providing legal support in advance of the Final Hearing.