PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE:  EAST PALESTINE TRAIN DERAILMENT ) ) ) ) ) ) ) | CASE NO.  4:23CV0242<br><br>JUDGE BENITA Y. PEARSON<br><br>**ORDER**<br>[Resolving ECF No. 483] |

Pending is Attorney David Graham's Motion to Admit *Pro Hac Vice* (ECF No. 483). The motion is accompanied by a Declaration (ECF No. 483-1) attesting to good standing and the $120.00 fee (Receipt Number AOHNDC-12627423) as required by LR 83.5(h).

For good cause shown, the motion is granted.  David Graham shall be entered on the docket for purposes of appearing and presenting as counsel for and on behalf of Jami Wallace, a member of the class.

The attorney is reminded of the requirement to register for CM/ECF and to file and receive all documents electronically.  *See* LR 5.1(c).

IT IS SO ORDERED.

| | |
|---|---|
|   July 2, 2024 <br> Date | */s/ Benita Y. Pearson* <br> Benita Y. Pearson <br> United States District Judge |