PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE:  EAST PALESTINE TRAIN DERAILMENT ) ) ) ) ) ) ) | CASE NO.  4:23CV0242<br><br>JUDGE BENITA Y. PEARSON<br><br>**ORDER**<br>[Resolving ECF No. 465] |

On June 10, 2024, Third-party Defendant OxyVinyls LP ("OxyVinyls") filed a Motion to Seal Exhibits to Motion to Exclude (ECF No. 465).  On July 5, 2024, OxyVinyls filed a Notice of Withdrawal (ECF No. 492).

ECF No. 465 shall be marked withdrawn.

IT IS SO ORDERED.

| | |
|---|---|
| July 11, 2024 | /s/ Benita Y. Pearson |
| Date | Benita Y. Pearson<br>United States District Judge |