**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: EAST PALESTINE TRAIN DERAILMENT** | **CASE NO. 4:23-CV-00242-BYP**<br>**JUDGE BENITA Y. PEARSON** |

**NOTICE OF FILING OF WRITTEN OBJECTIONS TO CLASS ACTION**
**SETTLEMENT AGREEMENT**

Please take notice that pursuant to Section VII(D) of the Class Action Settlement Agreement between Plaintiffs and Norfolk Southern in the above-captioned matter, Plaintiffs file the within written objections served on the Settlement Administrator, Kroll Settlement Administration, LLC.

Please take further notice that pursuant to Local Rule 8.1, personal identifying information contained within the written objections has been redacted for filing on the public docket.

Dated: September 5, 2024

Respectfully submitted,

*/s/ M. Elizabeth Graham*
M. Elizabeth Graham (pro hac vice)
Adam J. Gomez (pro hac vice)
**GRANT & EISENHOFER P.A.**
123 S. Justison Street, 6th Floor
Wilmington, DE 19801
303-622-7000
303-622-7100 (fax)
egraham@gelaw.com
agomez@gelaw.com

Seth A. Katz (pro hac vice)
**BURG SIMPSON ELDREDGE HERSH & JARDINE, P.C.**
40 Inverness Drive East
Englewood, CO 80112
303-792-5595
303-708-0527 (fax)
skatz@burgsimpson.com

Jayne Conroy (pro hac vice)
**SIMMONS HANLY CONROY**
112 Madison Avenue, 7th Floor New York, NY 10016
212-784-6400
212-213-5949 (fax)
jconroy@simmonsfirm.com

Michael Morgan (pro hac vice)
**MORGAN & MORGAN**
20 North Orange Ave., Suite 1600
Orlando, FL 32801
407-420-1414
407-245-3389 (fax)
mmorgan@forthepeople.com