**Declaration of Scott Smith**

1. My name is Scott Smith. I am a Government Accountability Project whistleblower. I am submitting this statement freely and voluntarily, without any threats, inducements, or coercion, to Lesley Pacey, who has identified herself as the Senior Environmental Officer for the Government Accountability Project.

2. This affidavit reflects my knowledge as an independent testing expert. In addition to performing multiple rounds of environmental testing in East Palestine, I have spent countless hours researching the publicly available data on the EPA website, comparing the data sheets over time, and reaching out to EPA Region 5 On Scene Coordinator Mark Durno for clarification on various aspects of the EPA/Norfolk Southern paid contractor data generated since the February 3, 2023 Norfolk Southern train derailment, subsequent open burns and remediation work.(Exhibits 1-2)

3. Through my research, I recently, on August 19, 2024, August 26, 2024 and September 11, 2024, uncovered new evidence that the EPA removed and/or altered and/or under-reported data on Sulphur Run creek contamination in East Palestine, Ohio, ultimately providing fraudulent environmental sampling data and misleading the public and the courts about the true extent of contamination in East Palestine, Ohio. This new evidence is in the possession of the EPA, but not disclosed publicly on the EPA East Palestine website and, to the best of my knowledge, has never been discussed with or revealed to the affected residents of East Palestine and the public.

4. The crux of this discovery is the fact that I recently, on August 19, 2024, August 26, 2024, and September 11, 2024, came into possession of various EPA contractor Tetra Tech spreadsheets showing undisclosed, withheld from the public testing and sampling data on the

sediment and/or soil in and around Sulphur Run creek in East Palestine. That data does not match the publicly available EPA data for the same samples and/or sample locations. I also discovered that on its website, EPA has been listing polycyclic aromatic hydrocarbons (PAHs), including various carcinogens, as non-detections, or non-detects, when in fact the undisclosed Tetra Tech data shows that not only were there detects of the same PAHs in the same samples, but also multiple detections in the undisclosed data exceeded ecological screening levels set by Norfolk Southern contractor, Arcadis.

5.  I am speaking out to make a record of my concerns regarding the missing and/or altered and/or under-reported EPA creek and other data (e.g., soil) in East Palestine, Ohio following the East Palestine Train Derailment, subsequent fires and open vent and burn of toxic substances, including vinyl and chloride.

6.  On July 27, 2023, I went on record with the EPA and Norfolk Southern that I was willing to sit down with them and share detailed testing data as long as it was in reciprocity for the benefit of the community.(Exhibit 3) Instead, the EPA along with Norfolk Southern began a smear campaign against me with the media and in social media to undermine my independent testing, despite the fact that I used the same laboratory, Eurofins, as used by Norfolk Southern contractors and the EPA. I responded in detail to these smears and obfuscation not only in the July 27, 2023 e-mail, but in additional e-mails too. (*Ibid*.)

7.  Publicly, the EPA claims oversight of and authority over Norfolk Southern but is not publishing sampling data that shows much higher contamination and above screening levels.  This begs the question about Norfolk Southern having undue influence over EPA and why EPA is not being transparent to the public with all sampling data available.

8.  When comparing publicly released EPA sampling data vs. non-public EPA Tetra Tech

sampling data, the sample ID's appear to be effectively the same (for time, date, location) and if indeed these are split samples (where the EPA contractor tested side by side with the Norfolk Southern contractor), this all goes back to my July 27, 2023 e-mail to EPA and Norfolk Southern and my e-mails to EPA-Mark Durno on April 14, 2024 and April 16, 2024 that will be explained in further detail in this declaration.

9. While the EPA publicly released samples reflect the same sample ID but for the -ES in EPA publicly released data, the EPA is still using much higher RL's and declaring U's or non-detects while the non-public Tetra Tech data, if indeed it is split samples, clearly shows not only the presence of dangerous chemicals but much higher levels of chemicals.  This is exactly why I went on record asking Mark Durno/EPA who did the sampling and where are the detailed lab reports from the labs, like Eurofins lab, in my April 14 and April 16, 2024 e-mails.

10. Furthermore, this is why on July 27, 2023 I offered to sit down with the EPA and share detailed lab reports in reciprocity.  The detailed lab reports (like mine from Eurofins) will address what went on with the RL's (reporting limits) and if the high RL's used in the public non-detects declared by the EPA were not consistent with the detailed lab reports.

11. Non-public EPA Tetra Tech sampling data point, SR-3 will be explained in detail in this declaration.  SR-3 is where I tested (with drones tracking me over my head every time) and we now know that EPA has withheld from the affected residents and the public testing of SR-3.  The EPA has an obligation to disclose this publicly and did not.  SR-3 is important because the Tetra Tech data (from April to July 2023) is in line with my data (from May to August 2023).  This is important because it goes to the trends over time pointing to increasing contamination exposure during ongoing remediation, irrespective if contamination ultimately decreased from November 2023 on due to the reported human health symptoms

and exposures.

12. With the new evidence I have uncovered, I now know why the EPA and Norfolk Southern refused to meet with me and share their detailed data in reciprocity – because they have much to hide if they were to successfully promote their "nothing to see here," "no long-term health effects," narratives.

13. I am also speaking out because there appears to be a coordinated effort between Norfolk Southern, EPA, and certain plaintiffs' attorneys to withhold critical information related to the identification of and testing for the unprecedented mixtures of chemicals released into East Palestine and surrounding communities following the Norfolk Southern trail derailment on February 3, 2023, the fires that ensued, and the subsequent vent and open detonation of five vinyl chloride train cars on February 6, 2023.

14. It is also important to note that despite the fact that the plaintiffs' attorneys had their own independent testing expert, Stephen Petty, they did not disclose the results of his work to the public. Instead, they relied on an industry-friendly toxicologist, Dr. Arch "Chip" Carson, whom I understand to be a long-term associate of plaintiffs' attorney, Russ Abney to tell plaintiffs trying to decide whether to opt-in or out of the settlement that he expects there will be no long-term health impacts from exposure to the derailment disaster. (Exhibit 4-5) To make this assertion, Dr. Carson appears in the video to have relied solely on data collected by Norfolk Southern paid contractors, which was packaged and provided by the EPA. (*Ibid.*)

15. Why are plaintiffs' attorneys using a toxicologist who worked for Dow Chemical and multiple dirty energy corporations to inform class members? We now known that a portion of the data Dr. Carson relied on to make his assessment was altered, and/or under-reported, and/or missing, and/or removed from the EPA website, and/or manipulated to reflect non-

detection of dangerous chemicals, including several carcinogens.

