PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE:  EAST PALESTINE TRAIN DERAILMENT ) ) ) ) ) ) ) | CASE NO.  4:23CV0242<br><br>JUDGE BENITA Y. PEARSON<br><br><br>**ORDER** |

Local Rule 83.1 provides, in pertinent part:

> **(d) Enforcement.**  Judicial officers, the United States Marshal and deputies, court security officers, and any other federal security force authorized by law have the authority to prohibit the use of electronic devices in the Federal Court facility for the purpose of enforcing this Rule.
> (1) Confiscation.  Authorized personnel may confiscate any cellular telephone, camera, or other recording device being used in violation of this Rule.
> (2) Dismissal.  Any violation of this Rule may result in the immediate dismissal or exclusion of the offending individual.
> (3) Arrest/Contempt of Court.  Any persons violating this Rule may be punished as criminal contempt of court and may be taken into custody, referred to the United States Attorney's Office for prosecution, and brought before a judicial officer without unnecessary delay. A violation that disrupts a judicial proceeding may be punished by summary proceedings.

Counsel shall advise their clients not to bring any cellular telephone, camera, or other recording device into the courthouse tomorrow for the Final Approval Hearing.

IT IS SO ORDERED.

| | |
|---|---|
| September 24, 2024 | */s/ Benita Y. Pearson* |
| Date | Benita Y. Pearson<br>United States District Judge |