PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: EAST PALESTINE TRAIN DERAILMENT | ) ) ) ) ) ) ) |  CASE NO. 4:23CV0242<br><br>JUDGE BENITA Y. PEARSON<br><br><br>**ORDER** |

Pending is Plaintiffs' Motion for an Order Requiring Objector Rev. Joseph Sheely to Post an Appeal Bond (ECF No. 567).[1]

Objecting Settlement Class Member Rev. Joseph Sheely shall serve and file a response to the motion on or before October 9, 2024, at 4:30 PM EDT.

IT IS SO ORDERED.

 October 8, 2024                  /s/ Benita Y. Pearson
Date                               Benita Y. Pearson
                                   United States District Judge

---

[1] On September 27, 2024, Attorney David Graham filed a Notice of Appeal (ECF No. 558) as counsel for Rev. Joseph Sheely. Today, Attorney Graham filed a Notice of Appeal (ECF No. 570) as counsel for Zsuzsa Troyan, Tamara Freeze, Sharon Lynch, and Carly Tunno.