PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: EAST PALESTINE TRAIN DERAILMENT | ) )  CASE NO. 4:23CV0242 ) ) JUDGE BENITA Y. PEARSON ) ) **ORDER** ) [Resolving ECF No. 574] |

Pending is Third-Party Defendants GATX Corporation and General American Marks Company's ("GATX") Motion for Leave to File Exhibits in Support of Motion for Summary Judgment and *Daubert* Motions Under Seal (ECF No. 574). Norfolk Southern filed a Response that states, in relevant part: "Norfolk Southern's response here concerns only information identified in the motions of OxyVinyls and GATX . . . for which Norfolk Southern seeks sealing, and, in that respect, Norfolk Southern supports both motions. Norfolk Southern takes no position on the appropriateness of GATX's confidentiality designations." ECF No. 584 at PageID #: 17587.

GATX requests that the following lease-related documents be partially filed under seal with redactions:

- GATXCORP00000353 (rider to GATX's Car Service Contract with Third-Party Defendant OxyVinyls LP ("OxyVinyls") for GATX 95098;

- GATXCORP00000349 (amendment/renewal to rider to GATX's Car Service Contract with OxyVinyls for GATX 95098);

(4:23CV0242)

- GATXCORP00045232 (amendment/renewal to rider to GATX's Car Service Contract with OxyVinyls for GATX 95098);

- GATXCORP00000362 (rider to GATX's Car Service Contract with Braskem for GPLX 75465);

- GATXCORP00000282 (amendment/renewal to rider to GATX's Car Service Contract with Braskem for GPLX 75465); and,

- GATXCORP00000355 (amendment/renewal to rider to GATX's Car Service Contract with Braskem for GPLX 75465).

In addition, GATX requests that certain deposition transcripts[1] be filed under seal with redactions regarding information designated as confidential or for redaction pursuant to Fed. R. Civ. P. 5.2 by Third-Party Plaintiffs Norfolk Southern Railway Company and Norfolk Southern Corporation ("Norfolk Southern").

For good cause shown, the motion is granted in part. GATX shall: (1) publically file a redacted version of their Motion for Summary Judgment and/or *Daubert* Motion(s) in their entirety; (2) file under seal these motions in their entirety; (3) publicly file a redacted version of GATXCORP00000353, GATXCORP00000349, GATXCORP00045232, GATXCORP00000362, GATXCORP00000282, and GATXCORP00000355 in their entirety that redacts only the financial figures; (4) file under seal these lease-related documents in their entirety; (5) publicly file a redacted version of the Deposition Transcripts of Barner, Bedell, Schnautz, Stauffer, Jordan, Faison, and Wood 30(b)(6) in their entirety and (6) file under seal

---

[1] The Depositions of Gould, Simpson, Barner, Bedell, Deutsch, Wood, Schnautz, Stauffer, Jordan, Faison, and Wood 30(b)(6). *See* ECF No. 574 at PageID #: 14776.

2

(4:23CV0242)

these Deposition Transcripts in their entirety.[2] *See* Protective Order (ECF No. 127) at PageID #: 1520-22, ¶ 7; Electronic Filing Policies and Procedures Manual at §§ 19 and 24.

    IT IS SO ORDERED.

| | |
|---|---|
|   October 9, 2024 |   */s/ Benita Y. Pearson* |
| Date | Benita Y. Pearson |
| | United States District Judge |

---

[2] The Court has excluded the Depositions of Gould, Simpson, Deutsch, and Wood because OxyVinyls will be filing those Deposition Transcripts. *See* Order (ECF No. 572).

3