PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: EAST PALESTINE TRAIN DERAILMENT ) | |
| ) | CASE NO. 4:23CV0242 |
| ) | |
| ) | JUDGE BENITA Y. PEARSON |
| ) | |
| ) | **ORDER** |
| ) | [Resolving ECF No. 649] |

Pending is Objecting Settlement Class Member Rev. Joseph Sheely's Motion for Leave to File Memorandum of Law in Excess of 15 Pages (ECF No. 649). The motion is denied for lack of good cause for the Court to accept the overlong undisciplined filing. *See* ECF No. 614-1. Should counsel need more time to conform his filing of a Corrected Memorandum of Law in Opposition to Plaintiffs' Motion for an Order Requiring Objector Rev. Joseph Sheely to Post an Appeal Bond that shall not exceed 15 pages, he should seek it.

IT IS SO ORDERED.

 October 16, 2024           */s/ Benita Y. Pearson*
Date                                                   Benita Y. Pearson
                                                                             United States District Judge