PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: EAST PALESTINE TRAIN DERAILMENT ) ) ) ) ) ) ) | CASE NO. 4:23CV0242<br><br>JUDGE BENITA Y. PEARSON<br><br><br>**ORDER** |

Pending is Plaintiffs' Motion for an Order Requiring Objector Rev. Joseph Sheely to Post an Appeal Bond (ECF No. 567).

Rev. Sheely served and filed a memorandum of law in support of his Answer to Plaintiffs' Motion (ECF No. 660) on October 16, 2024.

Plaintiffs shall serve and file a reply memorandum on or before November 4, 2024, at 4:30 PM EST. The reply shall address (1) the statement in Rev. Sheely's Declaration that "I choose not to pursue this appeal" (ECF No. 660-1 at PageID #: 46311, ¶ 13); and (2) how Plaintiffs' Motion is effected by the Notice of Appeal filed by Zsuzsa Troyan, Tamara Freeze, Sharon Lynch, and Carly Tunno (ECF No. 570).

IT IS SO ORDERED.

| | |
|---|---|
|   November 1, 2024   |   */s/ Benita Y. Pearson*   |
| Date | Benita Y. Pearson<br>United States District Judge |