PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE:  EAST PALESTINE TRAIN DERAILMENT ) ) ) ) ) ) | CASE NO.  4:23CV0242<br><br>JUDGE BENITA Y. PEARSON<br><br>**ORDER** |

The above-entitled action is scheduled for a Final Pretrial Conference on February 5, 2025 and trial by jury on March 31, 2025.  *See* Civil Trial Order ([ECF No. 392](#)).  Only the claims of Third-Party Plaintiffs Norfolk Southern Corporation and Norfolk Southern Railway Company ("Norfolk Southern") against Third-Party Defendants GATX Corporation and General American Marks Company ("GATX") and OxyVinyls LP ("OxyVinys") are at issue before the Court at this time.  *See* Third-Party Complaint ([ECF No. 119](#)) and Supplemental Pleading to Third-Party Complaint ([ECF No. 731](#)).

Only lead counsel who will present at trial and parties with full settlement authority for Norfolk Southern, GATX, and OxyVinyls must be present at the Final Pretrial.  Appearance is mandatory unless excused by the Court upon written motion.

No counsel or parties in cases that have been administratively closed, *e.g.*, Case No. 4:24CV1024, shall appear for the Final Pretrial.

IT IS SO ORDERED.

  January 29, 2025          */s/ Benita Y. Pearson*
Date                                                            Benita Y. Pearson
                                                                    United States District Judge