**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE: EAST PALESTINE TRAIN** | ) | Case No. 4:23-CV-00242-BYP |
| **DERAILMENT** | ) | JUDGE Benita Y. Pearson |

**JOINT SUPPLEMENT TO ECF NO. 757 RE:  CERAMFAB PLAINTIFFS'**
**MOTION TO RESTORE CASE TO ACTIVE DOCKET**

COMES NOW, Plaintiffs CeramFab, Inc., CeramSource, Inc., Yonggong, LLC, and WYG Refractories, LLC, (collectively "CeramFab Plaintiffs" or "Plaintiffs"), and Defendants, Norfolk Southern Railway Company and Norfolk Southern Corporation (collectively "Norfolk Southern" or "Defendant"), by and through their respective undersigned counsel and file the within Joint Supplement ECF No. 757, stating as follows:

1.      CeramFab Plaintiffs' and Norfolk Southern file this Joint Supplement to reiterate the positions outlined in Norfolk Southern's Response to CeramFab Plaintiffs' Motion to Restore Case to Active Docket (ECF. No. 748) and CeramFab Plaintiffs' Reply to Norfolk Southern's Response (ECF. No. 757) regarding their agreement on the benefits of coordination and administration of the post class settlement opt-out litigation under a single docket and judge, and also to advise the Court of further developments that have occurred since the filing of CeramFab Plaintiffs' Reply which CeramFab Plaintiffs and Norfolk Southern respectfully submit, may assist the Court in evaluating the benefits of coordination.

2.      As of the date of filing this Joint Supplement, there are 14 new cases, in addition to the CeramFab Plaintiffs' present action, now pending in this Court, all of which assert claims

against Norfolk Southern related to the February 2023 derailment and which have been assigned to eight different members of this Court.[1]

3.      The claims made in these cases have substantial factual and legal overlap among themselves as well as with the consolidated class action litigation pending at docket No. 4:23-CV-00242 pending before your Honor.[2]

4.      In order to facilitate a coordinated approach to the cases and to best serve judicial economy and efficiency, Norfolk Southern has filed in each case's docket a Motion to Reassign these cases pursuant to Local Civil Rule 3.1(B)(3) to the Honorable Judge Benita Y. Pearson.

5.      Norfolk Southern's Motions to Reassign were made after consulting with Plaintiffs' designated counsel in each action.  Only counsel in the Marsick and Perlumter cases oppose reassignment.

Respectfully submitted,

CORY WATSON, P.C.

*/s/ Jon. C. Conlin*
Jon C. Conlin

---

[1] The cases are:

4:25-cv-00165: Huff et al. v. Norfolk Southern Corp. et al. Judge Patricia A. Gaughan;
4:25-cv-00167: Wells et al. v. Norfolk Southern Corp. et al. – Judge Donald C. Nugent;
4:25-cv-00169: Kinder et al. v. Norfolk Southern Corp. et al. – Judge J. Philip Calabrese;
4:25-cv-00171: Unity Tube, Inc. v. Norfolk Southern Corp. et al. – Judge Dan Aaron Polster;
4:25-cv-00178: McKim's Honeyvine, LLC v. Norfolk Southern Corp. et al. – Judge Patricia A. Gaughan;
4:25-cv-00179: Nulfco, Inc. et al. v. Norfolk Southern Corp. et al. – Judge Donald C. Nugent;
4:25-cv-00184: New China Cafe v. Norfolk Southern Corp. et al. – Judge J. Philip Calabrese;
4:25-cv-00187: Reynolds et al. v. Norfolk Southern Corp. et al. – Judge David A. Ruiz;
4:25-cv-00188: Buck Berry Farm, LLC v. Norfolk Southern Corp. et al. – Judge Solomon Oliver;
4:25-cv-00189: The Learning Tree Child Care Center, LLC v. Norfolk Southern Corp. et al. – Judge Christopher A. Boyko;
4:25-cv-00195: Perlmuter et al. v. Norfolk Southern Railway Co. et. al. – Judge Pamela A. Barker;
4:25-cv-00196: Likovich et al. v. Norfolk Southern Railway Company et. al. – Judge Christopher A. Boyko;
4:25-cv-00224: Allstate Insurance Company, et al. v. Norfolk Southern et. al. – Judge Christopher A. Boyko; and
4:25-cv-00217: Anna Marsick v. Norfolk Southern et. al. – Judge David A. Ruiz.

[2] Each of the cases listed in fn. 1 was identified as a related case to No. 4:23-CV-00242, either when originally filed in or removed to this Court.

F. Jerome Tapley
R. Andrew Jones
Hunter Phares

2131 Magnolia Ave South
Birmingham, AL 35205
Phone: (205) 328-2200
Fax: (205) 324-7896

jconlin@corywatson.com
jtapley@corywatson.com
ajones@corywatson.com
hphares@corywatson.com

*Attorneys for Plaintiffs*

WILMER CUTLER PICKERING
   HALE AND DORR LLP
*/s/Alan Schoenfeld*
_____
ALAN SCHOENFELD*
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel.: (212) 230-8800
Fax: (212) 230-8888
alan.schoenfeld@wilmerhale.com

DAVINA PUJARI*
CHRIS RHEINHEIMER*
50 California Street, Suite 600
San Francisco, CA 94111
Tel.: (628) 235-1000
Fax: (628) 235-1011
davina.pujari@wilmerhale.com
chris.rheinheimer@wilmerhale.com

ALBINAS PRIZGINTAS*
2100 Pennsylvania Avenue NW
Washington, DC 20036
Tel.: (202) 663-6000
Fax: (202) 663-6363
albinas.prizgintas@wilmerhale.com

DICKIE, MCCAMEY &
   CHILCOTE, P.C.

J. LAWSON JOHNSTON
SCOTT D. CLEMENTS, Ohio Bar No. 96529
AARON PONZO*
PAUL ROMAN*
Four Gateway Center
444 Liberty Avenue, Suite 1000
Pittsburgh, PA 15222
Tel.: (412) 281-7272
Fax: (412) 888-811-7144
ljohnston@dmclaw.com
sclemenets@dmclaw.com
aponzo@dmclaw.com
proman@dmclaw.com

*\*Pro hac vice*

*Counsel for Defendants,*
*Norfolk Southern Corporation and Norfolk Southern*
*Railway Company*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was electronically filed with this Court's

CM/ECF on this 11th day of March 2025 and was thus served electronically upon all counsel of record.

/s/ Jon C. Conlin