PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: EAST PALESTINE TRAIN DERAILMENT ) ) ) ) ) ) ) | CASE NO. 4:23CV0242 <br><br> JUDGE BENITA Y. PEARSON <br><br><br><br> **ORDER** |

The above-captioned action is hereby referred to the Honorable Carmen E. Henderson, United States Magistrate Judge, pursuant to 28 U.S.C. § 636 and Local Rules 72.1 and 72.2(a), for resolution of the parties' disputes regarding the use of depositions of out-of-jurisdiction witnesses or remote live testimony of those witnesses.  *See* ECF Nos. 788, 790, 801, and 802.

IT IS SO ORDERED.

| | |
|---|---|
|   March 14, 2025   <br> Date |   */s/ Benita Y. Pearson*   <br> Benita Y. Pearson <br> United States District Judge |