PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE:  EAST PALESTINE TRAIN DERAILMENT | CASE NO.  4:23CV0242 <br><br> JUDGE BENITA Y. PEARSON <br><br><br> **ORDER** |

Pending is the Motion of Appellants Joseph Sheely, Zsuzsa Troyan, Tamara Freeze, Sharon Lynch, and Carly Tunno to Extend Time for Appeal of January 16, 2025 Order Setting Appeal Bond (ECF No. 876).

Plaintiffs shall serve and file a memorandum in opposition to the motion on or before March 26, 2025, at 4:30 p.m. EDT.

Appellants shall serve and file a reply memorandum on or before March 28, 2025, at 12:00 p.m. Noon EDT.

IT IS SO ORDERED.

  March 24, 2025            */s/ Benita Y. Pearson*
Date                          Benita Y. Pearson
                              United States District Judge