PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: EAST PALESTINE TRAIN DERAILMENT ) ) ) ) ) ) ) | CASE NO. 4:23CV0242<br><br>JUDGE BENITA Y. PEARSON<br><br>**ORDER**<br>[Resolving ECF No. 888] |

Pending is Attorney Jonathan Knight's Motion for Leave of Court to Withdraw as Counsel (ECF No. 888).

For good cause shown, the motion is granted. Jonathan Knight is allowed to withdraw from further representation of Defendants and Third-Party Plaintiffs Norfolk Southern Corporation and Norfolk Southern Railway Company ("Norfolk Southern") in the above-captioned case because Howard M. Shapiro, Alan Schoenfeld, Albinas Prizgintas, Brittany Amadi, Jonathan E. Paikin, Michaela P. Sewall, Katherine V. Mackey, J. Lawson Johnston, and Scott D. Clements will remain as counsel for Norfolk Southern.

IT IS SO ORDERED.

| | |
|---|---|
| March 27, 2025 | */s/ Benita Y. Pearson* |
| Date | Benita Y. Pearson<br>United States District Judge |