- Can you please explain the verdict form again?