PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| NORFOLK SOUTHERN CORPORATION, *et al.*, | ) ) ) | CASE NO. 4:23CV0242 |
| Plaintiff, | ) ) | |
| | ) | JUDGE BENITA Y. PEARSON |
| v. | ) ) | |
| GATX CORPORATION, | ) ) | |
| Defendant. | ) | **JUDGMENT ENTRY** |

This action came on for trial before the Court and a jury, and the issues having been duly tried and the jury having duly rendered its Verdict,

It is Ordered and Adjudged that Third-Party Plaintiffs Norfolk Southern Corporation and Norfolk Southern Railway Company ("Norfolk Southern") recover nothing against Third-Party Defendant GATX Corporation ("GATX"); that judgment is entered in favor of GATX on Count Three (Negligence) and Count Four (Ohio Joint & Several Liability and Contribution, which the Court previously dismissed without prejudice) of Norfolk Southern's Third-Party Complaint (ECF No. 119) and Supplemented Count Four (Ohio Joint & Several Liability and Contribution) of Norfolk Southern's Supplemental Pleading to Third-Party Complaint (ECF No. 731).

(4:23CV0242)

      It is Further Ordered and Adjudged that this Judgment Entry constitutes entry of judgment pursuant to Fed. R. Civ. P. 58.

| | |
|---|---|
|    April 24, 2025    |  */s/ Benita Y. Pearson*      |
| Date | Benita Y. Pearson |
| | United States District Judge |