**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 4:23-CV-00242-BYP |
| EAST PALESTINE TRAIN DERAILMENT | JUDGE BENITA Y. PEARSON |

### MORGAN & MORGAN, P.A. & CO-LEAD COUNSEL T. MICHAEL MORGAN'S MOTION TO DOCKET PREVIOUSLY RESTRICTED TRANSCRIPT ON FILE WITH THE COURT

For the reasons set forth in the attached Memorandum in Support, Co-Lead Counsel T. Michael Morgan and the law firm of Morgan & Morgan, P.A. respectively move this Honorable Court to issue an order directing the Clerk to docket the previously restricted transcript from November 1, 2024, teleconference.

Dated: June 13, 2025

Respectfully submitted,

*/s/ T. Michael Morgan, Esq.\**
**T. MICHAEL MORGAN, ESQ.\***
**MORGAN & MORGAN, P.A**.
Florida Bar No.: 062229
20 North Orange Ave., Suite 1600
Orlando, FL 32801
Phone: 407-420-1414
Fax: 407-245-3389
Email: mmorgan@forthepeople.com
Secondary Email:
akelseyflowers@forthepeople.com

JOSHUA M. AUTRY, ESQ.\*
**MORGAN & MORGAN, P.A**.
Kentucky Bar No.: 40507
333 W. Vine Street, Suite 1200
Lexington, KY 20507
Phone: 859-899-8785
Fax: 859-899-8806
Email: jautry@forthepeople.com

*\*Pro Hac Vice*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2025, a copy of this filing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties and counsel of record indicated on the electronic filing receipt. Parties and counsel of record may access this filing through the Court's system.

*/s/ T. Michael Morgan, Esq.*  
T. Michael Morgan, Esq.
