PEARSON, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE:  EAST PALESTINE TRAIN DERAILMENT | ) ) ) ) ) ) ) | CASE NO.  4:23CV0242 |
| | | JUDGE BENITA Y. PEARSON |
| | | **ORDER** |
| | | [Resolving ECF No. 987] |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| STATE FARM FIRE & CASUALTY COMPANY, | ) ) ) | CASE NO.  4:24CV0587 |
| Plaintiff, | ) ) | |
| v. | ) ) | JUDGE BENITA Y. PEARSON |
| NORFOLK SOUTHERN RAILWAY COMPANY, *et al.*, | ) ) ) | |
| Defendants. | ) | **ORDER** |

Pending is Plaintiff State Farm Fire & Casualty Company ("State Farm") and Defendants Norfolk Southern Railway Company and Norfolk Southern Corporation's ("Norfolk Southern") Joint Motion to Sever and Reopen Case No. 4:24CV0587 (ECF No. 987).

On February 22, 2024, State Farm filed a subrogation action against Norfolk Southern in the Columbiana County, Ohio Court of Common Pleas, being Case No. 2024 CV 00068.  On March 29, 2024, Norfolk Southern removed the case to this Court on the basis of diversity jurisdiction and it was docketed as Case No. 4:24CV0587.

On April 9, 2024, Case No. 4:24CV0587, a related action, was consolidated into Case No. 4:23CV0242 for pretrial purposes pursuant to Fed. R. Civ. P. 42.  Case No. 4:24CV0587 was administratively closed.  *See* Order (ECF No. 7 in Case No. 4:24CV0587).

State Farm and Norfolk Southern have resolved the claims that are the subject of Case No. 4:24CV0587 and wish to file a Stipulation on the docket dismissing State Farm's claims, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).[1]

For good cause shown, the Joint Motion to Sever and Reopen Case No. 4:24CV0587 (ECF No. 987) is granted.  Case No. 4:24CV0587 is reinstated to the Court's active docket.

The Clerk of Court shall docket the within Order in Case Nos. 4:23CV242 and 4:24CV0587.  Thereafter, all pleadings and other papers for the subrogation action brought by State Farm shall only be filed in and docket entries shall only be made in Case No. 4:24CV0587.

IT IS SO ORDERED.

    July 9, 2025                           */s/ Benita Y. Pearson*
Date                                      Benita Y. Pearson
                                         United States District Judge

---

[1] *See also* Status Report (ECF No. 978 in Case No. 4:23CV0242) at PageID #: 68820.