# EXHIBIT 1

Adams, Barbara
Adkins, Eric
Baker, Ian
Baker, Karen
Baker, Larry
Barnhouse, Samuel
Brown, Chad
Brown, Jessica
Bruno, Richard J.
Buhecker, Bryon
Bussard, Cindy
Call, Walter
Capots, Erin
Carter, Jeremy
Cheng, Luis
Cope, Alan Dean
Devine, Daryl
Dewalt, Julie
Dickey, Riley (minor)
Dickey, Sara
Dickey, Tyler
Druckenbrod, Austin
Dyke, Kathy Jo
Dyke, Richard
Fegert, Lauren
Felger, Lance
Flaherty, Michael (Deceased)
Fogel, Bruce
Forward, Brian
Forward, Joshua
Fosnaught, Amber
Foster, Amy Jo
Foster, Anthony Gene
Foster, Brandi
Foster, Cecilia Rose
Foster, Sophia Marie
Foster, Travis
Freeze, Tamara Lynn
Frost, Mary
Gaul, Jacob
Gaul, Mandy
Gilbert, Sandra

Grauso, Ana Isabel
Grauso, Samuel
Greathouse, Jesse
Green, Marcie
Groscost, Kendra
Guesman, Clara
Haines, Elijah
Haines, Violet
Haines, Zoey
Harmon, Andrew
Hicks, Bobby
Hicks, Ciera
Hicks, Gage
Hicks, Michael
Hicks, Tara
Hill, Allen
Hobrat, Michael
Hobrat, Noelle
Houlette, Greg
Hugar, William(Smiley)
Hutchison, Katherine
Jaskola, Analynn
Jaskola, Faith
Jaskola, Nicholas
Johnson, Kenneth W.
Kemmer (Mazzetti), Amanda
Kemmer, Brad
Kiehl, Candy
Kiehl, Lenny L.
Kirby, Landon
Kirby, Lanna
Kosar, Bernie (Sr.)
Kosar, Beth
Kyker, Dana
Lattanzio, Terri
Lewis, Thomas
Liposky, Robert
Lockard, Steven
Lockard, Steven Jr.
Lockard, Vonnettia
Macias, Angela
Macolino, Chelsea

Manley, Dennis
Martin, Michael
Matheney, Venita
May, Curtis
McNee, Edward
Miller, Faith
Miller, Kurt
Miller, Melissa
Munyon, Arthur (wrongful death)
Munyon, Brenda
Murphy, Linda
Murphy, Morgan
Murphy, Russell
Musulin, Michael
Nalesnik, Breana
Pirtz, Nathan
Posey, Lori
Quimby, David
Quimby, Lauren
Quimby, Teresa
Rinehart, Stacey
Roberts, Arabella (minor)
Rynd, Robert
Rynd, Shirley
Siceloff, Edward
Smith, Chester
Stanley, Deborah
Stiles, Mark
Stiles, Ruby
Stockunas, Stacey
Torres, Genaro
Torres, Rachel
Torres, Rebecca
Trimble, Cynthia
Trosky, Braydon
Trosky, Brooklyn
Trosky, Jason
Ungaro, Frank
Ungaro, Patrick
Ungaro,Linda
Vanni, Darla
Vanni, Eric

Veitz, Christopher
Veitz, Lillian
Veitz, Lindy
Veitz, Logan
Veitz, Tanner
Wagoner, Brandi
Waite, Julie
Waite, Russel
Walton, Deb
Walton, Scott
Ward, James Thomas
Ward, Maverick James
Ward, Sophia Meryl
Ward, Vida Resurrection
Weaver, Richard
Williams, Cheryl
Wise, Emma
Wise, Roni