# EXHIBIT 1

Shelby Wallace
Estate of Joseph Donald Olson
Christopher Raley
Cole Raley
Elias Raley
Shawna Glass
Austin Ochsenhirt
Nathan Denes
Zayne Denes
Airyonna Denes
Chad Davidson
Samantha Davidson
Dorothy Reynolds
Jason Reynolds
Taylor Reynolds Weigel
Owen Weigel
Jack Reynolds
Nicholas Reynolds
Chris Reed
Monica Sosa
Megan Fogel
Neko Figley
Caine Kemmer
Chloe Kemmer
John Carr
Kristy Munyon
Ketterer, Alissa
Ketterer, Lori
Ketterer, Thomas
Justin Javens
Sue Jamery
Tina Wild
Patricia Micco
Richard Mull
Nicholaus Kuzemchak
Sophia Kuzemchak
Kaitlyn Kuzemchak
Lindsay Kuzemchak
Mia Kuzemchak
Megan Vogel
Tom Young
Lynn Young
Sherri Perkins
Miranda Perkins

Jonathan Perkins
Williams Loggins
Tiffany Loggins
Talesha Hood
Rhonda Simmons
Paul Simmons
Iris Mattern
Ethan Mahon