UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: EAST PALESTINE TRAIN DERAILMENT | : : : : | Case No. 4:23-cv-0242<br><br>Judge Benita Y. Pearson |

**CLASS COUNSEL'S MOTION FOR AN EXTENSION OF TIME TO FILE RESPONSE TO SEPTEMBER 25, 2025, MOTION FOR RELIEF FROM JUDGMENT AND ENLARGEMENT OF PAGE LIMIT FOR RESPONSES TO SEPTEMBER 25, 2025, AND SEPTEMBER 29, 2025, MOTIONS FOR RELIEF FROM JUDGMENT**

Class Counsel hereby respectfully request a one-day extension of time within which to file their Response to Movants' September 25, 2025, Motion for Relief from Judgment pursuant to Rule 60(b)(3), 60(b)(6) and 60(d)(3). (ECF 993). Class Counsel's response is currently due on October 9, 2025. Class Counsel respectfully request until October 10, 2025, to file their response. Class Counsel seek this extension based on previously-scheduled travel commitments that conflict with the current filing deadline. Given the length of the memorandum[1] filed by Movants and prior scheduling commitments of Class Counsel, they respectfully request a one-day extension of time.

Pursuant to Local Rule 7.1(f) and paragraph 22 of this Court's Case Management Conference Order and Case Management Plan (ECF 98), Class Counsel also respectfully request an enlargement of the page limit for their response briefs to both the September 25, 2025, Motion for Relief from Judgment and the September 29, 2025, Motion for Relief from Judgment.[2] Class Counsel request an increased page limit from 15 pages to 30 pages, excluding any declarations

---

[1] Movants failed to abide by the 15-page limit set forth in Local Rule 7.1 for non-dispositive motions with both filings.

[2] Both Motions for Relief from Judgment are filed by the same counsel on behalf of different movant class members. (ECF No. 993-2 and 994-2). The memoranda accompanying both Motions are not identical, though they raise similar issues and request the same relief.

and/or exhibits, for each response brief. Good cause for the requested relief exists. The 29-page memorandum to Movants' September 25, 2025, Motion and the 30-page memorandum to Movants' September 29, 2025, Motion raise several issues related to the class action settlement and fairness hearing that need to be thoroughly addressed by Class Counsel, and such issues cannot adequately be addressed within the confines of 15 pages, absent a significant factual discussion.

Wherefore, Class Counsel respectfully request this Honorable Court enter an Order granting their motion, extending the response deadline to the September 25, 2025, Motion for Relief from Judgement one-day to October 10, 2025, and enlarging the page limit for Class Counsel's response briefs to both the September 25, 2025, Motion for Relief from Judgment and the September 29, 2025, Motion for Relief from Judgment to 30 pages, excluding any declarations and/or exhibits.

Respectfully submitted,

*/s/ M. Elizabeth Graham*
M. Elizabeth Graham (pro hac vice)
GRANT & EISENHOFFER, P.A.
123 S. Justison Street, 6th Floor
Wilmington, DE 19801
302-622-7000
egraham@gelaw.com

Seth A. Katz (pro hac vice)
BURG SIMPSON ELDREDGE HERSH &
JARDINE, P.C.
40 Inverness Drive East
Englewood, CO 80112
303-792-5595
skatz@burgsimpson.com

        Jayne Conroy (pro hac vice)
        SIMMONS HANLY CONROY
        112 Madison Avenue, 7th Floor
        New York, NY 10016
        212-784-6400
        jconroy@simmonsfirm.com

*Plaintiffs' Class Counsel*

## CERTIFICATE OF SERVICE

      I hereby certify that on September 30, 2025, a copy of foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

      / s/ *M. Elizabeth Graham*
      M. Elizabeth Graham