# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: EAST PALESTINE TRAIN DERAILMENT** | Case No. 4:23-CV-00242-BYP<br><br>Hon. Benita Y. Pearson |

## MOTION FOR LEAVE OF COURT TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.9, having provided written notice to Defendants/Third-Party Defendants GATX Corporation and General American Marks Company, and providing notice to all other parties with this filing, Abigail Ulcej hereby moves the Court for leave to withdraw as counsel for Defendants GATX Corporation and General American Marks Company (together, "GATX") in the above-captioned action.

\*     \*     \*     \*     \*

DATED:  October 1, 2025                    Respectfully submitted,

                /s/ *Abigail Ulcej*
                Joseph A. Castrodale (OH: 0018494)
                Meggan A. Louden (OH: 0074215)
                BENESCH, FRIEDLANDER, COPLAN &
                ARONOFF LLP
                127 Public Square, Suite 4900
                Cleveland, Ohio 44114
                Tel.: (216) 363-4500
                Fax: (216) 363-4588
                jcastrodale@beneschlaw.com
                mlouden@beneschlaw.com

                Hariklia ("Carrie") Karis (IL: 6229535)
                Robert B. Ellis (IL: 6206846)
                Jonathan O. Emmanuel (IL: 6329645)
                Aaron Stevenson (IL: 6327647)
                KIRKLAND & ELLIS LLP
                333 West Wolf Point Plaza
                Chicago, Illinois 60654
                Tel.: (312) 862-2000
                Fax: (312) 862-2200
                hkaris@kirkland.com
                rellis@kirkland.com
                jon.emmanuel@kirkland.com
                aaron.stevenson@kirkland.com

                *Counsel for GATX Corporation and*
                *General American Marks Company*

## CERTIFICATE OF SERVICE

    I hereby certify that, on October 1, 2025, a copy of the foregoing was served on all parties of record via the Court's CM/ECF system, which will provide electronic notice to all counsel of record.

                                                 /s/ *Abigail Ulcej*
                                                 Abigail Ulcej