PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE:  EAST PALESTINE TRAIN DERAILMENT | ) ) ) ) ) ) ) CASE NO.  4:23CV0242<br><br>JUDGE BENITA Y. PEARSON<br><br>**ORDER**<br>[Resolving ECF No. 996] |

Pending is Attorney Abigail Ulcej's Motion for Leave of Court to Withdraw as Counsel (ECF No. 996).

For good cause shown, the motion is granted.  Abigail Ulcej is allowed to withdraw from further representation of Defendants/Third-Party Defendants GATX Corporation ("GATX") and General American Marks Company ("General American") in the above-captioned case because Hariklia ("Carrie") Karis, Robert B. Ellis, Lauren F. Biksacky, Patrick J. Castle, Steven J. Lindsay, Jonathan O. Emmanuel, Aaron Stevenson, Joseph A. Castrodale, and Meggan A. Louden, will remain as counsel for GATX and General American.

IT IS SO ORDERED.

  October 1, 2025           */s/ Benita Y. Pearson*
Date                                           Benita Y. Pearson
                                                     United States District Judge