PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: EAST PALESTINE TRAIN DERAILMENT ) ) ) ) ) ) ) | CASE NO. 4:23CV0242<br><br>JUDGE BENITA Y. PEARSON<br><br>**ORDER**<br>[Resolving ECF No. 995] |

Pending is Class Counsel's Motion for (1) an Extension of Time to File Response to September 25, 2025 Motion for Relief From Judgment and (2) Enlargement of Page Limit for Responses to September 25, 2025 and September 29, 2025 Motions for Relief From Judgment (ECF No. 995). Class counsel seek (1) a one-day extension of time to file their Response and (2) a 15-page enlargement of the page limit for each Response to the two separate Rule 60 motions filed on behalf of class members who opted in for the voluntary exposure personal injury supplement. *See* ECF Nos. 993 and 994.[1]

Defendants Norfolk Southern Corporation and Norfolk Southern Railway Company ("Norfolk Southern") consent to the relief sought by Class Counsel and requests that, if the Court grants ECF No. 995, it provide the same relief to Norfolk Southern. *See* Response (ECF No. 998). The Court has been advised, having reviewed the record, the motion, and the applicable law.

---

[1] According to Class Counsel, "[b]oth Motions for Relief from Judgment are filed by the same counsel on behalf of different movant class members. (ECF No. 993-2 and 994-2). The memoranda accompanying both Motions are not identical, though they raise similar issues and request the same relief." ECF No. 995 at PageID #: 69069, n. 2.

For good cause shown, ECF No. 995 and Norfolk Southern's request are granted.

On or before October 10, 2025, Class Counsel and Norfolk Southern shall file their Responses to the September 25, 2025 Motion for Relief From Judgment.

Class Counsel and Norfolk Southern are granted leave to file Responses to the Rule 60 motions that shall each not exceed 30 pages (15 pages over the LR 7.1(f) limit), excluding any declarations and/or exhibits.  Because the Court is allowing the filing of four separate Responses, the Court cautions Class Counsel and counsel for Norfolk Southern to (1) avoid redundancy in their briefing and (2) eschew the Responses being the product of an unrestrained scribe and not focused in a way most helpful to the Court.

All printed matter (including footnotes) must appear in at least 12 point type on pages not exceeding 8 1/2 by 11 inches and type matter not exceeding 6 1/2 by 9 1/2 inches.  Lines of typewritten text shall be double spaced.

IT IS SO ORDERED.

   October 2, 2025                                                                 */s/ Benita Y. Pearson*  
Date                                                                              Benita Y. Pearson  
                                                                                 United States District Judge