# EXHIBIT 3

**From:** Russ Abney <russ@wattsllp.com>

**Date:** Friday, July 26, 2024 at 1:38 PM

**To:** Lesley Comissiong <lcomissiong@perfectedclaims.com>, Douglas Boxer <doug@box

**Subject:** FW: EP - medical FAQ's

Fyi – don't distribute before the town hall please.

---

**From:** Stephanie Wolf <stephanie@rebuttalpr.com>

**Date:** Friday, July 26, 2024 at 1:35 PM

**To:** Elizabeth Graham <egraham@gelaw.com>

**Cc:** Seth Katz <skatz@burgsimpson.com>, Adam J. Gomez <AGomez@gelaw.com>, Arch.
<russ@wattsllp.com>, Rebuttal-NorfolkSouthern <norfolksouthern@rebuttalpr.com>

**Subject:** Re: EP - medical FAQ's

Hi Dr. Carson,.

Linked below is the edited version of the video we recorded last week. With your ap
virtual town hall meeting we're holding on Thursday, August 1.