# Exhibit 1-E

| | |
|---|---|
| **From:** | Fenwick, Scott |
| **To:** | "Adam J. Gomez" |
| **Cc:** | "Elizabeth Graham"; "Seth Katz"; Rapazzini, Mark; Ferrante, Angela |
| **Subject:** | RE: East Palestine - Payment review |
| **Attachments:** | East Palestine Kroll Sample Calculated Awards 04172024.xlsx |
| | East Palestine Counsel Allocation Plan and Point System (Updated 4.17.24).docx |

Thanks for the follow up Adam. I sent yesterday, but apparently did not go through. I am attaching the Allocation Point System document, along with our version of how the Business, Personal Injury and Lump Sum awards could be calculated/allocated. As we discussed, this was seemingly right in line with your assessment you shared. Let me know if we need to discuss further at some point.

Scott

---

**Scott Fenwick**
Senior Director
T +1 215 430 6036 | M +1 612 282 9793

-----Original Appointment-----
**From:** Fenwick, Scott
**Sent:** Tuesday, April 16, 2024 5:45 PM
**To:** Fenwick, Scott; Adam J. Gomez
**Cc:** Elizabeth Graham; Seth Katz
**Subject:** East Palestine - Payment review
**When:** Wednesday, April 17, 2024 10:00 AM-10:30 AM (UTC-06:00) Central Time (US & Canada).
**Where:** Microsoft Teams Meeting

Adam

Let me know if this does not work.

_____

# Microsoft Teams Need help?

## Join the meeting now

Meeting ID: 259 041 108 030

Passcode: 2VSpFY

---

### Dial-in by phone

+1 413-206-7329,,780001935# United States, Chicopee

Find a local number

Phone conference ID: 780 001 935#

### Join on a video conferencing device

Tenant key: duffandphelps@m.webex.com

Video ID: 117 880 637 7

1

More info

For organizers: Meeting options | Reset dial-in PIN

_____

| | |
|---|---|
| Represent input numbers | |
| Represent calculated numbers | |

| | |
|---|---|
| Settlement Fund | $600,000,000.00 |
| Class Counsel Fees | ($162,000,000.00) |
| Class Counsel costs | ($1,000,000.00) |
| Class Rep Service Awards | ($240,000.00) |
| Administration Expenses | ($15,000,000.00) |
| Net Settlement Fund | $421,760,000.00 |
| | |
| Estimated Business payments | $25,000,000.00 |
| Estimated Personal Injury payments | $129,000,000.00 |
| | |
| Available for Direct Payments | $267,760,000.00 |
| Average payment/Direct pmt claim | $2,490.79 |

$500 at ten miles
$250 from 10-20 miles

| Type | Class Members | Claims Rate | Claims |
|---|---|---|---|
| Residents | 215,000 | 50.00% | 107,500 |
| Businesses | 20,000 | 25.00% | 5,000 |

| Potential average Business claim awards | | |
|---|---|---|
| Average award per claim | Estimated Award amount | |
| $5,000.00 | $25,000,000 | Looking at this as the estimated bucket of funds for Business Claims |

| Personal Injury (PI) Claims | | | |
|---|---|---|---|
| Claims rate | 90.00% | | |
| PI Claims/residence | 2.5 | Represents 2.5 people/household | |
| | | | |
| Distance from Derailment | Households/distance | Estimated Award | Estimated PI Claims |
| 0-2 Miles | 2,500 | $10,000.00 | $59,375,000.00 |
| 2-5 Miles | 3,000 | $5,000.00 | $35,625,000.00 |
| 5-10 Miles | 16,000 | $1,000.00 | $34,000,000.00 |
| | | Total | $129,000,000.00 |

Looking at this as the estimated bucket of funds for PI claims

Private area for people to call an attorney regarding PI claims
Class Members can then call a lawyer directly

**Direct Payment Factors**

- Distance to Derailment Site
    - 1 Mile Increments
- Direction from Derailment Site
    - SW Reduced (due to wind patterns)
- Household Composition
    - Number of Adults
    - Number of Children
    - Number of Persons Over 65
- Acreage (zone acreage by distance from derailment site)
    - < 2 Acres
    - 2-5 Acres
    - >5 Acres
- Multiple Properties w/in Class Zone (need to analyze and de-dup on the backend)
    - Within 5
    - Within 10
    - Within 20
- Original Evacuation Zone
- Time Displaced (Subject to change based on word on the street)
    - <5 Days
    - 5-30 Days
    - > 30 Days
- Permanent Relocation/Property Sale
- Real or Personal Property Damage (Within the immediate vicinity – East Palestine proper)
    - Independently Confirmed Contamination (Water or Soil)
    - Smoke/Fire/Water (Including from Remediation)
- Time Missed from Work
    - <5 Days
    - 5-30 Days
    - > 30 Days
- Average Daily Salary/Wage (Some may have lost their job entirely – potential cap)

**Personal Injury Payment Factors (Similar point system as well)**

- Distance to Derailment Site
- Symptomatic
- Duration of Symptoms
    - <30 Days
    - 30 – 90 Days
    - > 90 Days
- Seeking Medical Treatment
    - <2 Visits
    - 2-5 Visits
    - >5 Visits

4

- Formal Diagnosis by Medical Provider
    - Potential Enhancement for Dx of "Severe" Injuries Depending on What Injuries We See
        - Example – Chemical Bronchitis; COPD.

**<u>For all categories, Extraordinary Injury upon submission of proof will be considered. For example, loss of employment as a documented result of displacement; complete shutdown of a business etc.</u>**

5