# Exhibit 2-B

**From:** Rapazzini, Mark <Mark.Rapazzini@kroll.com>
**Sent:** Monday, July 22, 2024 5:56 PM
**To:** Elizabeth Graham <egraham@gelaw.com>; Fenwick, Scott <Scott.Fenwick@kroll.com>
**Cc:** Adam J. Gomez <AGomez@gelaw.com>; Seth Katz <SKatz@burgsimpson.com>; Ferrante, Angela <Angela.Ferrante@Kroll.com>
**Subject:** RE: EP

Beth,

We will make every effort to be open this coming Saturday and Saturdays going forward.  Scott returns tomorrow, I'll confirm with him, and get back to you.

Mark

**Mark Rapazzini**
Senior Director, Kroll Settlement Administration

T +1 408 656-0808

**From:** Elizabeth Graham <egraham@gelaw.com>
**Sent:** Monday, July 22, 2024 3:00 PM
**To:** Rapazzini, Mark <Mark.Rapazzini@kroll.com>; Fenwick, Scott <Scott.Fenwick@kroll.com>
**Cc:** Adam J. Gomez <AGomez@gelaw.com>; Seth Katz <SKatz@burgsimpson.com>
**Subject:** [EXTERNAL] Fwd: EP

See below. We agree with the defendants that we should have a claim center open at least one day on the weekends starting ASAP. Can we have a call to discuss?

The low take rate on PI is putting the settlement in jeopardy. We agree weekend hours will help.

M. Elizabeth ("Beth") Graham
Partner

Grant & Eisenhofer, P.A.
2325 Third Street
Suite 329
San Francisco, CA 94107

1

123 S. Justison Street
Wilmington, DE 19801

CA Direct: 415.293.8210
DE Direct: 302.622.7099
Mobile: 415.710.7973
egraham@gelaw.com
www.gelaw.com<http://www.gelaw.com>

Begin forwarded message:

From: "Schoenfeld, Alan E" <Alan.Schoenfeld@wilmerhale.com>
Date: July 22, 2024 at 4:27:48 PM CDT
To: Elizabeth Graham <egraham@gelaw.com>
Cc: "Prizgintas, Albinas" <Albinas.Prizgintas@wilmerhale.com>
Subject: EP


Beth,

Two more things coming out of the KRC interviews.

1. A number of folks mentioned that the hours at the settlement center were inconvenient because they work all day, and there are no weekend options. We know there's one day available for evenings (Wednesday, to 7:00 p.m.). But what do you think about having the claims center open on Saturday and/or Sunday, and making press statement about it — expanding the hours to further accommodate working people with a month left before the claims deadline?

2. A number of folks mentioned confusion or uncertainty about whether (and if so, where) they fall within the relevant radiuses for payouts. We know you're doing a mockup of a new landing page for the website. What about this on the landing page?


* A graphic map with concentric circles that helps classmembers see where they fall within the relevant compensation spectrum
* And/or a search function that allows visitors to type in their address to find out about their eligibility

There's currently an FAQ on this, with a link to eligible addresses, but it's a little buried, and the link doesn't seem to work anymore.


Alan E. Schoenfeld | WilmerHale
7 World Trade Center
250 Greenwich Street

2

New York, NY 10007 USA
+1 212 937 7294 (o)
+1 347 416 2620 (m)
+1 212 230 8888 (f)
[alan.schoenfeld@wilmerhale.com<mailto:alan.schoenfeld@wilmerhale.com](mailto:alan.schoenfeld@wilmerhale.com)>

Please consider the environment before printing this email.
_____

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to [postmaster@wilmerhale.com<mailto:postmaster@wilmerhale.com>—and](mailto:postmaster@wilmerhale.com) destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at [http://www.wilmerhale.com](http://www.wilmerhale.com)<[https://url.us.m.mimecastprotect.com/s/PbWtC73n97iW7wrqC8fEtoNcK8/](https://url.us.m.mimecastprotect.com/s/PbWtC73n97iW7wrqC8fEtoNcK8/)>.

This email is confidential and subject to important disclaimers and conditions, including those regarding confidentiality, legal privilege and certain legal entity disclaimers, available at [https://www.kroll.com/disclosure](https://www.kroll.com/disclosure). Our Privacy Policy is available at [https://www.kroll.com/en/privacy-policy](https://www.kroll.com/en/privacy-policy).