# Exhibit 2-C

## MESSAGE FROM COURT-APPOINTED COUNSEL

### YOU MAY BE ENTITLED TO SUBSTANTIAL CASH PAYMENTS

*Maximizing Your Train Derailment Settlement Cash Payout*

Substantial cash payouts are available to eligible Settlement Class Members through the East Palestine Train Derailment Settlement.

Money is available for individual Personal Injury Payments *in addition to* household Direct Payments.

### DEADLINE TO ACT IS AUGUST 22, 2024

### AVERAGE, POTENTIAL PAYMENTS FOR EAST PALESTINE RESIDENTS

✓ Each eligible East Palestine resident could receive a **$25,000** Personal Injury Payment.

✓ For a family of five within East Palestine, for example, that means a total of $125,000, on top of any Direct Payment.

**$125,000** + **$70,000** = **$195,000**

**PERSONAL INJURY PAYMENT**
For a family of five, receiving $25,000 per person

**DIRECT PAYMENT**
Average, potential payment per household

**TOTAL**

*Based upon claim filings as of right now, it appears early preliminary estimates have proven to be conservative, and a greater per person Personal Injury Payment will be available.*

### HOW TO ACCESS YOUR FULL CASH PAYMENT

✓ Submit a Claim for Personal Injury and Individual Personal Injury Release.

✗ You do **NOT** need a lawyer.

✗ You do **NOT** need to have suffered a physical injury.

### HELP IS AVAILABLE FOR YOU

**East Palestine Settlement Center**
191 E Rebecca Street
East Palestine, OH 44413

*Now Open Saturdays*

Monday, Tuesday & Thursday: 8:30 AM - 5:00 PM ET

Wednesday: 10:30 AM - 7:00 PM ET

Friday: 8:30 AM - 12:00 PM ET

Saturday: 8:30 AM - 2:30 PM ET

 1-833-425-3400    info@eastpalestinetrainsettlement.com    eastpalestinetrainsettlement.com