# Exhibit 2-E

**From:** Ferrante, Angela
**Sent:** Wednesday, June 11, 2025 10:21 AM
**To:** Elizabeth Graham <egraham@gelaw.com>
**Cc:** Ferruzzi, Paul <Paul.Ferruzzi@kroll.com>; Adam J. Gomez <AGomez@gelaw.com>; Jayne Conroy <jconroy@simmonsfirm.com>; Seth Katz <skatz@burgsimpson.com>; Jo Anna Pollock <jpollock@simmonsfirm.com>; Rapazzini, Mark <Mark.Rapazzini@kroll.com>; Burkholder, Randall <Randall.Burkholder@kroll.com>; Fenwick, Scott <Scott.Fenwick@kroll.com>
**Subject:** RE: East Palestine Matter

Beth,

Further to the below, I wanted to let you know we will not have the data for you today, but we will be providing it on Friday (the 13th) as initially projected.

_____

**Angela Ferrante**

Managing Director, Chief Operating Officer of Settlement Administration

T +1 212 833 3400

**From:** Ferrante, Angela
**Sent:** Monday, June 9, 2025 2:06 PM
**To:** Elizabeth Graham <egraham@gelaw.com>
**Cc:** Ferruzzi, Paul <Paul.Ferruzzi@kroll.com>; Adam J. Gomez <AGomez@gelaw.com>; Jayne Conroy <jconroy@simmonsfirm.com>; Seth Katz <skatz@burgsimpson.com>; Jo Anna Pollock <jpollock@simmonsfirm.com>; Rapazzini, Mark <Mark.Rapazzini@kroll.com>; Burkholder, Randall <Randall.Burkholder@kroll.com>; Fenwick, Scott <Scott.Fenwick@kroll.com>
**Subject:** RE: East Palestine Matter

Beth,

Further to the emails below, we wanted to give you an update on where we stand.  We have taken various steps to provide the information you requested and are getting close to being done.  We still need to finalize a close review of claims that have anomalies that require further review.  We are also in the process of calculating the rest

simultaneously.  We then need to QA all of that information.  Accordingly, while we are still hoping to deliver the information by the 11th, it will likely be closer to the 13th as we initially projected.  Of course, we will continue to push forward as quickly as we can, and we will let you know if it looks like we can get you the information prior to the 13th.

**Angela Ferrante**

Managing Director, Chief Operating Officer of Settlement Administration

T +1 212 833 3400

---

**From:** Ferrante, Angela <Angela.Ferrante@Kroll.com>
**Sent:** Wednesday, June 4, 2025 5:32 PM
**To:** Elizabeth Graham <egraham@gelaw.com>
**Cc:** Ferruzzi, Paul <Paul.Ferruzzi@kroll.com>; Adam J. Gomez <AGomez@gelaw.com>; Jayne Conroy <jconroy@simmonsfirm.com>; Seth Katz <skatz@burgsimpson.com>; Jo Anna Pollock <jpollock@simmonsfirm.com>; Rapazzini, Mark <Mark.Rapazzini@kroll.com>; Burkholder, Randall <Randall.Burkholder@kroll.com>; Fenwick, Scott <Scott.Fenwick@kroll.com>
**Subject:** Re: East Palestine Matter

Beth,

Thank you.  We have categorized them and are in the process now of calculating them.  I apologize, but I am not sure I completely understand what you mean by "scored," so let me know if that does not answer your question.

Angela

---

**Angela Ferrante**

Managing Director, Settlement Administration

T +1 212 833 3400 | M +1 917 789 4269



Kroll, LLC | www.kroll.com



---

**From:** Elizabeth Graham <egraham@gelaw.com>
**Sent:** Wednesday, June 4, 2025 4:56:57 PM
**To:** Ferrante, Angela <Angela.Ferrante@Kroll.com>
**Cc:** Ferruzzi, Paul <Paul.Ferruzzi@kroll.com>; Adam J. Gomez <AGomez@gelaw.com>; Jayne Conroy <jconroy@simmonsfirm.com>; Seth Katz <skatz@burgsimpson.com>; Jo Anna Pollock <jpollock@simmonsfirm.com>; Rapazzini, Mark <Mark.Rapazzini@kroll.com>; Burkholder, Randall <Randall.Burkholder@kroll.com>; Fenwick, Scott

<Scott.Fenwick@kroll.com>
**Subject:** [EXTERNAL] Re: East Palestine Matter

Ok thanks.
When you say you have "completed the necessary reviews" does that mean all of the Direct Payment claims have been reviewed now and scored?

M. Elizabeth ("Beth") Graham

Grant & Eisenhofer, P.A.
2325 Third Street
Suite 329
San Francisco, CA 94107

123 S. Justison Street
Wilmington, DE 19801

CA Direct: 415.293.8210
DE Direct: 302.622.7099
Mobile: 415.710.7973
egraham@gelaw.com
www.gelaw.com

On Jun 4, 2025, at 4:03 PM, Ferrante, Angela <Angela.Ferrante@Kroll.com> wrote:

Hi Beth. We continue to push forward around the clock, and we are on track to complete the review/calculations by 6/13 but we are pressing really hard to get it to you by the 11th. It isn't a matter of percentage to completion unfortunately. We're doing QC at every step. We have completed the necessary reviews and are working on the calculations now if that helps. We then have to do some final QC and will send to you for review.

_____
Angela Ferrante
Managing Director, Chief Operating Officer of Settlement Administration

T +1 212 833 3400

From: Elizabeth Graham <egraham@gelaw.com<mailto:egraham@gelaw.com>>
Sent: Wednesday, June 4, 2025 3:09 PM
To: Ferrante, Angela <Angela.Ferrante@kroll.com<mailto:Angela.Ferrante@kroll.com>>
Cc: Ferruzzi, Paul <Paul.Ferruzzi@kroll.com<mailto:Paul.Ferruzzi@kroll.com>>; Adam J. Gomez <AGomez@gelaw.com<mailto:AGomez@gelaw.com>>; Jayne Conroy <jconroy@simmonsfirm.com<mailto:jconroy@simmonsfirm.com>>; Seth Katz <skatz@burgsimpson.com<mailto:skatz@burgsimpson.com>>; Jo Anna Pollock

<jpollock@simmonsfirm.com<mailto:jpollock@simmonsfirm.com>>; Rapazzini, Mark
<Mark.Rapazzini@kroll.com<mailto:Mark.Rapazzini@kroll.com>>; Burkholder, Randall
<Randall.Burkholder@kroll.com<mailto:Randall.Burkholder@kroll.com>>; Fenwick, Scott
<Scott.Fenwick@kroll.com<mailto:Scott.Fenwick@kroll.com>>
Subject: [EXTERNAL] Re: East Palestine Matter

Angela,

Can you let us know where you are in terms of completion? Have you done the calculations/scoring and they are in QC? Are you x or y percent done? Any information will help. The community is understandably hostile at this point.

Thanks

M. Elizabeth ("Beth") Graham
Partner

Grant & Eisenhofer, P.A.
2325 Third Street
Suite 329
San Francisco, CA 94107

123 S. Justison Street
Wilmington, DE 19801

CA Direct: 415.293.8210
DE Direct: 302.622.7099
Mobile: 415.710.7973
egraham@gelaw.com<mailto:egraham@gelaw.com>
www.gelaw.com<http://www.gelaw.com><http://www.gelaw.com<http://www.gelaw.com>>

On May 30, 2025, at 3:22 PM, Ferrante, Angela
<Angela.Ferrante@kroll.com<mailto:Angela.Ferrante@kroll.com>> wrote:

We are still on target for 6/13 but have the team working around the clock and we are hoping to deliver as early as 6/11.

