# Exhibit 2-H

| | |
|---|---|
| **From:** | Prizgintas, Albinas[Albinas.Prizgintas@wilmerhale.com] |
| **Sent:** | Thur 10/24/2024 3:31:52 PM (UTC-04:00) |
| **To:** | Ferruzzi, Paul[Paul.Ferruzzi@kroll.com]; Mackey, Katherine[Katherine.Mackey@wilmerhale.com]; AGomez@gelaw.com[AGomez@gelaw.com] |
| **Cc:** | Fenwick, Scott[Scott.Fenwick@kroll.com]; DL.KappaTeam[DL.KappaTeam@kroll.com]; Mackey, Katherine[Katherine.Mackey@wilmerhale.com]; Jones, April D.[April.Jones@wilmerhale.com] |
| **Subject:** | [EXTERNAL] RE: New Files Shared to You from Kroll Fileshare |
| **Attachment:** | Copy of PI Payment Breakdown 10-18-24.xlsx |

Paul and team,

Thanks for sending along the PDFs. We've attached a spreadsheet with three tabs. We're good sending out letters to the individuals listed on the first tab. We've identified what we think are discrepancies or missing information for the forms on the second tab and the third tab lists a handful of forms that we do not think we received yesterday. Happy to chat about this at our 4:00 p.m.

**Albinas Prizgintas | WilmerHale**
+1 202 663 6719 (t)
albinas.prizgintas@wilmerhale.com

---

**From:** Ferruzzi, Paul <Paul.Ferruzzi@kroll.com>
**Sent:** Wednesday, October 23, 2024 5:23 PM
**To:** Mackey, Katherine <Katherine.Mackey@wilmerhale.com>; Prizgintas, Albinas <Albinas.Prizgintas@wilmerhale.com>; AGomez@gelaw.com
**Cc:** Fenwick, Scott <Scott.Fenwick@kroll.com>; DL.KappaTeam <DL.KappaTeam@kroll.com>
**Subject:** RE: New Files Shared to You from Kroll Fileshare

**EXTERNAL SENDER**

Hi all,

We have uploaded the first 136 claims and PI for review to our secure data share folder. The folder is called "PI Forms Batch 1 for Payment". I will upload remaining claims/ PI forms shortly.

Thanks and please let me know if any issues accessing these.

Screen shot of location below:

1



**Paul Ferruzzi**

Senior Manager, Kroll Settlement Administration

T +1 215 430 6123

**From:** Mackey, Katherine <Katherine.Mackey@wilmerhale.com>
**Sent:** Wednesday, October 23, 2024 8:09 AM
**To:** Ferruzzi, Paul <Paul.Ferruzzi@kroll.com>; Prizgintas, Albinas <Albinas.Prizgintas@wilmerhale.com>; AGomez@gelaw.com
**Cc:** Fenwick, Scott <Scott.Fenwick@kroll.com>; DL.KappaTeam <DL.KappaTeam@kroll.com>
**Subject:** [EXTERNAL] RE: New Files Shared to You from Kroll Fileshare

Thank you!

**Katherine V. Mackey | WilmerHale**
She/Her/Hers
60 State Street
Boston, MA 02109 USA
+1 617 526 6993 (t)
+1 617 526 5000 (f)
katherine.mackey@wilmerhale.com

**Please consider the environment before printing this email.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

**From:** Ferruzzi, Paul <Paul.Ferruzzi@kroll.com>
**Sent:** Wednesday, October 23, 2024 7:45 AM
**To:** Mackey, Katherine <Katherine.Mackey@wilmerhale.com>; Prizgintas, Albinas <Albinas.Prizgintas@wilmerhale.com>; AGomez@gelaw.com
**Cc:** Fenwick, Scott <Scott.Fenwick@kroll.com>; DL.KappaTeam <DL.KappaTeam@kroll.com>

**Subject:** RE: New Files Shared to You from Kroll Fileshare

**EXTERNAL SENDER**

Good Morning Katherine,

Yes, we will create a new secure folder where you can access these documents. We will upload these shortly.
Thanks

**Paul Ferruzzi**
Senior Manager, Kroll Settlement Administration

T +1 215 430 6123

**From:** Mackey, Katherine <Katherine.Mackey@wilmerhale.com>
**Sent:** Tuesday, October 22, 2024 10:28 PM
**To:** Ferruzzi, Paul <Paul.Ferruzzi@kroll.com>; Prizgintas, Albinas <Albinas.Prizgintas@wilmerhale.com>; AGomez@gelaw.com
**Cc:** Fenwick, Scott <Scott.Fenwick@kroll.com>; DL.KappaTeam <DL.KappaTeam@kroll.com>
**Subject:** [EXTERNAL] RE: New Files Shared to You from Kroll Fileshare

Hi Paul and team,

Could you please send the claim files (including releases) that correspond to the data in the spreadsheet?

Thank you,

Katherine

**Katherine V. Mackey | WilmerHale**
She/Her/Hers
60 State Street
Boston, MA 02109 USA
+1 617 526 6993 (t)
+1 617 526 5000 (f)
katherine.mackey@wilmerhale.com

**Please consider the environment before printing this email.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

**From:** Ferruzzi, Paul <Paul.Ferruzzi@kroll.com>
**Sent:** Monday, October 21, 2024 9:52 AM
**To:** Prizgintas, Albinas <Albinas.Prizgintas@wilmerhale.com>; Mackey, Katherine <Katherine.Mackey@wilmerhale.com>; AGomez@gelaw.com
**Cc:** Fenwick, Scott <Scott.Fenwick@kroll.com>; DL.KappaTeam <DL.KappaTeam@kroll.com>
**Subject:** New Files Shared to You from Kroll Fileshare

**EXTERNAL SENDER**

Good morning,

Below is a link to the secure file share account where you will be able to find the data for our first PI Payments. Please let us know if any questions or other needs at this time.

To open the shared files, click or copy the link below:
https://fileshare.kroll.com/fs/v.aspx?v=6a81858b675ea4b3b0bd

Thanks

Paul

This email is confidential and subject to important disclaimers and conditions, including those regarding confidentiality, legal privilege and certain legal entity disclaimers, available at https://www.kroll.com/disclosure. Our Privacy Policy is available at https://www.kroll.com/en/privacy-policy.
This email is confidential and subject to important disclaimers and conditions, including those regarding confidentiality, legal privilege and certain legal entity disclaimers, available at https://www.kroll.com/disclosure. Our Privacy Policy is available at https://www.kroll.com/en/privacy-policy.
This email is confidential and subject to important disclaimers and conditions, including those regarding confidentiality, legal privilege and certain legal entity disclaimers, available at https://www.kroll.com/disclosure. Our Privacy Policy is available at https://www.kroll.com/en/privacy-policy.