# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

No: 24-4086

Filed: December 17, 2025

4:23-cv-00242-BYP

In re: EAST PALESTINE TRAIN DERAILMENT

-----------------------------

MORGAN & MORGAN

    Interested Party - Appellant

v.

ZOLL & KRANZ, LLC; BURG SIMPSON ELDREDGE HERSH & JARDINE, P.C.; GRANT & EISENHOFFER, P.A.; SIMMONS HANLY CONROY; LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

    Interested Parties - Appellees

## MANDATE

  Pursuant to the court's disposition that was filed 11/25/2025 the mandate for this case hereby issues today.   Affirmed in part, Reversed in part, and Remanded.

 COSTS:  None