IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: EAST PALESTINE TRAIN DERAILMENT

Case No. 4:23-CV-00242

JUDGE BENITA Y. PEARSON

**STIPULATION BETWEEN
CLASS COUNSEL AND KROLL SETTLEMENT ADMINISTRATION LLC
<u>RESOLVING SETTLEMENT ADMINISTRATION ISSUES</u>**

Class Counsel[1] for the Settlement Class in the above-captioned class action (the "Action") and Kroll Settlement Administration LLC ("KSA") hereby stipulate and agree (the "Stipulation") as follows:

1. <u>Preliminary Statements / Background</u>:

   A. The Court appointed KSA as the Settlement Administrator in the Action on May 21, 2024;

   B. "Class Counsel, as representatives of the Settlement Class, request[ed] that the Court immediately suspend and terminate the appointment of [KSA]]," and the Court granted that request on June 11, 2025.  ECF No. 979.  The Court further permitted Class Counsel to file a motion for an order to show cause relating to violations and errors KSA allegedly committed in its administration of the Settlement.  *Id.*; *see also* ECF No. 984;

   C. Class Counsel subsequently petitioned the Court on October 1, 2025 to modify ECF No. 984 to permit a two-step show cause process against KSA, involving a

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meaning set forth in the Settlement Agreement approved by the Court at ECF No. 557.

first-step motion and a second-step motion (the "Show Cause Process").  ECF No. 1000. KSA opposed Class Counsel's request to modify the Show Cause Process. ECF No. 1001. The Court granted Class Counsel's motion to modify the Show Cause Process on October 21, 2025. ECF No. 1004;

       D.       Class Counsel filed its first-step motion (the "Step One Motion") on October 23, 2025, supported by a declaration from the Substitute Settlement Administrator and other evidence.  ECF Nos. 1005-1006, 1012. KSA opposed the Step One Motion on November 24, 2025, and submitted declarations and other evidence. ECF Nos. 1024-25, 1029-38.  Class Counsel filed a reply brief and other evidence on December 1, 2025.  ECF No. 1039;

       E.       The Court held a hearing on the Step One Motion on December 5, 2025. ECF No. 1044.

       F.       Following the December 5, 2025 hearing, Class Counsel and KSA met and conferred, in good faith, to attempt to fully and finally settle and resolve the entire Show Cause Process; and

       G.       After good faith settlement negotiations, Class Counsel and KSA agree to fully and finally settle and resolve the Show Cause Process on the terms and conditions set forth in this Stipulation.

       2.       <u>Payment by KSA to Settlement Fund</u>: On or before December 26, 2025, KSA shall pay to the Settlement Class the sum of $17,250,000 (Seventeen Million Two-Hundred Fifty Thousand Dollars) (the "Settlement Payment"). Class Counsel shall provide payment instructions to KSA for the Settlement Payment.  The Settlement Payment shall be deposited in the Qualified Settlement Fund established by the Substitute Settlement Administrator and

applied to the Voluntary Exposure Supplement program of the Settlement for the benefit of participating Settlement Class Members. Class Counsel agrees that the Settlement Payment compensates, and makes whole, the Settlement Fund for any alleged violations or errors committed by KSA in its administration of the Settlement.

3. <u>Finality and Release for KSA</u>: Upon making the Settlement Payment described in Paragraph 2:

    A. <u>Release</u>: KSA[2] shall be fully, finally, and forever released from all claims, factual allegations, demands, assertions, arguments, and requests for relief by Class Counsel and/or the Settlement Class that were made and/or could have been made in connection with the Show Cause Process (including the Step One Motion, any potential Step Two Motion, or otherwise);

    B. <u>Discharge of the Show Cause Process</u>: The entire Show Cause Process shall be fully and finally discharged and dismissed with prejudice; and

    C. <u>No Further Obligations for KSA</u>: For the avoidance of doubt, KSA shall have no further obligations in this Action.

4. <u>Relief from Court Orders Relating to the Show Cause Process</u>: By entering into this stipulated resolution of the Show Cause Process, upon approval by the Court, both Class Counsel and KSA shall be relieved of any and all outstanding requirements and obligations imposed by those Court orders relating to the Show Cause Process including, without

---

[2] For purposes of this release, KSA includes KSA, as well as its insurers, employees, parents, affiliates, officers, managers, directors, and attorneys.

limitation, any requirements or obligations to conduct any further audit of KSA's alleged violations and errors.

Dated: December 22, 2025

Respectfully submitted,

/s/ M. Elizabeth Graham
M. Elizabeth Graham (*pro hac vice*)
GRANT & EISENHOFER P.A.
123 S. Justison Street, 6th Floor
Wilmington, DE 19801
303-622-7000
303-622-7100 (fax)
egraham@gelaw.com

Seth A. Katz (*pro hac vice*)
BURG SIMPSON ELDREDGE
HERSH& JARDINE, P.C.
40 Inverness Drive East
Englewood, CO 80112
303-792-5595
303-708-0527 (fax)
skatz@burgsimpson.com

Jayne Conroy (*pro hac vice*)
SIMMONS HANLY CONROY
112 Madison Avenue, 7th Floor New York, NY 10016
212-784-6400
212-213-5949 (fax)
jconroy@simmonsfirm.com

*Co-Lead Class Counsel for the Settlement Class*

| | |
|---|---|
| /s/ *Scott M. Ahmad* | CHRISTOPHER J. JOYCE |
| SCOTT M. AHMAD* | FLANNERY GEORGALIS, LLC |
| STEVE D'AMORE* | |
| SCOTT GLAUBERMAN* | Ohio Bar No.0086576 |
| WINSTON & STRAWN LLP | 1375 E. 9th Street, 30th Floor |
| 300 North LaSalle Drive | Cleveland, OH 44114 |
| Suite 4400 | Tel: (216) 466-0416 |
| Chicago, IL 60654 | CJoyce@flannergeorgalis.com |
| Tel: (312) 558-5600 | |

4

Fax: (312) 558-5700
SAhmad@winston.com
SDamore@winston.com
SGlauber@winston.com

RACHAEL E. THOMPSON*
800 Capital Street, Suite 2400
Houston, TX 77002-2925
Tel: (713) 651-2600
Fax: (713) 651-2700
RThompson@winston.com

*Pro hac vice*

*Counsel for Kroll Settlement Administration LLC*