PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: EAST PALESTINE TRAIN DERAILMENT | ) ) ) ) ) ) ) ) ) | CASE NO. 4:23CV0242  <br><br>JUDGE BENITA Y. PEARSON |

**ORDER APPROVING STIPULATION BETWEEN CLASS COUNSEL AND KROLL SETTLEMENT ADMINISTRATION LLC RESOLVING SETTLEMENT ADMINISTRATION ISSUES**
[Resolving ECF No. 1005]

The Court having been advised and having reviewed the Stipulation Between Class Counsel and Kroll Settlement Administration LLC (ECF No. 1046), for good cause appearing, approves the Stipulation pursuant to the authority retained in the Final Approval Order (ECF No. 557). The Court further adopts the terms and conditions of ECF No. 1046 as if set forth more fully in this Order.

Class Counsel's Step One Motion for an Order to Show Cause Against Kroll Settlement Administration LLC (ECF No. 1005) is denied as moot.

IT IS SO ORDERED.

| | |
|---|---|
|   December 22, 2025 |   */s/ Benita Y. Pearson* |
| Date | Benita Y. Pearson  <br>United States District Judge |