IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ERIE INSURANCE COMPANY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>NORFOLK SOUTHERN CORPORATION, et al.,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) | CASE NO. 4:23-CV-00242<br><br>JUDGE BENITA Y. PEARSON<br><br>**JOINT MOTION TO SEVER AND RE-OPEN CASE NO. 4:24-cv-01024** |

On June 18, 2024, Plaintiffs Erie Insurance Company, Erie Insurance Exchange, Homesite Insurance Company of the Midwest and American Family Insurance Company (collectively "Subrogation Plaintiffs") filed a subrogation action against Norfolk Southern Railway Company and Norfolk Southern Corporation (collectively, "Norfolk Southern") in the United States District Court, Northern District of Ohio, Case No. 4:24-cv-01024.

By order dated June 28, 2024, this Court consolidated Case No. 4:24-cv-01024 into *In Re: East Palestine Train Derailment*, Case No. 4:23-CV-00242 as a related case and directed the Clerk's office to administratively close Case No. 4:24-cv-01024.

Subrogation Plaintiffs and Norfolk Southern have resolved all the claims that Subrogation Plaintiffs have pled in their Complaint in Case No. 4:24-cv-01024 and wish to file a stipulation on that docket dismissing Subrogation Plaintiffs' claims, with prejudice. Accordingly, the parties respectfully request that this Honorable Court sever Case No. 4:24-cv-01024 from *In Re: East Palestine Train Derailment*, and re-open Case No. 4:24-cv-01024 so the parties can file a

stipulation of dismissal of Subrogation Plaintiffs' claims pursuant to Fed.R.Civ.P. 41(a). A proposed order is being filed contemporaneously with this motion for the Court's convenience.

Respectfully submitted,

**DICKIE, MCCAMEY & CHILCOTE, P.C.**

*/s/ Scott D. Clements*
J. LAWSON JOHNSTON*
SCOTT D. CLEMENTS (0096529)
AARON M. PONZO*
Four Gateway Center
444 Liberty Avenue, Suite 1000
Pittsburgh, PA 15222
Tel.: (412) 281-7272
Fax: (888) 811-7144
ljohnston@dmclaw.com
sclements@dmclaw.com
aponzo@dmclaw.com

* Admitted *Pro Hac Vice*

*/s/ David M. Matejczyk*
**DAVID M. MATEJCZYK (0042325)**
ROBERTS, MATEJCZYK & ITA CO., LPA
5045 Park Avenue West, Suite 2B
Seville, OH 44273
(330) 769-0911 (phone)
(330) 769-0922 (fax)
dave@ohiosubro.com

*Counsel for Plaintiffs, Erie Insurance Company, Erie Insurance Exchange, Homesite Insurance Company of the Midwest and American Family Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2026 the foregoing was filed electronically with the Clerk using the CM/ECF System. Notice of such filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by electronic and/or regular U.S. Mail. Parties may access this filing through the Court's system.

*/s/ Scott D. Clements*
**SCOTT D. CLEMENTS (0096529)**
*Counsel for Defendants,*
*Norfolk Southern Railway Company and*
*Norfolk Southern Corporation*