16. Why are plaintiff's attorneys suppressing their own paid environmental scientist's findings? In keeping with the EPA and Norfolk Southern's "nothing to see here" narrative, plaintiffs' attorneys appear to have also concealed their own testing expert Stephen Petty's environmental sampling data and his analysis of the East Palestine disaster environmental impacts. Attorney Jo Anna Pollock in media reports and to class members said that important information related to testing (e.g. plaintiffs' attorneys' expert Stephen Petty's testing and reports along with other testing) would be released and that ***court records will lay out the type of impact and where when they're filed in April.*** (Exhibit 6) To this date, there have been no court records that address the environmental impacts or locations of concern as represented on January 26, 2024.

17. On January 26, 2024, attorney Jo Anna Pollock, chair of the science committee for plaintiffs' attorney, appeared in a [media article](#) that stated that plaintiffs' attorneys hired independent testing expert, Stephen Petty, to test soil and water just weeks after the derailment and the plaintiffs' attorneys later returned to map out the area to reconstruct what happened after the derailment and burning of vinyl chloride train cars.  Attorney Jo Anna Pollock said court records will lay out the type of impact and where when the case is filed in April.  Pollock was quoted in the article as saying, "The fact that the community is still undergoing this cleanup process a year later there's no end in sight, I think is particularly staggering."  Pollock said in the article that she has sat in on depositions with plaintiffs and that there was a running theme: "That they have been living in distress and suffering health impacts." (*Ibid*.)**<u>Background</u>**

18. I am a named inventor on 25 patents. Most of my patents over the last 15 years are related to

environmental testing and/or remediation for water, surfaces, and air. For background, my most recent patent is attached. (Exhibit 7)

19.  Since 2006, I have been to and conducted independent testing in over 60 environmental contamination events, beginning with my own flooding disaster in 2006. A short history of my personal oil and chemical flood disaster and U.S. Senator Chuck Schumer's response to my recovery efforts can be viewed here.[1]

> In 2008, I received the United States Small Business Administration's Phoenix Award for Disaster Recovery. (Exhibit 8) The press release from the United States Small Business Administration states, "Although Cellect sustained an estimated $10 million in damages and lost revenue, Smith's priority was to take care of his employees first. He organized a meeting with the New York State Department of Labor, quickly securing unemployment assistance for his 100 employees. The care, concern and innovation that Smith displayed in getting his employees back to work in the aftermath of the devastating flood and his tireless devotion to the rebuilding and subsequent expansion of this St. Johnsville business has earned him the 2008 Phoenix Award for Small Business Disaster Recovery.  "The Phoenix Award is an acknowledgment of an individual's heroic effort and recognition of  contributions to the physical and economic recovery of their communities," said SBA Administrator Steve Preston. "Mr. Smith displayed tremendous courage and resourcefulness in the aftermath of the disaster, and he exemplifies the spirit one must have to rebuild after a tragedy like this."

20. I began providing independent testing, at my own expense, as a private citizen, of

---

[1] Available at: https://youtu.be/XhSAAivfc90?si=FTEGREll2I5Bu7Ko.

contaminants in East Palestine, Ohio, after Courtney Miller of East Palestine contacted me on Twitter, now X on February 17, 2023. Ms. Miller stated that she needed her water "tested BADLY" and was desperately seeking my help in determining whether her water was contaminated from the February 3, 2023, Norfolk Southern train derailment and subsequent vent and burn, and if so, she wanted to know the extent of the contamination. (Exhibit 9)

21. My first trip to East Palestine, Ohio was on February 22, 2023. I performed my first testing in and around Sulphur Run creek, at the home of Ms. Miller.

22. I had originally planned to make two to three trips to East Palestine to do testing for the community like I have done in so many other contamination events. However, residents continued to reach out to me for help after the EPA refused to test their homes and/or property, including, but not limited to soil.

23. To date, I have made 27 trips to East Palestine and completed 31 rounds of testing as a private citizen and independent testing expert. Since I began working in East Palestine, I have worked with a team of scientists to collect and analyze the impacts of the February 3, 2023 Norfolk Southern train derailment and subsequent vent and burn.

24. Along with the non-public EPA data, my Eurofins laboratory analytical result reports from samples I collected, along with my summaries of these test results, have been reviewed by plaintiffs' attorneys' former expert witness, Stephen Petty, and separately by expert toxicologist, Dr. George Thompson. Mr. Petty has given a declaration to Government Accountability Project backing the validity of my data and testing methodologies and expressing multiple concerns about the EPA manipulation of East Palestine data. (Exhibit 10) Dr. George Thompson also provided an affidavit to Government Accountability Project regarding Dr. Carson's video, expressing his concerns that this is the worst environmental

disaster in his 55 years as a toxicologist and conveying concerns about the manipulated EPA/Norfolk Southern data. (Exhibit 11) Dr. Thompson has interviewed multiple residents and has amassed a list of more than 100 exposure symptoms, from cancers to seizures that to this day continue to plague previously healthy residents of East Palestine, Ohio and nearby Pennsylvania residents.

**The Tetra-Tech non-public testing data spreadsheets**

26. The new evidence shows non-public Sulphur Run creek testing data along with other testing data from EPA contractor Tetra Tech after the data was processed by Eurofins Lab. To the best of my knowledge, EPA is in possession of the data spreadsheets but, to date, EPA has withheld this data from the public on the EPA's website for the same samples on those dates and locations.