_____
Angela Ferrante
Managing Director, Chief Operating Officer of Settlement Administration

T +1 212 833 3400

From: Elizabeth Graham <egraham@gelaw.com<mailto:egraham@gelaw.com>>
Sent: Friday, May 30, 2025 2:08 PM

To: Ferrante, Angela <Angela.Ferrante@Kroll.com<mailto:Angela.Ferrante@Kroll.com>>
Cc: Ferruzzi, Paul <Paul.Ferruzzi@kroll.com<mailto:Paul.Ferruzzi@kroll.com>>; Adam J. Gomez
<AGomez@gelaw.com<mailto:AGomez@gelaw.com>>; Jayne Conroy
<jconroy@simmonsfirm.com<mailto:jconroy@simmonsfirm.com>>; Seth Katz
<skatz@burgsimpson.com<mailto:skatz@burgsimpson.com>>; Jo Anna Pollock
<jpollock@simmonsfirm.com<mailto:jpollock@simmonsfirm.com>>; Rapazzini, Mark
<Mark.Rapazzini@kroll.com<mailto:Mark.Rapazzini@kroll.com>>; Burkholder, Randall
<Randall.Burkholder@kroll.com<mailto:Randall.Burkholder@kroll.com>>; Fenwick, Scott
<Scott.Fenwick@kroll.com<mailto:Scott.Fenwick@kroll.com>>
Subject: [EXTERNAL] Re: East Palestine Matter

Just checking in again since you send you may have a better sense of timeliness end of this week. Do
you?

Thanks all


M. Elizabeth ("Beth") Graham

Grant & Eisenhofer, P.A.
2325 Third Street
Suite 329
San Francisco, CA 94107

123 S. Justison Street
Wilmington, DE 19801

CA Direct: 415.293.8210
DE Direct: 302.622.7099
Mobile: 415.710.7973
egraham@gelaw.com<mailto:egraham@gelaw.com<mailto:egraham@gelaw.com%3cmailto:egraham
@gelaw.com>>
www.gelaw.com<http://www.gelaw.com><http://www.gelaw.com<http://www.gelaw.com>>



On May 28, 2025, at 9:57 AM, Ferrante, Angela
<Angela.Ferrante@Kroll.com<mailto:Angela.Ferrante@Kroll.com<mailto:Angela.Ferrante@Kroll.com%3
cmailto:Angela.Ferrante@Kroll.com>>> wrote:

Hi Beth. No, I didn't mean to imply it hasn't been started, but now that we have fully re-reviewed deficient
claims, we can refocus additional resources on that task. Accordingly, we should have a better sense of
timelines later this week or early next week.


_____

Angela Ferrante

Managing Director, Settlement Administration


T +1 212 833 3400 | M +1 917 789 4269


[Image]<https://duffandphelps.sharepoint.com/teams/HefflerMarketing/Shared%20Documents/Kroll%20Business%20Services/Brand%20Transition/Communications/Kroll%202022%20Launch%20Comms/www.kroll.com<https://duffandphelps.sharepoint.com/teams/HefflerMarketing/Shared%20Documents/Kroll%20Business%20Services/Brand%20Transition/Communications/Kroll%202022%20Launch%20Comms/www.kroll.com><https://duffandphelps.sharepoint.com/teams/HefflerMarketing/Shared%20Documents/Kroll%20Business%20Services/Brand%20Transition/Communications/Kroll%202022%20Launch%20Comms/www.kroll.com<https://duffandphelps.sharepoint.com/teams/HefflerMarketing/Shared%20Documents/Kroll%20Business%20Services/Brand%20Transition/Communications/Kroll%202022%20Launch%20Comms/www.kroll.com>>>
Kroll, LLC |
www.kroll.com<http://www.kroll.com><http://www.kroll.com<http://www.kroll.com>><https://url.us.m.mimecastprotect.com/s/3Ra9Cn5YRVU3XJz6HNiMfJXn2N/<https://url.us.m.mimecastprotect.com/s/3Ra9Cn5YRVU3XJz6HNiMfJXn2N><https://url.us.m.mimecastprotect.com/s/3Ra9Cn5YRVU3XJz6HNiMfJXn2N<https://url.us.m.mimecastprotect.com/s/3Ra9Cn5YRVU3XJz6HNiMfJXn2N>>>
[Image]<https://www.linkedin.com/company/kroll<https://www.linkedin.com/company/kroll><https://www.linkedin.com/company/kroll<https://www.linkedin.com/company/kroll>>>[Image]<https://twitter.com/KrollWire<https://twitter.com/KrollWire><https://twitter.com/KrollWire<https://twitter.com/KrollWire>>>

--------------------------------

From: Elizabeth Graham
<egraham@gelaw.com<mailto:egraham@gelaw.com<mailto:egraham@gelaw.com%3cmailto:egraham@gelaw.com>>>
Sent: Wednesday, May 28, 2025 9:37 AM
To: Ferrante, Angela
<Angela.Ferrante@Kroll.com<mailto:Angela.Ferrante@Kroll.com<mailto:Angela.Ferrante@Kroll.com%3cmailto:Angela.Ferrante@Kroll.com>>>
Cc: Ferruzzi, Paul
<Paul.Ferruzzi@kroll.com<mailto:Paul.Ferruzzi@kroll.com<mailto:Paul.Ferruzzi@kroll.com%3cmailto:Paul.Ferruzzi@kroll.com>>>; Adam J. Gomez
<AGomez@gelaw.com<mailto:AGomez@gelaw.com<mailto:AGomez@gelaw.com%3cmailto:AGomez@gelaw.com>>>; Jayne Conroy
<jconroy@simmonsfirm.com<mailto:jconroy@simmonsfirm.com<mailto:jconroy@simmonsfirm.com%3cmailto:jconroy@simmonsfirm.com>>>; Seth Katz
<skatz@burgsimpson.com<mailto:skatz@burgsimpson.com<mailto:skatz@burgsimpson.com%3cmailto:skatz@burgsimpson.com>>>; Jo Anna Pollock
<jpollock@simmonsfirm.com<mailto:jpollock@simmonsfirm.com<mailto:jpollock@simmonsfirm.com%3cmailto:jpollock@simmonsfirm.com>>>; Scott Ahmad
<sahmad@winston.com<mailto:sahmad@winston.com<mailto:sahmad@winston.com%3cmailto:sah

[mad@winston.com](mailto:mad@winston.com)>>>; Rapazzini, Mark
<[Mark.Rapazzini@kroll.com<mailto:Mark.Rapazzini@kroll.com%3c](mailto:Mark.Rapazzini@kroll.com)
[mailto:Mark.Rapazzini@kroll.com](mailto:Mark.Rapazzini@kroll.com)>>>; Burkholder, Randall
<[Randall.Burkholder@kroll.com<mailto:Randall.Burkholder@kroll.com<mailto:Randall.Burkholder@kr](mailto:Randall.Burkholder@kroll.com)
[oll.com%3cmailto:Randall.Burkholder@kroll.com](mailto:Randall.Burkholder@kroll.com)>>>; Fenwick, Scott
<[Scott.Fenwick@kroll.com<mailto:Scott.Fenwick@kroll.com<mailto:Scott.Fenwick@kroll.com%3cmail](mailto:Scott.Fenwick@kroll.com)
[to:Scott.Fenwick@kroll.com](mailto:Scott.Fenwick@kroll.com)>>>
Subject: [EXTERNAL] Re: East Palestine Matter

Thanks Angela. Can we infer from your statement that this review has not yet been started? Just trying to get some visibility on timing for re commencement of payments to the community, if that is even possible at all. We are approaching a month's delay now, dealing with these issues.

M. Elizabeth ("Beth") Graham

Grant & Eisenhofer, P.A.
2325 Third Street
Suite 329
San Francisco, CA 94107

123 S. Justison Street
Wilmington, DE 19801

CA Direct: 415.293.8210
DE Direct: 302.622.7099
Mobile: 415.710.7973
[egraham@gelaw.com<mailto:egraham@gelaw.com<mailto:egraham@gelaw.com%3cmailto:egraham](mailto:egraham@gelaw.com)
[@gelaw.com](mailto:egraham@gelaw.com)>>
[www.gelaw.com<http://www.gelaw.com><http://www.gelaw.com<http://www.gelaw.com](http://www.gelaw.com)>><[http://ww](http://www.gelaw.com)
[w.gelaw.com<http://www.gelaw.com><http://www.gelaw.com<http://www.gelaw.com](http://www.gelaw.com)>>>

On May 28, 2025, at 9:21 AM, Ferrante, Angela
<[Angela.Ferrante@Kroll.com<mailto:Angela.Ferrante@Kroll.com<mailto:Angela.Ferrante@Kroll.com%3](mailto:Angela.Ferrante@Kroll.com)
[cmailto:Angela.Ferrante@Kroll.com](mailto:Angela.Ferrante@Kroll.com)>>> wrote:

Good morning. We will now turn our attention to that review. We should have an update on timing by early next week.