27. This information is in spreadsheet form and was prepared by Adam Peterca of Tetra Tech. (Exhibits 12-15)

28. The background and timeline of the evidence is as follows:

a. Background on Tetra Tech's relationship with EPA and specifically EPA Region 5 is here: https://investor.tetratech.com/press-releases/news-details/2023/Tetra-Tech-Wins-450-Million-EPA-Environmental-Restoration-Contract/default.aspx .

b. Regional Screening Levels ("RSLs") are defined as follows: RSLs are derived from standard exposure assumptions and EPA toxicity data. Generally, if a site has concentrations greater than the RSL, then further investigation is warranted. These Arcadis RSLs/screening levels for ecological screening levels and human health screening levels, in the charts pictured below, are taken from Table 4, for soil, and Table 5, for sediment, on pages 53-55 from the Arcadis East Palestine September 7, 2023 report entitled, "Characterization Work Plan for

Derailment Area Soil." (<u>Exhibit 16</u>)

c.  On August 26, 2024, I received a Tetra Tech testing spreadsheet for East Palestine for Summer-2023 with non-public testing data attached. (Exhibit 14) This spreadsheet for EPA sample ID of **SED-SR1(0-6)-20230801taken on August 1, 2023** shows non-detects for (5) PAH's on EPA publicly released testing; however, there were not only detects on these (5) PAH's on the non-public Tetra Tech data but all (5) of these PAH's **(benzo[a]anthracene, benzo[a]pyrene, benzo[g,h,i]perylene, benzo[k]fluoranthene, Indeno[1,2,3-cd]pyrene)** were all above the Norfolk Southern contractor, Arcadis, and EPA accepted ecological screening levels as follows:

| Sample ID or Address Nearest to Where Sample was Taken | EPA Publicly Released | Tetratech Non-Public |
|---|---|---|
| | SED-SR1(0-6)-20230801-ES | SED-SR1(0-6)-20230801 |
| | Sediment | Sediment |
| | EPA 0-6" | EPA 0-6" |
| **Values in ug/kg (ppb)** | 8/1/23 | 8/1/23 |
| Benzo[a]anthracene | U<148 RL | 480 |
| Arcadis RSL Benzo(a)anthracene | 31.7 | 31.7 |
| Benzo[a]pyrene | U<148 RL | 410 |
| Arcadis RSL Benzo(a)pyrene | 31.9 | 31.9 |
| Benzo[b]fluoranthene | 238 | 660 |
| Arcadis RSL Benzo(b)fluoranthene | 27.2 | 27.2 |
| Benzo[g,h,i]perylene | U<296 RL | 320 |
| Arcadis RSL Benzo[g,h,i]perylene | 170 | 170 |
| Benzo[k]fluoranthene | U<296 RL | 200 |
| Arcadis RSL Benzo(k)fluoranthene | 27.2 | 27.2 |
| Chrysene | 173 | 930 |
| Arcadis RSL Chrysene | 57.1 | 57.1 |
| Fluoranthene | 350 | 910 |
| Arcadis RSL Fluoranthene | 64.23 | 62.23 |
| Indeno[1,2,3-cd]pyrene | U<296 RL | 290 |
| Arcadis RSL Indeno[1,2,3-cd]pyrene | 17 | 17 |
| Phenanthrene | 109 | 390 |
| Arcadis RSL Phenanthrene | 41.9 | 41.9 |
| Pyrene | 271 | 660 |
| Arcadis RSL Pyrene | 53 | 53 |

d.

Also, on this same spreadsheet I received on August 26, 2024, this non-public Tetra Tech sampling data spreadsheet for EPA sample ID of SED-SR5(0-6)-20230727 taken on July 27, 2023 shows non-detects for seven (7) PAH's on EPA publicly released testing; however, there were not only detects on these thirteen (7) PAH's on the non-public Tetra Tech data, but all seven (7) of these PAH's (benzo[a]anthracene, benzo[a]pyrene, benzo[b]fluoranthene, benzo[g,h,i]perylene, benzo[k]fluoranthene, chrysene, indeno[1,2,3-cd]pyrene,) were all above the Norfolk Southern contractor, Arcadis, and EPA accepted ecological screening levels, as follows:

| Sample ID or Address Nearest to Where Sample was Taken | EPA Publicly Released SED-SR5(0-6)-20230727-ES Sediment EPA 0-6" 7/27/23 | Tetratech Non-Public SED-SR5(0-6)-20230727-ES Sediment EPA 0-6" 7/27/23 |
|---|---|---|
| Benzo[a]anthracene | U<106 RL | 270 |
| Arcadis RSL Benzo(a)anthracene | 31.7 | 31.7 |
| Benzo[a]pyrene | U<106 RL | 310 |
| Arcadis RSL Benzo(a)pyrene | 31.9 | 31.9 |
| Benzo[b]fluoranthene | U<106 RL | 410 |
| Arcadis RSL Benzo(b)fluoranthene | 27.2 | 27.2 |
| Benzo[g,h,i]perylene | U<211 RL | 260 |
| Arcadis RSL Benzo[g,h,i]perylene | 170 | 170 |
| Benzo[k]fluoranthene | U<211 RL | 110 |
| Arcadis RSL Benzo(k)fluoranthene | 27.2 | 27.2 |
| Chrysene | U<106 RL | 320 |
| Arcadis RSL Chrysene | 57.1 | 57.1 |
| Fluoranthene | 80 | 740 |
| Arcadis RSL Fluoranthene | 64.23 | 64.23 |
| Indeno[1,2,3-cd]pyrene | U<211 RL | 240 |
| Arcadis RSL Indeno[1,2,3-cd]pyrene | 17 | 17 |
| Phenanthrene | 29 | 360 |
| Arcadis RSL Phenanthrene | 41.9 | 41.9 |
| Pyrene | 70.9 | 570 |
| Arcadis RSL Pyrene | 53 | 53 |

a. Also, on this same spreadsheet I received on August 26, 2024, this non-public Tetra Tech sampling data spreadsheet for EPA sample ID of **SED-SR8(0î-6î)-20230726-ES** taken on July 27, 2023 shows non-detects for five (5) PAH's on EPA publicly released testing; however, there were not only detects on these five (5) PAH's on the non-public Tetra Tech data, but all five (5) of these PAH's (benzo[a]anthracene, benzo[a]pyrene, benzo[b]fluoranthene, benzo[g,h,i]perylene, chrysene, indeno[1,2,3-cd]pyrene,) were all

above the Norfolk Southern contractor, Arcadis, and EPA accepted ecological screening
levels, as follows:

| Sample ID or Address Nearest to Where Sample was Taken | EPA Publicly Released | Tetratech Non-Public |
|---|---|---|
| | SED-SR8(0í-6í)-20230726-ES | SED-SR8(0í-6í)-20230726-ES |
| | Sediment | Sediment |
| | EPA 0-6" | EPA 0-6" |
| Values in ug/kg (ppb) | 7/26/23 | 7/26/23 |
| Benzo[a]anthracene | U<1,210 RL | 1,500 |
| Arcadis RSL Benzo(a)anthracene | 31.7 | 31.7 |
| Benzo[a]pyrene | U<1,210 RL | 1,500 |
| Arcadis RSL Benzo(a)pyrene | 31.9 | 31.9 |
| Benzo[b]fluoranthene | 1,270 | 2,000 |
| Arcadis RSL Benzo(b)fluoranthene | 27.2 | 27.2 |
| Benzo[g,h,i]perylene | U<2,430 RL | 1,300 |
| Arcadis RSL Benzo[g,h,i]perylene | 170 | 170 |
| Benzo[k]fluoranthene | 382 | 670 |
| Arcadis RSL Benzo(k)fluoranthene | 27.2 | 27.2 |
| Chrysene | U<1,210 RL | 1,700 |
| Arcadis RSL Chrysene | 57.1 | 57.1 |
| Fluoranthene | 2,070 | 3,600 |
| Arcadis RSL Fluoranthene | 64.23 | 64.23 |
| Indeno[1,2,3-cd]pyrene | <2,430 | 1,100 |
| Arcadis RSL Indeno[1,2,3-cd]pyrene | 17 | 17 |
| Phenanthrene | 1,130 | 1,700 |
| Arcadis RSL Phenanthrene | 41.9 | 41.9 |
| Pyrene | 1,690 | 2,700 |
| Arcadis RSL Pyrene | 53 | 53 |

b. On September 11, 2024, I received a non-public Tetra Tech testing spreadsheet for East
Palestine for Winter through Spring 2023 with non-public testing data. (Exhibit 13) In this
particular case, the EPA has yet to release any testing to the public for sample ID of **SED-
SR3_20230421_1725 taken on April 21, 2023**, sample ID **SED-SR3(0-6)-20230727 taken
on July 27, 2023**. This non-public EPA testing data is important because it appears that the
contamination for PAH's got significantly worse as ongoing remediation went on between
April of 2023 to July of 2023. Again, this is the EPA's own data that has not been released

publicly and the increases were not only significant for these PAH's, as follows (note RSL's are ecological RSL's). Also, this shows my testing data in the same location (SR-3):

| Sample ID or Address Nearest to Where Sample was Taken | Tetratech Non-Public SED-SR3_20230421_1725 Sediment EPA 4/21/23 | Tetratech Non-Public SED-SR3(0-6)-20230727 Sediment EPA 0-6" 7/27/23 | Scott Smith 418 E Taggart Sediment SS 0-2" 5/29/23 | Scott Smith 418 E Taggart Sediment SS 0-2" 8/29/23 |
|---|---|---|---|---|
| **Values in ug/kg (ppb)** | | | | |
| Benzo[a]anthracene | 46 | 740 | 130 | 530 |
| **Arcadis RSL Benzo(a)anthracene** | 31.7 | 31.7 | 31.7 | 31.7 |
| Benzo[a]pyrene | 40 | 810 | 160 | 620 |
| **Arcadis RSL Benzo(a)pyrene** | 31.9 | 31.9 | 31.9 | 31.9 |
| Benzo[b]fluoranthene | 58 | 1,200 | 150 | 760 |
| **Arcadis RSL Benzo(b)fluoranthene** | 27.2 | 27.2 | 27.2 | 27.2 |
| Benzo[g,h,i]perylene | 94 | 680 | U<56 MDL | 460 |
| **Arcadis RSL Benzo[g,h,i]perylene** | 170 | 170 | 170 | 170 |
| Benzo[k]fluoranthene | 13 | 320 | 75 | 340 |
| **Arcadis RSL Benzo(k)fluoranthene** | 27.2 | 27.2 | 27.2 | 27.2 |
| Chrysene | 73 | 920 | 180 | 800 |
| **Arcadis RSL Chrysene** | 57.1 | 57.1 | 57.1 | 57.1 |
| Fluoranthene | 54 | 1,900 | 240 | 1,800 |
| **Arcadis RSL Fluoranthene** | 64.23 | 64.23 | 64.23 | 64.23 |
| Indeno[1,2,3-cd]pyrene | 23 | 630 | 110 | 450 |
| **Arcadis RSL Indeno[1,2,3-cd]pyrene** | 17 | 17 | 17 | 17 |
| Phenanthrene | 310 | 880 | 2,200 | 870 |
| **Arcadis RSL Phenanthrene** | 41.9 | 41.9 | 41.9 | 41.9 |
| Pyrene | 83 | 1,500 | 330 | 1,300 |
| **Arcadis RSL Pyrene** | 53 | 53 | 53 | 53 |

c. SR-3 EPA testing data is within no more than 20 feet from where I tested multiple times over time too. The trend in my data from May of 2023 to August of 2023 is consistent with the EPA's non-public, withheld testing data from April of 2023 to July of 2023.

d. This same spreadsheet also shows non-public EPA data from sample IDs of PSED01-2023-03-01 taken on March 1, 2023 and W-2_20230215_1730 taken on February 15, 2023. These non-public data points are important because they establish the baseline mixtures of chemicals were released during the initial derailment and the subsequent controlled burn.

This non-public sampling data is from a ditch and from Sulphur Run that appears to be close to ground zero and shortly after the derailment and subsequent burn. The following are examples of some of the dangerous chemicals (benzo(a)pyrene and vinyl chloride and other) that were above human health screening levels set by Norfolk Southern contractor Arcadis:

**Non-Public EPA-Tetra Tech Sampling Data Exceeding Human Health Screening Levels**

| Sample Date | Location | Sample Number | Analyte | Result in ppb | Human Health Screening Level in ppb |
|---|---|---|---|---|---|
| 3/1/23 | PSED-01 | PSED01-2023-03-01 | 4,6-Dinitro-2-methylphenol | 600,000 | 6,130 |
| 3/1/23 | PSED-01 | PSED01-2023-03-01 | 2,6-Dinitrotoluene | 120,000 | 4,450 |
| 3/1/23 | PSED-01 | PSED01-2023-03-01 | Benzo(a)pyrene | 9,200 | 2,330 |
| 3/1/23 | PSED-01 | PSED01-2023-03-01 | Vinyl Chloride | 420 | 111 |
| 2/15/23 | W-2_E1 | W-2_20230215_1730 | Vinyl Chloride | 270 | 111 |
| 2/15/23 | W-2_E1 | W-2_20230215_1730 | 2-Ethylhexyl acrylate | 7,500 | 3,900 |

29.  The ditch data (PSED01) in this newly provided spreadsheet, that I received on September 11, 2023, is very important for a baseline fingerprint of what chemicals were spilled and deposited into the environment way beyond sediment and just PAHs and this includes a wide variety of other dangerous chemicals that are significant.