_____

Angela Ferrante

Managing Director, Settlement Administration

T +1 212 833 3400 | M +1 917 789 4269

[Image]<https://duffandphelps.sharepoint.com/teams/HefflerMarketing/Shared%20Documents/Kroll%20Business%20Services/Brand%20Transition/Communications/Kroll%202022%20Launch%20Comms/www.kroll.com<https://duffandphelps.sharepoint.com/teams/HefflerMarketing/Shared%20Documents/Kroll%20Business%20Services/Brand%20Transition/Communications/Kroll%202022%20Launch%20Comms/www.kroll.com><https://duffandphelps.sharepoint.com/teams/HefflerMarketing/Shared%20Documents/Kroll%20Business%20Services/Brand%20Transition/Communications/Kroll%202022%20Launch%20Comms/www.kroll.com<https://duffandphelps.sharepoint.com/teams/HefflerMarketing/Shared%20Documents/Kroll%20Business%20Services/Brand%20Transition/Communications/Kroll%202022%20Launch%20Comms/www.kroll.com>><https://duffandphelps.sharepoint.com/teams/HefflerMarketing/Shared%20Documents/Kroll%20Business%20Services/Brand%20Transition/Communications/Kroll%202022%20Launch%20Comms/www.kroll.com<https://duffandphelps.sharepoint.com/teams/HefflerMarketing/Shared%20Documents/Kroll%20Business%20Services/Brand%20Transition/Communications/Kroll%202022%20Launch%20Comms/www.kroll.com><https://duffandphelps.sharepoint.com/teams/HefflerMarketing/Shared%20Documents/Kroll%20Business%20Services/Brand%20Transition/Communications/Kroll%202022%20Launch%20Comms/www.kroll.com<https://duffandphelps.sharepoint.com/teams/HefflerMarketing/Shared%20Documents/Kroll%20Business%20Services/Brand%20Transition/Communications/Kroll%202022%20Launch%20Comms/www.kroll.com>>>>
Kroll, LLC |
www.kroll.com<http://www.kroll.com><http://www.kroll.com<http://www.kroll.com>><http://www.kroll.com<http://www.kroll.com><http://www.kroll.com<http://www.kroll.com>>><https://url.us.m.mimecastprotect.com/s/_oJZCQWNkqUlX81WfMixfGxlQO/<https://url.us.m.mimecastprotect.com/s/_oJZCQWNkqUlX81WfMixfGxlQO><https://url.us.m.mimecastprotect.com/s/_oJZCQWNkqUlX81WfMixfGxlQO<https://url.us.m.mimecastprotect.com/s/_oJZCQWNkqUlX81WfMixfGxlQO>><https://url.us.m.mimecastprotect.com/s/_oJZCQWNkqUlX81WfMixfGxlQO<https://url.us.m.mimecastprotect.com/s/_oJZCQWNkqUlX81WfMixfGxlQO><https://url.us.m.mimecastprotect.com/s/_oJZCQWNkqUlX81WfMixfGxlQO<https://url.us.m.mimecastprotect.com/s/_oJZCQWNkqUlX81WfMixfGxlQO>>>>
[Image]<https://www.linkedin.com/company/kroll<https://www.linkedin.com/company/kroll><https://www.linkedin.com/company/kroll<https://www.linkedin.com/company/kroll>><https://www.linkedin.com/company/kroll<https://www.linkedin.com/company/kroll><https://www.linkedin.com/company/kroll<https://www.linkedin.com/company/kroll>>>>[Image]<https://twitter.com/KrollWire<https://twitter.com/KrollWire><https://twitter.com/KrollWire<https://twitter.com/KrollWire>><https://twitter.com/KrollWire<https://twitter.com/KrollWire><https://twitter.com/KrollWire<https://twitter.com/KrollWire>>>>

_____

From: Elizabeth Graham
<egraham@gelaw.com<mailto:egraham@gelaw.com<mailto:egraham@gelaw.com%3cmailto:egraham@gelaw.com>>>
Sent: Wednesday, May 28, 2025 8:32:05 AM
To: Ferruzzi, Paul
<Paul.Ferruzzi@kroll.com<mailto:Paul.Ferruzzi@kroll.com<mailto:Paul.Ferruzzi@kroll.com%3cmailto:Paul.Ferruzzi@kroll.com>>>
Cc: Adam J. Gomez

<AGomez@gelaw.com<mailto:AGomez@gelaw.com<mailto:AGomez@gelaw.com%3cmailto:AGomez@gelaw.com>>>; Jayne Conroy
<jconroy@simmonsfirm.com<mailto:jconroy@simmonsfirm.com<mailto:jconroy@simmonsfirm.com%3cmailto:jconroy@simmonsfirm.com>>>; Seth Katz
<skatz@burgsimpson.com<mailto:skatz@burgsimpson.com<mailto:skatz@burgsimpson.com%3cmailto:skatz@burgsimpson.com>>>; Jo Anna Pollock
<jpollock@simmonsfirm.com<mailto:jpollock@simmonsfirm.com<mailto:jpollock@simmonsfirm.com%3cmailto:jpollock@simmonsfirm.com>>>; Scott Ahmad
<sahmad@winston.com<mailto:sahmad@winston.com<mailto:sahmad@winston.com%3cmailto:sahmad@winston.com>>>; Ferrante, Angela
<Angela.Ferrante@Kroll.com<mailto:Angela.Ferrante@Kroll.com<mailto:Angela.Ferrante@Kroll.com%3cmailto:Angela.Ferrante@Kroll.com>>>; Rapazzini, Mark
<Mark.Rapazzini@kroll.com<mailto:Mark.Rapazzini@kroll.com<mailto:Mark.Rapazzini@kroll.com%3cmailto:Mark.Rapazzini@kroll.com>>>; Burkholder, Randall
<Randall.Burkholder@kroll.com<mailto:Randall.Burkholder@kroll.com<mailto:Randall.Burkholder@kroll.com%3cmailto:Randall.Burkholder@kroll.com>>>; Fenwick, Scott
<Scott.Fenwick@kroll.com<mailto:Scott.Fenwick@kroll.com<mailto:Scott.Fenwick@kroll.com%3cmailto:Scott.Fenwick@kroll.com>>>
Subject: [EXTERNAL] Re: East Palestine Matter

Good morning all,

Kroll team - any further update as to whether we can receive the calculations for the DP claims before 6/13?