**Details of lab testing results**

30. Lab testing reports falsely declare various toxic chemicals on the publicly available data sheets on the EPA website as U, or Non-Detect. A Non-Detect occurs when the target analyte or chemical is below the Method Detection Limit ("MDL") – not the Reporting Limit ("RL"). On official lab testing reports there are what is called a Method Detection Limit ("MDL") and a Reporting Limit ("RL"). The RL means the lab has confidence in the concentration values at and above the RL. The MDL is a threshold level for a lab to detect the presence of specific compounds. When you see a J on a lab report it means a compound is

between the RL and MDL, and the lab is confident the compound is present, and concentration is estimated to be at that value. Lab testing reports typically declare a specific analyte or chemical as a U or Non-Detect, when the target analyte or chemical is below the MDL - not the RL.  If the RL and/or MDL is too high, you can have misleading results that say there is a non-detect or U when there is actually a potentially dangerous chemical present and/or what is referred to as a False Non-Detect, meaning the analyte or chemical is present and/or above a screening level, but yet declared as a U, hence a False Non-Detect.

31. Here, in some cases, the MDL values were excluded by the EPA from their summaries, data known to be provided by Eurofins. Then, EPA reported the results as less than the RL. However, typically data between the RL and MDL is reported as the measured result, not less than the RL. By excluding the MDL values, which are always below the RL, the public is misled as to whether or not an actual value was actually reported (e.g., between the RL and MDL) or if it was below the MDL. Typically, the less than designation ("<") is reserved for values below the MDL. By commingling results below the RL and above the MDL, with data below the MDL, much information is lost. This appears to be intentional, since values between the MDL and RL, if reported, may be above environmental and possibly human health screening levels.

32. Specifically, on some public EPA spreadsheets the RL is being used to declare a U or Non-Detect for specific analytes or chemicals when actual detected levels exist (i.e., between the RL and MDL). On the public EPA spreadsheet I downloaded on April 12, 2023, I observed that on samples SD-01, SD-02, SD-03, and SD-04 that the RL's were used instead of the MDL's to declare a U or Non-Detect for Benzo(a)pyrene. Furthermore, the RL's were listed

as 14,000 ppb for SD-02 and 12,000 ppb for SD-04. To help put things in perspective, the Norfolk Southern contractor Arcadis set a RSL or screening level for sediment in Sulphur Run at 31.9 ppb for Benzo(a)pyrene. The Eurofins spreadsheet for my Sulphur Run sediment testing shows an MDL of 52 ppb and RL of 260 ppb, with the actual result for the concentration of Benzo(a)pyrene of 620 ppb. (Exhibit 24) This illustrates how using a RL of 12,000 – 14,000 ppb (not even the MDL) that is 4,515% higher than the RL's on Eurofins test reports for my testing and Norfolk testing (around 260 ppb) and then declaring a U or Non-Detect is, as described in detail earlier, quite misleading. (*Ibid.*)

33. Again, the EPA data is misleading when high levels of dangerous chemicals, when detected below unreasonably high Reporting Limits (RLs), are reported as Non-Detect of those chemicals when in many cases actual values between the RL and MDL were reported. For example, the EPA reports non-detects based on RLs of 12,000 parts per billion (ppb), when my RLs were approximately 240 ppb, for PAHs like benzo(a)pyrene.

34. Despite conventional sampling standards, EPA used RLs extremely high on their public data sheets without disclosing the detailed lab reports explaining the RLs. Mark Durno, in a secretly recorded, but legal in Ohio, conversation with Joy Marie Mann last year, admitted that the EPA's environmental testing limits are high, which means chemicals detected below those levels may not show up. (Exhibit 17) "We are testing for full scan TLP analysis for volatiles plus other contaminants and like I said, most of the results we have are non-detect... We can't even see them, the analytical cell. The analytical methods don't go down into the parts per quadrillion," Durno said.

35. April 12, 2024: I downloaded a public testing results spreadsheet from the EPA East Palestine Website. (Exhibit 18) This spreadsheet contained testing from February 8, 2023 for data

points EPD-SD01-SR-230208, EPD-SD02-BP1-230208, EPD-SD03-Bp1-230208, and EPD-SD04-SR-230208. This testing is important because it represents baseline contamination in sediment with water that flows into Sulphur Run Creek. Sulphur Run Creek is a pathway of exposure for East Palestine residents.

36. August 26, 2024:  I downloaded the latest public results spreadsheet from the EPA East Palestine website. When comparing this spreadsheet to what I downloaded on April 12, 2024, I found that the EPA had removed all testing data from February 8, 2023, which were data points EPD-SD01-SR-230208, EPD-SD02-BP1-230208, EPD-SD03-BP1-230208, and EPD-SD04-SR-230208 (hereinafter "SD-01, SD-02, SD-03, and SD-04"). (Exhibit 18-19)

37. SD-01, SD-02, SD-03, and SD-04 are important because the samples were taken on February 8, 2023, which is right after the February 3, 2023 derailment and the February 6, 2023 controlled burn. These samples are referred to as baseline impact testing data on sediment close to the derailment ground zero for Sulphur Run Creek, which is a potential pathway to exposure for residents given that many homes abut and/or homes literally sit on top of Sulphur Run Creek.

38. April 12, 2024: I took screenshots of the map from the same EPA East Palestine website referenced in paragraph 27, above. The February 8, 2023 data points of SD-02 and SD-04 are clearly labeled in this map from April 21, 2024, which includes these specific data points. (Exhibits 20-22)

39. August 26, 2024:I took screenshots of the map from the same EPA East Palestine website referenced in paragraph 27, above. SD-02 and SD-04 data points, like the spreadsheet, were removed from the map. (Exhibit 23.) SD-02 has been clearly removed from the map. Why was SD-04, taken on February 8, 2023, replaced by SR-2 taken at a depth of 6-12" on July

27, 2023? (*Ibid.*)

40. It is essential to analyze the actual laboratory results with the actual testing summary spreadsheet from the lab to understand unequivocally not only the presence of dangerous analytes or chemicals, but the concentration levels as well.