M. Elizabeth ("Beth") Graham

Grant & Eisenhofer, P.A.
2325 Third Street
Suite 329
San Francisco, CA 94107

123 S. Justison Street
Wilmington, DE 19801

CA Direct: 415.293.8210
DE Direct: 302.622.7099
Mobile: 415.710.7973
egraham@gelaw.com<mailto:egraham@gelaw.com<mailto:egraham@gelaw.com%3cmailto:egraham@gelaw.com>>
www.gelaw.com<http://www.gelaw.com><http://www.gelaw.com<http://www.gelaw.com>><http://www.gelaw.com<http://www.gelaw.com><http://www.gelaw.com<http://www.gelaw.com>>><http://www.gelaw.com<http://www.gelaw.com><http://www.gelaw.com<http://www.gelaw.com>>><http://www.gelaw.com<http://www.gelaw.com><http://www.gelaw.com<http://www.gelaw.com>>>>

On May 27, 2025, at 9:16 PM, Ferruzzi, Paul

<Paul.Ferruzzi@kroll.com<mailto:Paul.Ferruzzi@kroll.com<mailto:Paul.Ferruzzi@kroll.com%3cmailto:
Paul.Ferruzzi@kroll.com>>> wrote:

Good Evening,
As noted below we have uploaded data representing 1,160 claims that were marked deficient or
rejected. Each claim has an explanation as to why it remains deficient, the large majority are a result of
their proof of residence being invalid.
The data can be found here.
https://fileshare.kroll.com/fs/v.aspx?v=6a8687905f61afbebbc8<https://fileshare.kroll.com/fs/v.aspx?v=
6a8687905f61afbebbc8<https://fileshare.kroll.com/fs/v.aspx?v=6a8687905f61afbebbc8<https://filesh
are.kroll.com/fs/v.aspx?v=6a8687905f61afbebbc8>><https://fileshare.kroll.com/fs/v.aspx?v=6a868790
5f61afbebbc8<https://fileshare.kroll.com/fs/v.aspx?v=6a8687905f61afbebbc8><https://fileshare.kroll.c
om/fs/v.aspx?v=6a8687905f61afbebbc8<https://fileshare.kroll.com/fs/v.aspx?v=6a8687905f61afbebbc
8<https://fileshare.kroll.com/fs/v.aspx?v=6a8687905f61afbebbc8%3chttps://fileshare.kroll.com/fs/v.as
px?v=6a8687905f61afbebbc8%3e%3chttps://fileshare.kroll.com/fs/v.aspx?v=6a8687905f61afbebbc8%
3chttps://fileshare.kroll.com/fs/v.aspx?v=6a8687905f61afbebbc8%3e%3e%3chttps://fileshare.kroll.co
m/fs/v.aspx?v=6a8687905f61afbebbc8%3chttps://fileshare.kroll.com/fs/v.aspx?v=6a8687905f61afbeb
bc8%3e%3chttps://fileshare.kroll.com/fs/v.aspx?v=6a8687905f61afbebbc8%3e%3chttps://fileshare.kroll.c
om/fs/v.aspx?v=6a8687905f61afbebbc8<https://fileshare.kroll.com/fs/v.aspx?v=6a8687905f61afbebbc
8%3chttps://fileshare.kroll.com/fs/v.aspx?v=6a8687905f61afbebbc8%3e%3chttps://fileshare.kroll.com
/fs/v.aspx?v=6a8687905f61afbebbc8%3chttps://fileshare.kroll.com/fs/v.aspx?v=6a8687905f61afbebbc
8%3e%3e%3chttps://fileshare.kroll.com/fs/v.aspx?v=6a8687905f61afbebbc8%3chttps://fileshare.kroll.
com/fs/v.aspx?v=6a8687905f61afbebbc8%3e%3chttps://fileshare.kroll.com/fs/v.aspx?v=6a8687905f61
afbebbc8%3chttps://fileshare.kroll.com/fs/v.aspx?v=6a8687905f61afbebbc8%3chttps://fileshare.kroll.
com/fs/v.aspx?v=6a8687905f61afbebbc8%3chttps://fileshare.kroll.com/fs/v.aspx?v=6a8687905f61afbe
bbc8%3e%3chttps://fileshare.kroll.com/fs/v.aspx?v=6a8687905f61afbebbc8%3chttps://fileshare.kroll.
com/fs/v.aspx?v=6a8687905f61afbebbc8%3e%3e%3chttps://fileshare.kroll.com/fs/v.aspx?v=6a868790
5f61afbebbc8%3chttps://fileshare.kroll.com/fs/v.aspx?v=6a8687905f61afbebbc8%3e%3chttps://filesh
are.kroll.com/fs/v.aspx?v=6a8687905f61afbebbc8%3chttps://fileshare.kroll.com/fs/v.aspx?v=6a86879
05f61afbebbc8>>>>>

Upon your review, please advise if we should move forward with sending deficiency letters to the 924
that we consider to be deficient and allow them an opportunity to cure their claims. An estimated
calculation was made on these claims. Should each claim cure their record, the estimated payout would
be approximately $5,954,146.60 based on the average distance data we have already collected. Should
you wish to send deficiency letters to only a subset of these claims based on the deficiency reasons
assigned, we could certainly proceed that way as well.

In addition, there are 190 claims that are rejected. These class members did not provide any
documentation showing they might have been closer to the derailment site. All remain outside the 10-
mile radius. These claims total $227,075.01.

We also included 44 claims where their claim is valid as well as 2 claims that will remain rejected for
failure to respond to the deficiency letter previously sent to them. The 44 valid claims total $227,075.01.
As we don't currently have the data necessary to calculate the 2 rejected claims, we are not able to
assign a dollar value to them.

Please let us know if you have any questions.

Paul

_____

Paul Ferruzzi
Director, Kroll Settlement Administration

T +1 215 430 6123


From: Elizabeth Graham
<egraham@gelaw.com<mailto:egraham@gelaw.com<mailto:egraham@gelaw.com%3cmailto:egraham@gelaw.com<mailto:egraham@gelaw.com%3cmailto:egraham@gelaw.com%3cmailto:egraham@gelaw.com>>>>
Sent: Thursday, May 22, 2025 10:04 PM
To: Ferruzzi, Paul
<Paul.Ferruzzi@kroll.com<mailto:Paul.Ferruzzi@kroll.com<mailto:Paul.Ferruzzi@kroll.com%3cmailto:Paul.Ferruzzi@kroll.com<mailto:Paul.Ferruzzi@kroll.com%3cmailto:Paul.Ferruzzi@kroll.com%3cmailto:Paul.Ferruzzi@kroll.com>>>>
Cc: Adam J. Gomez
<AGomez@gelaw.com<mailto:AGomez@gelaw.com<mailto:AGomez@gelaw.com%3cmailto:AGomez@gelaw.com<mailto:AGomez@gelaw.com%3cmailto:AGomez@gelaw.com%3cmailto:AGomez@gelaw.com>>>>; Jayne Conroy
<jconroy@simmonsfirm.com<mailto:jconroy@simmonsfirm.com<mailto:jconroy@simmonsfirm.com%3cmailto:jconroy@simmonsfirm.com<mailto:jconroy@simmonsfirm.com%3cmailto:jconroy@simmonsfirm.com%3cmailto:jconroy@simmonsfirm.com>>>>; Seth Katz
<skatz@burgsimpson.com<mailto:skatz@burgsimpson.com<mailto:skatz@burgsimpson.com%3cmailto:skatz@burgsimpson.com<mailto:skatz@burgsimpson.com%3cmailto:skatz@burgsimpson.com%3cmailto:skatz@burgsimpson.com>>>>; Jo Anna Pollock
<jpollock@simmonsfirm.com<mailto:jpollock@simmonsfirm.com<mailto:jpollock@simmonsfirm.com%3cmailto:jpollock@simmonsfirm.com<mailto:jpollock@simmonsfirm.com%3cmailto:jpollock@simmonsfirm.com%3cmailto:jpollock@simmonsfirm.com>>>>;sahmad@winston.com<mailto:sahmad@winston.com<mailto:sahmad@winston.com%3cmailto:sahmad@winston.com<mailto:sahmad@winston.com%3cmailto:sahmad@winston.com%3cmailto:sahmad@winston.com>>>; Ferrante, Angela
<Angela.Ferrante@kroll.com<mailto:Angela.Ferrante@kroll.com<mailto:Angela.Ferrante@kroll.com%3cmailto:Angela.Ferrante@kroll.com<mailto:Angela.Ferrante@kroll.com%3cmailto:Angela.Ferrante@kroll.com%3cmailto:Angela.Ferrante@kroll.com>>>>; Rapazzini, Mark
<Mark.Rapazzini@kroll.com<mailto:Mark.Rapazzini@kroll.com<mailto:Mark.Rapazzini@kroll.com%3cmailto:Mark.Rapazzini@kroll.com<mailto:Mark.Rapazzini@kroll.com%3cmailto:Mark.Rapazzini@kroll.com%3cmailto:Mark.Rapazzini@kroll.com>>>>; Burkholder, Randall
<Randall.Burkholder@kroll.com<mailto:Randall.Burkholder@kroll.com<mailto:Randall.Burkholder@kroll.com%3cmailto:Randall.Burkholder@kroll.com<mailto:Randall.Burkholder@kroll.com%3cmailto:Randall.Burkholder@kroll.com%3cmailto:Randall.Burkholder@kroll.com>>>>; Fenwick, Scott
<Scott.Fenwick@kroll.com<mailto:Scott.Fenwick@kroll.com<mailto:Scott.Fenwick@kroll.com%3cmail

to:Scott.Fenwick@kroll.com<mailto:Scott.Fenwick@kroll.com%3cmailto:Scott.Fenwick@kroll.com%3cmailto:Scott.Fenwick@kroll.com%3cmailto:Scott.Fenwick@kroll.com>>>>
Subject: [EXTERNAL] Re: East Palestine Matter