41. I had independent testing expert Stephen Petty review my laboratory reports, methods, and process for testing in Sulphur Run, along with other soil testing and the summary spreadsheets as published by the lab directly. Stephen Petty's declaration is attached. (Exhibit 10.) I have provided an example of the actual spreadsheet from the lab for my testing for Sulphur Run as reviewed by Stephen Petty. (Exhibit 24) I was willing to sit down with the EPA per my July 27, 2023 e-mail, previously discussed (Exhibit 3), sent to EPA, and share this type of data in reciprocity for the benefit of the community and the EPA refused. Despite the EPA smear campaign, I have made it clear that I am still willing to sit down with them to this day and share details in reciprocity.

42. On official lab testing reports there are what is called a Method Detection Limit ("MDL") and a Reporting Limit ("RL"). The RL means the lab has confidence in the concentration values at and above the RL. The MDL is a threshold level for a lab to detect the presence of specific compounds. When you see a J on a lab report it means a compound is between the RL and MDL, and the lab is confident the compound is present, and concentration is estimated to be at that value.

43. April 14, 2024: I sent Mark Durno/EPA an e-mail asking questions about RL's and the EPA testing from the public website. (Exhibit 1) A key excerpt from my e-mail to Mark Durno/EPA is as follows:

> "6. *The EPA used a code U for Undetected on their website for when an analyte reads*

*with a < sign.  Typically, a < than sign means the analyte is present in the sample it is just less than the number cited after the < sign.  For example, when an analyte like benzo(a)pyrene reads < 1,210 ppb, that does not mean benzo(a)pyrene is not in the sample and Undetected, it means benzo(a)pyrene is present just not above 1,210 ppb.  This usually happens because the analyte is detected in the sample above the Method Detection Limit (MDL) but below the Reporting Limit (RL). Does EPA agree with this?"*

*"7.  Furthermore, the Reporting Limits (RL's) appear to be very high on many EPA samples? Do you know why this is? Again, as asked in #2 above which independent lab or labs were used for this EPA testing on the EPA website?"*

44. <u>April 16, 2024:</u> I sent an additional follow up e-mail to Mark Durno/EPA. (Exhibit 2.) This contains the same map and referenced data. This includes SD-01, **SD-02, SD-03,** and **SD-04** that were subsequently removed by the EPA from the EPA public spreadsheets and EPA public maps.  Important excerpts from this e-mail are as follows:

> *"<u>As a follow up to my e-mail, dated April 14, 2024, which is the first attachment, please note the second attachment to this e-mail which is a (3) slide PowerPoint with screenshots summarized as follows:</u>*

a. *Slide (1) is the EPA Map with (11) data points listed as sediment from the EPA dashboard.  Does the EPA have videos, chain of custody reports, and detailed lab reports from Sediment and Soil sampling for the public to view anywhere?  If yes, where is it on the website? If no, how can we access this important information for the public?*

b.  *Did the EPA do any of its actual own sampling for East Palestine? If the answer is no or limited or some, then what Norfolk Southern contractors did actual sampling and/or were involved with any review of the sampling data in any way that was relied on by the EPA (e.g. Tetra Tech, Arcadis, CTEH, Hepaco, others)?*

c. *Slide (2) contains screenshots from downloadable testing data from the EPA website and lists Matrix, Sample Media, and Activity in each column. Why do some samples say Sediment for Matrix, Sediment for Sample Media, and Sediment for Activity while others have Sediment for both Sample Media and Matrix, but Soil for Activity? Is the answer possibly that when Activity is listed as Soil, the sample was actually taken from Sulphur Run Creek Bank, not actual Sediment from the creek, or is there some kind of typo/mistake on the EPA website?*

d. *Slide (3) contains all (11) points from the EPA map on slide (1) taken as screenshots from the EPA dashboard.  Note that Matrix and Sample Media are listed but Activity is missing. Can you clarify this for us and help us understand why this is?*

e.  *It appears from the EPA dashboard on the website and corresponding screenshots in the attached PowerPoint, that neither the EPA nor any Norfolk Southern contractors did sediment sampling from the same sampling location over time? Is this correct? Also, is this sediment sampling currently all that is available for the public or is there more in process to be made public at a later time?*

f.  *As to the (11) points and slides (2) and (3), it seems that this EPA sediment sampling was done on 2/8/23, 7/26-7/27/23, and 11/6, 11/10, 11/13 and 11/14/23.  Who chose these dates to sample and the locations to sample?  Why does there seem to be a gap in sediment sampling from February until July 26?  Why does there seem to be a gap from July 17 to November?  Again, per the beginning of this e-mail, if I missed something that is available in*

*the public I apologize and please point me to where the information is available publicly."*

45. As testing expert Stephen Petty says, the EPA surely has the complete lab data in the same form as I receive from Eurofins. Where is it? And what reason would the EPA have for not providing this information?  I understand Mark Durno has told people on numerous occasions that the EPA can't release any data without the permission of Norfolk Southern, but, yet publicly the EPA claims to have authority over and oversight of Norfolk Southern.

46. The question is, did toxicologist Arch Carson for the plaintiffs' attorneys base his "nothing to see here," "no long-term health effects" narratives on incomplete EPA data and/or data that EPA misleadingly manipulated? Oddly, most of Dr. Carson's entire narrative is based on pure speculation as no written basis for his opinions was offered to accompany his verbal statement, nor would it have been possible to form such opinions without detailed exposure calculations. Such speculation would likely be challenged in real litigation, and likely never be admitted in the Courts; this appears to be an attempt to whitewash what is actually known (and not known) and persuade residents to sign up for the settlement.

47. Data that was never posted publicly before on the EPA website for April 21, 2023 from EPA contractor Tetra Tech and authored by Adam Peterca recently was shared. It is important to note that this spreadsheet contains testing for Sulphur Run that the EPA has never revealed publicly and this data does indeed appear to generally show contamination getting worse after April 2023 with results from non-public EPA Tetra Tech data following ongoing EPA supervised remediation of the train derailment. Again, this is important given that Sulphur Run is a pathway of exposure due to its proximity to homes and businesses.