Thanks Paul

M. Elizabeth ("Beth") Graham
Partner

Grant & Eisenhofer, P.A.
2325 Third Street
Suite 329
San Francisco, CA 94107

123 S. Justison Street
Wilmington, DE 19801

CA Direct: 415.293.8210
DE Direct: 302.622.7099
Mobile: 415.710.7973
egraham@gelaw.com<mailto:egraham@gelaw.com<mailto:egraham@gelaw.com%3cmailto:egraham@gelaw.com<mailto:egraham@gelaw.com%3cmailto:egraham@gelaw.com%3cmailto:egraham@gelaw.com%3cmailto:egraham@gelaw.com>>>
www.gelaw.com<http://www.gelaw.com><http://www.gelaw.com<http://www.gelaw.com>><http://www.gelaw.com<http://www.gelaw.com><http://www.gelaw.com<http://www.gelaw.com>>><http://www.gelaw.com<http://www.gelaw.com><http://www.gelaw.com<http://www.gelaw.com>><http://www.gelaw.com<http://www.gelaw.com><http://www.gelaw.com<http://www.gelaw.com>>>><http://www.gelaw.com<http://www.gelaw.com><http://www.gelaw.com<http://www.gelaw.com>><http://www.gelaw.com<http://www.gelaw.com><http://www.gelaw.com<http://www.gelaw.com>>><http://www.gelaw.com<http://www.gelaw.com><http://www.gelaw.com<http://www.gelaw.com>><http://www.gelaw.com<http://www.gelaw.com><http://www.gelaw.com<http://www.gelaw.com>>>>><http://www.gelaw.com<http://www.gelaw.com><http://www.gelaw.com<http://www.gelaw.com>><http://www.gelaw.com<http://www.gelaw.com><http://www.gelaw.com<http://www.gelaw.com>>><http://www.gelaw.com<http://www.gelaw.com><http://www.gelaw.com<http://www.gelaw.com>><http://www.gelaw.com<http://www.gelaw.com><http://www.gelaw.com<http://www.gelaw.com>>>><http://www.gelaw.com<http://www.gelaw.com><http://www.gelaw.com<http://www.gelaw.com>><http://www.gelaw.com<http://www.gelaw.com><http://www.gelaw.com<http://www.gelaw.com>>><http://www.gelaw.com<http://www.gelaw.com><http://www.gelaw.com<http://www.gelaw.com>><http://www.gelaw.com<http://www.gelaw.com><http://www.gelaw.com<http://www.gelaw.com>>>>>

On May 22, 2025, at 8:54 PM, Ferruzzi, Paul
<Paul.Ferruzzi@kroll.com<mailto:Paul.Ferruzzi@kroll.com<mailto:Paul.Ferruzzi@kroll.com%3cmailto:Paul.Ferruzzi@kroll.com<mailto:Paul.Ferruzzi@kroll.com%3cmailto:Paul.Ferruzzi@kroll.com%3cmailto:Paul.Ferruzzi@kroll.com%3cmailto:Paul.Ferruzzi@kroll.com>>>> wrote:

Counsel,

As requested, we have uploaded the business claims and a spreadsheet related to them for your review and they can be found here:

https://fileshare.kroll.com/fs/v.aspx?v=6a86869068606db87a<https://fileshare.kroll.com/fs/v.aspx?v=6a86869068606db87a><https://fileshare.kroll.com/fs/v.aspx?v=6a86869068606db87a<https://fileshare.kroll.com/fs/v.aspx?v=6a86869068606db87a>><https://fileshare.kroll.com/fs/v.aspx?v=6a86869068606db87a<https://fileshare.kroll.com/fs/v.aspx?v=6a86869068606db87a><https://fileshare.kroll.com/fs/v.aspx?v=6a86869068606db87a<https://fileshare.kroll.com/fs/v.aspx?v=6a86869068606db87a>>><https://fileshare.kroll.com/fs/v.aspx?v=6a86869068606db87a%3chttps://fileshare.kroll.com/fs/v.aspx?v=6a86869068606db87a<https://fileshare.kroll.com/fs/v.aspx?v=6a86869068606db87a%3chttps://fileshare.kroll.com/fs/v.aspx?v=6a86869068606db87a><https://fileshare.kroll.com/fs/v.aspx?v=6a86869068606db87a%3chttps://fileshare.kroll.com/fs/v.aspx?v=6a86869068606db87a<https://fileshare.kroll.com/fs/v.aspx?v=6a86869068606db87a%3chttps://fileshare.kroll.com/fs/v.aspx?v=6a86869068606db87a<https://fileshare.kroll.com/fs/v.aspx?v=6a86869068606db87a%3e%3chttps://fileshare.kroll.com/fs/v.aspx?v=6a86869068606db87a%3chttps://fileshare.kroll.com/fs/v.aspx?v=6a86869068606db87a%3e%3e%3chttps://fileshare.kroll.com/fs/v.aspx?v=6a86869068606db87a%3chttps://fileshare.kroll.com/fs/v.aspx?v=6a86869068606db87a%3e%3chttps://fileshare.kroll.com/fs/v.aspx?v=6a86869068606db87a%3chttps://fileshare.kroll.com/fs/v.aspx?v=6a86869068606db87a%3e%3e%3chttps://fileshare.kroll.com/fs/v.aspx?v=6a86869068606db87a%3chttps://fileshare.kroll.com/fs/v.aspx?v=6a86869068606db87a%3chttps://fileshare.kroll.com/fs/v.aspx?v=6a86869068606db87a%3chttps://fileshare.kroll.com/fs/v.aspx?v=6a86869068606db87a<https://fileshare.kroll.com/fs/v.aspx?v=6a86869068606db87a%3chttps://fileshare.kroll.com/fs/v.aspx?v=6a86869068606db87a%3e%3chttps://fileshare.kroll.com/fs/v.aspx?v=6a86869068606db87a%3chttps://fileshare.kroll.com/fs/v.aspx?v=6a86869068606db87a%3e%3e%3chttps://fileshare.kroll.com/fs/v.aspx?v=6a86869068606db87a%3chttps://fileshare.kroll.com/fs/v.aspx?v=6a86869068606db87a%3e%3chttps://fileshare.kroll.com/fs/v.aspx?v=6a86869068606db87a%3chttps://fileshare.kroll.com/fs/v.aspx?v=6a86869068606db87a%3e%3e%3chttps://fileshare.kroll.com/fs/v.aspx?v=6a86869068606db87a%3chttps://fileshare.kroll.com/fs/v.aspx?v=6a86869068606db87a%3chttps://fileshare.kroll.com/fs/v.aspx?v=6a86869068606db87a%3chttps://fileshare.kroll.com/fs/v.aspx?v=6a86869068606db87a%3e%3chttps://fileshare.kroll.com/fs/v.aspx?v=6a86869068606db87a%3chttps://fileshare.kroll.com/fs/v.aspx?v=6a86869068606db87a%3chttps://fileshare.kroll.com/fs/v.aspx?v=6a86869068606db87a%3chttps://fileshare.kroll.com/fs/v.aspx?v=6a86869068606db87a%3chttps:/ /fileshare.kroll.com/fs/v.aspx?v=6a86869068606db87a%3chttps://fileshare.kroll.com/fs/v.aspx?v=6a86869068606db87a%3e%3chttps://fileshare.kroll.com/fs/v.aspx?v=6a86869068606db87a%3chttps://fileshare.kroll.com/fs/v.aspx?v=6a86869068606db87a%3e%3e%3chttps://fileshare.kroll.com/fs/v.aspx?v=6a86869068606db87a%3chttps://fileshare.kroll.com/fs/v.aspx?v=6a86869068606db87a%3e%3chttps://fileshare.kroll.com/fs/v.aspx?v=6a86869068606db87a%3chttps://fileshare.kroll.com/fs/v.aspx?v=6a86869068606db87a%3e%3e%3chttps://fileshare.kroll.com/fs/v.aspx?v=6a86869068606db87a%3chttps://fileshare.kroll.com/fs/v.aspx?v=6a86869068606db87a%3chttps://fileshare.kroll.com/fs/v.aspx?v=6a86869068606db87a%3chttps://fileshare.kroll.com/fs/v.aspx?v=6a86869068606db87a>>>>>>