48. In summary, samples **SD-01, SD-02, SD-03, and SD-04** were removed from EPA public maps and EPA public spreadsheets sometime after my e-mails to Mark Durno/EPA on April

14, 2024 and April 16, 2024. (Exhibit 1-2)

49. The hydraulically flashing Sulphur Run creek banks or side walls are defined as sides of the creeks above the constantly rising and falling contacting water line. These bank walls are comprised of local soils and admixtures of upstream sediments. These same bank wall sediments/soil are either losing sediment/soil back down to make up stream bed load or conversely adhering to newly wetted sidewall during times of rising stream levels.

50. These stream banks walls are exposed and have acquired increasing contaminants loading from the rising polluted stream waters that have been experiencing heavy rains and/or air knifing remediation and/or the addition of large amounts of diluent water during stream remediation attempts. Such primitive attempts to dilute contamination principally move contaminants downstream but add additional contamination burden on creek banks or sidewalls.

51. To the best of my knowledge, the EPA and/or Norfolk Southern (including Norfolk Southern contractors) have not taken any significant number of valid samples of creek banks or sidewalls known contamination burden. If they have taken these samples, it appears they have been withheld from the public.

51. On August 29, 2023 and on April 28, 2024, I took samples of the stream bed sediment and creek banks walls sediment/soil at 418 East Taggart Street.  On August 29th, 2023, the sediment testing and left and right creek side banks for benzo(a)pyrene and other PAH's showed similar contamination and trends.  Specifically, benzo(a)pyrene detected at 620 ppb for sediment, 700 ppb for the right creek bank and 180 ppb for the left creek bank.  The was no known ongoing stream bank remediation of sediment silts confined to the stream bottom before I tested on August 29, 2023; however, when I arrived on April 28, 2024, around noon

eastern, there was ongoing air sparging and/or other remediation. Later, on April 28, 2024, at shortly after 6:00 pm eastern, I arrived to test the sediment and creek side banks with residents Christina Siceloff and Randy DeHaven. All of the contractor's remediation equipment was removed when we arrived shortly after 6:00 pm Eastern.

52. Unlike the testing I did on August 29, 2023, the April 28, 2024, testing for stream bottom sediment showed much lower chemical concentrations for benzo(a)pyrene and all PAH's versus the right and left creek banks' chemical loads.  This makes sense because this testing on April 28, 2024 was immediately after remediation of the sediment while leaving the creek bank side walls **as is**.  For example, bezo(a)pyrene testing on April 28, 2024 was 84 ppb for the stream bottom sediment while the right creek bank sediment/soil was 470 ppb and the left creek bank sediment soil was 530 ppb.

| Sample ID or Address Nearest to Where Sample was Taken | Scott Smith 418 E Taggart Sediment SS 0-2" 8/29/23 | Scott Smith 418 E Taggart Right Creek Bank SS 0-2" 8/29/23 | Scott Smith 418 E Taggart Left Creek Bank SS 0-2" 8/29/23 | Scott Smith 418 E Taggart Sediment RD-CS-SS 0-2" 4/28/24 | Scott Smith 418 E Taggart Right Creek Bank RD-CS-SS 0-2" 4/28/24 | Scott Smith 418 E Taggart Left Creek Bank RD-CS-SS 0-2" 4/28/24 |
|---|---|---|---|---|---|---|
| Values in ug/kg (ppb) | | | | | | |
| Benzo[a]anthracene | 530 | 670 | 200 | 71 | 390 | 410 |
| Arcadis RSL Benzo(a)anthracene | 31.7 | 31.7 | 31.7 | 31.7 | 31.7 | 31.7 |
| Benzo[a]pyrene | 620 | 700 | 180 | 84 | 470 | 530 |
| Arcadis RSL Benzo(a)pyrene | 31.9 | 31.9 | 31.9 | 31.9 | 31.9 | 31.9 |
| Benzo[b]fluoranthene | 760 | 860 | 230 | 110 | 720 | 720 |
| Arcadis RSL Benzo(b)fluoranthene | 27.2 | 27.2 | 27.2 | 27.2 | 27.2 | 27.2 |
| Benzo[g,h,i]perylene | 460 | 550 | 120 | 120 | 400 | 490 |
| Arcadis RSL Benzo(g,h,i)perylene | 170 | 170 | 170 | 170 | 170 | 170 |
| Benzo[k]fluoranthene | 340 | 380 | 99 | 59 | 240 | 320 |
| Arcadis RSL Benzo(k)fluoranthene | 27.2 | 27.2 | 27.2 | 27.2 | 27.2 | 27.2 |
| Chrysene | 800 | 380 | 260 | 100 | 520 | 650 |
| Arcadis RSL Chrysene | 57.1 | 57.1 | 57.1 | 57.1 | 57.1 | 57.1 |
| Fluoranthene | 1,800 | 1,800 | 380 | 150 | 1,000 | 1,200 |
| Arcadis RSL Fluoranthene | 64.23 | 64.23 | 64.23 | 64.23 | 64.23 | 64.23 |
| Indeno[1,2,3-cd]pyrene | 450 | 500 | 130 | 72 | 320 | 390 |
| Arcadis RSL Indeno[1,2,3-cd]pyrene | 17 | 17 | 17 | 17 | 17 | 17 |
| Phenanthrene | 870 | 870 | 550 | 91 | 420 | 600 |
| Arcadis RSL Phenanthrene | 41.9 | 41.9 | 41.9 | 41.9 | 41.9 | 41.9 |
| Pyrene | 1,300 | 1,300 | 320 | 170 | 800 | 950 |
| Arcadis RSL Pyrene | 53 | 53 | 53 | 53 | 53 | 53 |

53. On June 27, 2024, I participated in the Government Accountability Project's East Palestine people's panel. I presented a summary of testing results received from Eurofins lab to date, from February 2023 through June 25, 2024 for the mixtures or PAH's with dioxins in soil in and around ground zero of the derailment. This summary chart is in this paragraph and attached. (Exhibit 25) The good news is that over 50% over my testing showed results of dioxins and/or PAH's at or below Arcadis RSL's established for East Palestine. For example, 52% of my testing was below the Arcadis RSL of 4.8 ppt for the dioxin TEQ. I identified potential hot zones with elevated dioxins, defined as dioxin TEQ's exceeding 4.8 ppt, and/or PAH's in affected residents' soil samples.