With respect to the question on unclaimed distribution funds and the deadlines relating to yet uncashed checks, they are as follows:

* 24 checks totaling $107, 353.13 are past their void date
* 998 checks totaling $5,287,194.93 have not reached their void date

We are working on a re-review of the claims with a deficient status, and we will be sharing our findings and deficiency reasons with respect to those on Tuesday.

We should be in a position to provide a spreadsheet on the status of direct payment claims and projected payments to same by 6/13th. We will do our best to accelerate that timeline, but several steps need to be taken to review and confirm the data before we will be able to apply preliminary calculations.

_____

Paul Ferruzzi
Director, Kroll Settlement Administration

T +1 215 430 6123

<http://www.kroll.com<http://www.kroll.com><http://www.kroll.com<http://www.kroll.com>><https://url.us.m.mimecastprotect.com/s/3Ra9Cn5YRVU3XJz6HNiMfJXn2N<https://url.us.m.mimecastprotect.com/s/3Ra9Cn5YRVU3XJz6HNiMfJXn2N><https://url.us.m.mimecastprotect.com/s/3Ra9Cn5YRVU3XJz6HNiMfJXn2N<https://url.us.m.mimecastprotect.com/s/3Ra9Cn5YRVU3XJz6HNiMfJXn2N>>><https://url.us.m.mimecastprotect.com/s/_oJZCQWNkqUlX81WfMixfGxlQO<https://url.us.m.mimecastprotect.com/s/_oJZCQWNkqUlX81WfMixfGxlQO><https://url.us.m.mimecastprotect.com/s/_oJZCQWNkqUlX81WfMixfGxlQO<https://url.us.m.mimecastprotect.com/s/_oJZCQWNkqUlX81WfMixfGxlQO>><https://url.us.m.mimecastprotect.com/s/_oJZCQWNkqUlX81WfMixfGxlQO<https://url.us.m.mimecastprotect.com/s/_oJZCQWNkqUlX81WfMixfGxlQO><https://url.us.m.mimecastprotect.com/s/_oJZCQWNkqUlX81WfMixfGxlQO<https://url.us.m.mimecastprotect.com/s/_oJZCQWNkqUlX81WfMixfGxlQO>>>><http://www.kroll.com<http://www.kroll.com><http://www.kroll.com<http://www.kroll.com>><https://url.us.m.mimecastprotect.com/s/3Ra9Cn5YRVU3XJz6HNiMfJXn2N<https://url.us.m.mimecastprotect.com/s/3Ra9Cn5YRVU3XJz6HNiMfJXn2N><https://url.us.m.mimecastprotect.com/s/3Ra9Cn5YRVU3XJz6HNiMfJXn2N<https://url.us.m.mimecastprotect.com/s/3Ra9Cn5YRVU3XJz6HNiMfJXn2N>>><https://url.us.m.mimecastprotect.com/s/_oJZCQWNkqUlX81WfMixfGxlQO<https://url.us.m.mimecastprotect.com/s/_oJZCQWNkqUlX81WfMixfGxlQO><https://url.us.m.mimecastprotect.com/s/_oJZCQWNkqUlX81WfMixfGxlQO<https://url.us.m.mimecastprotect.com/s/_oJZCQWNkqUlX81WfMixfGxlQO>><https://url.us.m.mimecastprotect.com/s/_oJZCQWNkqUlX81WfMixfGxlQO<https://url.us.m.mimecastprotect.com/s/_oJZCQWNkqUlX81WfMixfGxlQO><https://url.us.m.mimecastprotect.com/s/_oJZCQWNkqUlX81WfMixfGxlQO<https://url.us.m.mimecastprotect.com/s/_oJZCQWNkqUlX81WfMixfGxlQO>>>>>>
<image001.png>

Kroll Settlement Administration LLC |
www.kroll.com<http://www.kroll.com><http://www.kroll.com<http://www.kroll.com>><http://www.kroll.com<http://www.kroll.com><http://www.kroll.com<http://www.kroll.com>>><http://www.kroll.com<http://www.kroll.com><http://www.kroll.com<http://www.kroll.com>>><https://url.us.m.mimecastprotect.com/s/3Ra9Cn5YRVU3XJz6HNiMfJXn2N<https://url.us.m.mimecastprotect.com/s/3Ra9Cn5YRVU3XJz6HNiMfJXn2N><https://url.us.m.mimecastprotect.com/s/3Ra9Cn5YRVU3XJz6HNiMfJXn2N<https://url.us.m.mimecastprotect.com/s/3Ra9Cn5YRVU3XJz6HNiMfJXn2N>>>><http://www.kroll.com<http://www.