54. Furthermore, my scientific team, based on a thorough review of detailed plume impact maps, identified a confirmed location where the plume did not have an impact in Columbiana, OH within about 5-6 miles of ground zero of the train derailment – this location is referred to as a control sample and had a dioxin TEQ of 1.7 ppt, well below the Arcadis RSL of 4.8 ppt. Also, I took two additional control samples in Salem, OH where the plume did not have any impact and both samples were below the Arcadis RSL of 4.8 ppt with dioxin TEQ for one sample of 4.0 ppt and the other sample at 4.3. ppt. From my extensive soil sampling in and around the plume impacted areas compared to the control samples, it appears to clearly show the derailment had an effect of increasing the dioxin burden in the soil samples of the East Palestine affected community. I have every reason to believe that if Stephen Petty's testing and reports were released that his testing would be in agreement with mine. I say this based on my discussions with residents that told me Stephen Petty tested their property and/or media that interviewed Stephen Petty on the ground while he was testing at or near the same spots I was testing from February 2023 onward. Here is my summary from June 27, 2024:

**67 East Palestine Dioxin Soil Samples vs. Background And Regional Screening Level ("RSL")**

| East Palestine Number of Dioxin Soil Samples as of June 25, 2024 | 67 | |
|---|---|---|
| Samples >3 ppt TEQ (Rural Background for Non-Impacted Communities) | 47 | 70% |
| Samples >4.8 ppt TEQ (Arcadis Proposed RSL Sep 7, 2023) | 32 | 48% |
| Samples >6 ppt TEQ (Residential Background for Non-Impacted Communities) | 27 | 40% |
| Samples >8 ppt TEQ (Urban/Industrial for Non-Impacted Communities) | 23 | 34% |

1) Median Dioxin TEQ is 4.4 ppt
2) Two Control Samples from Salem, OH:  4.0 ppt TEQ in April-2023 and 4.3 ppt TEQ in June-2023
3) Control Sample from Beaver Circle, Columbiana, OH where Plume Fallout WAS NOT was 1.7 ppt TEQ.

Scott Smith
Twitter/X: @WaterWarriorOne
Facebook: ScottSmithH2O     1

55. For background, an important media article from the Huffington Post interviewed proper subject matter experts on the unknown risks and exposures to mixtures of chemicals entitled, **A Roll Of The Dice: The Unknown Threat Of Exposure To Chemical Mixtures**. The following charts and exhibits detail some of the potential hot zones I identified where both the dioxin and PAH's were significantly elevated over the control samples and the Arcadis RSL for dioxins. Furthermore, as but one example, these charts show testing of Krissy Hylton's home ("KH")  that literally sits on top of Sulphur Run creek increasing in contamination during ongoing remediation with increases of dioxin TEQ from 27 ppt on May 16, 2023 to 34 ppt (or an increase of 26%) on September 25, 2023 and 883.5 ppb for PAH TEQ on May 16, 2023 to 2,306 ppb (or an increase of 1,610%) on September 25, 2023

## June 25, 2024 Update:  Potential Dioxin Hot Zones – Need More Testing

| Dioxin TEQ Soil Comparisons | Parts per Trillion (ppt) | % Increase Over RSL |
|---|---|---|
| Beaver Circle, Columbiana Control | 1.7 | -58% |
| Salem OH Control Soil | 4.0 | -17% |
| Regional Screening Level (RSL) | 4.8 | - |
| ZG Soil | 23 | 379% |
| TF Soil | 26 | 442% |
| SW Soil | 27 | 463% |
| BD Soil | 27.6 | 475% |
| RTO Soil | 30 | 525% |
| KH Soil | 34 | 608% |
| SG Soil | 49 | 921% |
| Enchanted Salon Soil | 59 | 1129% |
| Norfolk Southern-Arcadis 2-17-23 | 91.9 | 1815% |
| Brushville Supply Soil (1) | 460 | 9483% |
| Brushville Supply Soil (2) | 1900 | 39483% |

1. Norfolk Southern-Arcadis 2-17-23 is a Composite Sample at 91.9 ppt which means that (5) samples were taken and then blended together for (1) TEQ value.

2. Why is this important to understand?

Scott Smith
Twitter/X: @WaterWarriorOne
Facebook: ScottSmithH2O

2

## Mixtures of Polycyclic Aromatic Hydrocarbons ("PAH") and Dioxins

| Soil Testing | PAH TEQ (ppb) | Dioxin TEQ (ppt) |
|---|---|---|
| EM Control | 30.6 | 1.7 |
| JS | 119.7 | 5.3 |
| RT | 129.7 | 30 |
| VL | 143.6 | 5.6 |
| BD | 155.7 | 27.6 |
| RK | 291.5 | 9.1 |
| SW | 346.4 | 27.0 |
| LM | 348.6 | 10.0 |
| ZG | 398.7 | 23.0 |
| SG | 420.5 | 8.8 |
| NV | 428.6 | 7.1 |
| AG | 493.1 | 6.8 |
| SMc | 496.3 | 9.4 |
| KF | 506.5 | 10.0 |

Scott Smith
Twitter/X: @WaterWarriorOne
Facebook: ScottSmithH2O

3

## Mixtures of Polycyclic Aromatic Hydrocarbons ("PAH") and Dioxins

| Soil Testing | PAH TEQ (ppb) | Dioxin TEQ (ppt) |
|---|---|---|
| EM Control | 30.6 | 1.7 |
| KF | 506.5 | 10.0 |
| ES | 705.6 | 59.0 |
| KH May-16 | 883.5 | 27.0 |
| BSH | 1,277 | 1,900 |
| ND | 1,649 | 13.0 |
| KH Sep-25 | 2,306 | 34.0 |
| TF | 2,374 | 26.0 |
| HF | 3,928 | 6.4 |
| MF | 37,202 | 8.4 |

Scott Smith
Twitter/X: @WaterWarriorOne
Facebook: ScottSmithH2O          4

56.  Despite the ongoing smear campaign against me from the EPA and their surrogates, for the benefit of the East Palestine community, my offer to sit down with the EPA and share testing details in reciprocity in good faith per my July 27, 2023 email remains open.


I have read the foregoing 27-page declaration, and I declare under penalty of perjury that the foregoing declaration is true and correct to the best of my knowledge.

_____                                      September 23, 2024

Scott Smith                                                                              Date