kroll.com><http://www.kroll.com<http://www.kroll.com>><https://url.us.m.mimecastprotect.com/s/3R
a9Cn5YRVU3XJz6HNiMfJXn2N<https://url.us.m.mimecastprotect.com/s/3Ra9Cn5YRVU3XJz6HNiMfJXn
2N><https://url.us.m.mimecastprotect.com/s/3Ra9Cn5YRVU3XJz6HNiMfJXn2N<https://url.us.m.mime
castprotect.com/s/3Ra9Cn5YRVU3XJz6HNiMfJXn2N>>><https://url.us.m.mimecastprotect.com/s/_oJZ
CQWNkqUlX81WfMixfGxlQO<https://url.us.m.mimecastprotect.com/s/_oJZCQWNkqUlX81WfMixfGxlQ
O><https://url.us.m.mimecastprotect.com/s/_oJZCQWNkqUlX81WfMixfGxlQO<https://url.us.m.mimec
astprotect.com/s/_oJZCQWNkqUlX81WfMixfGxlQO>><https://url.us.m.mimecastprotect.com/s/_oJZC
QWNkqUlX81WfMixfGxlQO<https://url.us.m.mimecastprotect.com/s/_oJZCQWNkqUlX81WfMixfGxlQO
><https://url.us.m.mimecastprotect.com/s/_oJZCQWNkqUlX81WfMixfGxlQO<https://url.us.m.mimeca
stprotect.com/s/_oJZCQWNkqUlX81WfMixfGxlQO>>>>><http://www.kroll.com<http://www.kroll.com>
<http://www.kroll.com<http://www.kroll.com>><https://url.us.m.mimecastprotect.com/s/3Ra9Cn5YRV
U3XJz6HNiMfJXn2N<https://url.us.m.mimecastprotect.com/s/3Ra9Cn5YRVU3XJz6HNiMfJXn2N><https:
//url.us.m.mimecastprotect.com/s/3Ra9Cn5YRVU3XJz6HNiMfJXn2N<https://url.us.m.mimecastprotect
.com/s/3Ra9Cn5YRVU3XJz6HNiMfJXn2N>>><https://url.us.m.mimecastprotect.com/s/_oJZCQWNkqUl
X81WfMixfGxlQO<https://url.us.m.mimecastprotect.com/s/_oJZCQWNkqUlX81WfMixfGxlQO><https://
url.us.m.mimecastprotect.com/s/_oJZCQWNkqUlX81WfMixfGxlQO<https://url.us.m.mimecastprotect.
com/s/_oJZCQWNkqUlX81WfMixfGxlQO>><https://url.us.m.mimecastprotect.com/s/_oJZCQWNkqUlX8
1WfMixfGxlQO<https://url.us.m.mimecastprotect.com/s/_oJZCQWNkqUlX81WfMixfGxlQO><https://url.
us.m.mimecastprotect.com/s/_oJZCQWNkqUlX81WfMixfGxlQO<https://url.us.m.mimecastprotect.co
m/s/_oJZCQWNkqUlX81WfMixfGxlQO>>>><http://www.kroll.com<http://www.kroll.com><http://www.k
roll.com<http://www.kroll.com>><https://url.us.m.mimecastprotect.com/s/3Ra9Cn5YRVU3XJz6HNiMfJ
Xn2N<https://url.us.m.mimecastprotect.com/s/3Ra9Cn5YRVU3XJz6HNiMfJXn2N><https://url.us.m.mi
mecastprotect.com/s/3Ra9Cn5YRVU3XJz6HNiMfJXn2N<https://url.us.m.mimecastprotect.com/s/3Ra9
Cn5YRVU3XJz6HNiMfJXn2N>>><https://url.us.m.mimecastprotect.com/s/_oJZCQWNkqUlX81WfMixfGxl
QO<https://url.us.m.mimecastprotect.com/s/_oJZCQWNkqUlX81WfMixfGxlQO><https://url.us.m.mime
castprotect.com/s/_oJZCQWNkqUlX81WfMixfGxlQO<https://url.us.m.mimecastprotect.com/s/_oJZCQ
WNkqUlX81WfMixfGxlQO>><https://url.us.m.mimecastprotect.com/s/_oJZCQWNkqUlX81WfMixfGxlQO
<https://url.us.m.mimecastprotect.com/s/_oJZCQWNkqUlX81WfMixfGxlQO><https://url.us.m.mimeca
stprotect.com/s/_oJZCQWNkqUlX81WfMixfGxlQO<https://url.us.m.mimecastprotect.com/s/_oJZCQW
NkqUlX81WfMixfGxlQO>>>>>
<https://www.linkedin.com/company/kroll<https://www.linkedin.com/company/kroll><https://www.lin
kedin.com/company/kroll<https://www.linkedin.com/company/kroll>><https://www.linkedin.com/com
pany/kroll<https://www.linkedin.com/company/kroll><https://www.linkedin.com/company/kroll<https:
//www.linkedin.com/company/kroll>>><https://www.linkedin.com/company/kroll<https://www.linkedin
.com/company/kroll><https://www.linkedin.com/company/kroll<https://www.linkedin.com/company/k
roll>><https://www.linkedin.com/company/kroll<https://www.linkedin.com/company/kroll><https://w
ww.linkedin.com/company/kroll<https://www.linkedin.com/company/kroll>>>><https://www.linkedin.c
om/company/kroll<https://www.linkedin.com/company/kroll><https://www.linkedin.com/company/kro
ll<https://www.linkedin.com/company/kroll>><https://www.linkedin.com/company/kroll<https://www.l
inkedin.com/company/kroll><https://www.linkedin.com/company/kroll<https://www.linkedin.com/co
mpany/kroll>>><https://www.linkedin.com/company/kroll<https://www.linkedin.com/company/kroll><
https://www.linkedin.com/company/kroll<https://www.linkedin.com/company/kroll>><https://www.lin
kedin.com/company/kroll<https://www.linkedin.com/company/kroll><https://www.linkedin.com/comp
any/kroll<https://www.linkedin.com/company/kroll>>>>>
<image002.png>
<https://twitter.com/KrollWire<https://twitter.com/KrollWire><https://twitter.com/KrollWire<https://twi
tter.com/KrollWire>><https://twitter.com/KrollWire<https://twitter.com/KrollWire><https://twitter.com/
KrollWire<https://twitter.com/KrollWire>>><https://twitter.com/KrollWire<https://twitter.com/KrollWire

><https://twitter.com/KrollWire<https://twitter.com/KrollWire>><https://twitter.com/KrollWire<https://twitter.com/KrollWire><https://twitter.com/KrollWire<https://twitter.com/KrollWire>>>><https://twitter.com/KrollWire<https://twitter.com/KrollWire><https://twitter.com/KrollWire<https://twitter.com/KrollWire>>><https://twitter.com/KrollWire<https://twitter.com/KrollWire><https://twitter.com/KrollWire<https://twitter.com/KrollWire>>>><https://twitter.com/KrollWire<https://twitter.com/KrollWire><https://twitter.com/KrollWire<https://twitter.com/KrollWire>><https://twitter.com/KrollWire<https://twitter.com/KrollWire><https://twitter.com/KrollWire<https://twitter.com/KrollWire>>>>>

<image003.png>

This email is confidential and subject to important disclaimers and conditions, including those regarding confidentiality, legal privilege and certain legal entity disclaimers, available at<https://www.kroll.com/disclosure<https://www.kroll.com/disclosure><https://www.kroll.com/disclosure<https://www.kroll.com/disclosure>><https://www.kroll.com/disclosure<https://www.kroll.com/disclosure><https://www.kroll.com/disclosure<https://www.kroll.com/disclosure>>><https://www.kroll.com/disclosure<https://www.kroll.com/disclosure><https://www.kroll.com/disclosure<https://www.kroll.com/disclosure>><https://www.kroll.com/disclosure<https://www.kroll.com/disclosure><https://www.kroll.com/disclosure<https://www.kroll.com/disclosure>>>><https://www.kroll.com/disclosure<https://www.kroll.com/disclosure><https://www.kroll.com/disclosure<https://www.kroll.com/disclosure>><https://www.kroll.com/disclosure<https://www.kroll.com/disclosure><https://www.kroll.com/disclosure<https://www.kroll.com/disclosure>>><https://www.kroll.com/disclosure<https://www.kroll.com/disclosure><https://www.kroll.com/disclosure<https://www.kroll.com/disclosure>><https://www.kroll.com/disclosure<https://www.kroll.com/disclosure><https://www.kroll.com/disclosure<https://www.kroll.com/disclosure>>>>><https://www.kroll.com/disclosure<https://www.kroll.com/disclosure><https://www.kroll.com/disclosure<https://www.kroll.com/disclosure>><https://www.kroll.com/disclosure<https://www.kroll.com/disclosure><https://www.kroll.com/disclosure<https://www.kroll.com/disclosure>>><https://www.kroll.com/disclosure<https://www.kroll.com/disclosure><https://www.kroll.com/disclosure<https://www.kroll.com/disclosure>><https://www.kroll.com/disclosure<https://www.kroll.com/disclosure><https://www.kroll.com/disclosure<https://www.kroll.com/disclosure>>>><https://www.kroll.com/disclosure<https://www.kroll.com/disclosure><https://www.kroll.com/disclosure<https://www.kroll.com/disclosure>><https://www.kroll.com/disclosure<https://www.kroll.com/disclosure><https://www.kroll.com/disclosure<https://www.kroll.com/disclosure>>><https://www.kroll.com/disclosure<https://www.kroll.com/disclosure><https://www.kroll.com/disclosure<https://www.kroll.com/disclosure>><https://www.kroll.com/disclosure<https://www.kroll.com/disclosure><https://www.kroll.com/disclosure<https://www.kroll.com/disclosure>>>>>. Our Privacy Policy is available at<https://www.kroll.com/en/privacy-policy<https://www.kroll.com/en/privacy-policy><https://www.kroll.com/en/privacy-policy<https://www.kroll.com/en/privacy-policy><https://www.kroll.com/en/privacy-policy<https://www.kroll.com/en/privacy-policy><https://www.kroll.com/en/privacy-policy<https://www.kroll.com/en/privacy-policy>>><https://www.kroll.com/en/privacy-policy<https://www.kroll.com/en/privacy-policy><https://www.kroll.com/en/privacy-policy<https://www.kroll.com/en/privacy-policy><https://www.kroll.com/en/privacy-policy<https://www.kroll.com/en/privacy-policy>>>><https://www.kroll.com/en/privacy-policy<https://www.kroll.com/en/privacy-policy><https://www.kroll.com/en/privacy-policy<https://www.kroll.com/en/privacy-policy>><https://www.kroll.com/en/privacy-policy<https://www.kroll.com/en/privacy-

policy><https://www.kroll.com/en/privacy-policy<https://www.kroll.com/en/privacy-policy>>><https://www.kroll.com/en/privacy-policy<https://www.kroll.com/en/privacy-policy>><https://www.kroll.com/en/privacy-policy<https://www.kroll.com/en/privacy-policy<https://www.kroll.com/en/privacy-policy<https://www.kroll.com/en/privacy-policy>>>>><https://www.kroll.com/en/privacy-policy<https://www.kroll.com/en/privacy-policy<https://www.kroll.com/en/privacy-policy<https://www.kroll.com/en/privacy-policy>><https://www.kroll.com/en/privacy-policy<https://www.kroll.com/en/privacy-policy>>><https://www.kroll.com/en/privacy-policy<https://www.kroll.com/en/privacy-policy<https://www.kroll.com/en/privacy-policy<https://www.kroll.com/en/privacy-policy>><https://www.kroll.com/en/privacy-policy<https://www.kroll.com/en/privacy-policy>>>><https://www.kroll.com/en/privacy-policy<https://www.kroll.com/en/privacy-policy<https://www.kroll.com/en/privacy-policy<https://www.kroll.com/en/privacy-policy>><https://www.kroll.com/en/privacy-policy<https://www.kroll.com/en/privacy-policy>>><https://www.kroll.com/en/privacy-policy<https://www.kroll.com/en/privacy-policy<https://www.kroll.com/en/privacy-policy<https://www.kroll.com/en/privacy-policy>><https://www.kroll.com/en/privacy-policy<https://www.kroll.com/en/privacy-policy>>>>>.

This email is confidential and subject to important disclaimers and conditions, including those regarding confidentiality, legal privilege and certain legal entity disclaimers, available athttps://www.kroll.com/disclosure<https://www.kroll.com/disclosure><https://www.kroll.com/disclosure<https://www.kroll.com/disclosure>><https://www.kroll.com/disclosure<https://www.kroll.com/disclosure><https://www.kroll.com/disclosure<https://www.kroll.com/disclosure>>><https://www.kroll.com/disclosure<https://www.kroll.com/disclosure><https://www.kroll.com/disclosure<https://www.kroll.com/disclosure>><https://www.kroll.com/disclosure<https://www.kroll.com/disclosure><https://www.kroll.com/disclosure<https://www.kroll.com/disclosure>>><https://www.kroll.com/disclosure<https://www.kroll.com/disclosure><https://www.kroll.com/disclosure>><https://www.kroll.com/disclosure<https://www.kroll.com/disclosure><https://www.kroll.com/disclosure<https://www.kroll.com/disclosure>>><https://www.kroll.com/disclosure<https://www.kroll.com/disclosure><https://www.kroll.com/disclosure<https://www.kroll.com/disclosure>>>>. Our Privacy Policy is available at https://www.kroll.com/en/privacy-policy<https://www.kroll.com/en/privacy-policy><https://www.kroll.com/en/privacy-policy<https://www.kroll.com/en/privacy-policy>><https://www.kroll.com/en/privacy-policy<https://www.kroll.com/en/privacy-policy><https://www.kroll.com/en/privacy-policy<https://www.kroll.com/en/privacy-policy>>><https://www.kroll.com/en/privacy-policy<https://www.kroll.com/en/privacy-policy><https://www.kroll.com/en/privacy-policy<https://www.kroll.com/en/privacy-policy>><https://www.kroll.com/en/privacy-policy<https://www.kroll.com/en/privacy-policy><https://www.kroll.com/en/privacy-policy<https://www.kroll.com/en/privacy-policy>>>><https://www.kroll.com/en/privacy-policy<https://www.kroll.com/en/privacy-policy><https://www.kroll.com/en/privacy-policy<https://www.kroll.com/en/privacy-policy>><https://www.kroll.com/en/privacy-policy<https://www.kroll.com/en/privacy-policy><https://www.kroll.com/en/privacy-policy<https://www.kroll.com/en/privacy-policy>>><https://www.kroll.com/en/privacy-policy<https://www.kroll.com/en/privacy-policy><https://www.kroll.com/en/privacy-

policy<https://www.kroll.com/en/privacy-policy>><https://www.kroll.com/en/privacy-policy<https://www.kroll.com/en/privacy-policy><https://www.kroll.com/en/privacy-policy<https://www.kroll.com/en/privacy-policy>>>>.

This email is confidential and subject to important disclaimers and conditions, including those regarding confidentiality, legal privilege and certain legal entity disclaimers, available at https://www.kroll.com/disclosure<https://www.kroll.com/disclosure><https://www.kroll.com/disclosure<https://www.kroll.com/disclosure>><https://www.kroll.com/disclosure<https://www.kroll.com/disclosure><https://www.kroll.com/disclosure<https://www.kroll.com/disclosure>>><https://www.kroll.com/disclosure<https://www.kroll.com/disclosure><https://www.kroll.com/disclosure<https://www.kroll.com/disclosure>><https://www.kroll.com/disclosure<https://www.kroll.com/disclosure><https://www.kroll.com/disclosure<https://www.kroll.com/disclosure>>>>. Our Privacy Policy is available at https://www.kroll.com/en/privacy-policy<https://www.kroll.com/en/privacy-policy><https://www.kroll.com/en/privacy-policy<https://www.kroll.com/en/privacy-policy>><https://www.kroll.com/en/privacy-policy<https://www.kroll.com/en/privacy-policy><https://www.kroll.com/en/privacy-policy<https://www.kroll.com/en/privacy-policy>>><https://www.kroll.com/en/privacy-policy<https://www.kroll.com/en/privacy-policy><https://www.kroll.com/en/privacy-policy<https://www.kroll.com/en/privacy-policy>><https://www.kroll.com/en/privacy-policy<https://www.kroll.com/en/privacy-policy><https://www.kroll.com/en/privacy-policy<https://www.kroll.com/en/privacy-policy>>>>.

This email is confidential and subject to important disclaimers and conditions, including those regarding confidentiality, legal privilege and certain legal entity disclaimers, available at https://www.kroll.com/disclosure<https://www.kroll.com/disclosure><https://www.kroll.com/disclosure<https://www.kroll.com/disclosure>><https://www.kroll.com/disclosure<https://www.kroll.com/disclosure><https://www.kroll.com/disclosure<https://www.kroll.com/disclosure>>>. Our Privacy Policy is available at https://www.kroll.com/en/privacy-policy<https://www.kroll.com/en/privacy-policy><https://www.kroll.com/en/privacy-policy<https://www.kroll.com/en/privacy-policy>><https://www.kroll.com/en/privacy-policy<https://www.kroll.com/en/privacy-policy><https://www.kroll.com/en/privacy-policy<https://www.kroll.com/en/privacy-policy>>>.

This email is confidential and subject to important disclaimers and conditions, including those regarding confidentiality, legal privilege and certain legal entity disclaimers, available at https://www.kroll.com/disclosure<https://www.kroll.com/disclosure><https://www.kroll.com/disclosure<https://www.kroll.com/disclosure>>. Our Privacy Policy is available at https://www.kroll.com/en/privacy-policy<https://www.kroll.com/en/privacy-policy><https://www.kroll.com/en/privacy-policy<https://www.kroll.com/en/privacy-policy>>.

This email is confidential and subject to important disclaimers and conditions, including those regarding confidentiality, legal privilege and certain legal entity disclaimers, available at https://www.kroll.com/disclosure<https://www.kroll.com/disclosure>. Our Privacy Policy is available at https://www.kroll.com/en/privacy-policy<https://www.kroll.com/en/privacy-policy>.

This email is confidential and subject to important disclaimers and conditions, including those regarding confidentiality, legal privilege and certain legal entity disclaimers, available at https://www.kroll.com/disclosure. Our Privacy Policy is available at https://www.kroll.com/en/privacy-policy.